**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
NE OPCO, INC.                                   :    Case No. 13-11483 (CSS)
                                                :
                    Debtor.                     :    Re: Docket No. 2
                                                :
Tax I.D. No. 27-2959830                         :
---------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
NEV CREDIT HOLDINGS, INC.                       :    Case No. 13-11484 (CSS)
                                                :
                    Debtor.                     :    Re: Docket No. 2
                                                :
Tax I.D. No. 27-3729596                         :
---------------------------------------------------------- x

## ORDER UNDER FED. R. BANKR. P. 1015 AND DEL. BANKR. L.R. 1015-1 AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "**Motion**")[1] of the Debtors for an order, under Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of their Chapter 11 Cases; and the Court having reviewed the Motion and the Pinto Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 13-11483 (CSS) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

```
------------------------------------------------------- x
In re:                                                  :  Chapter 11
                                                        :
NE OPCO, INC., et al.,                                  :  Case No. 13-11483 (CSS)
                                                        :
         Debtors.¹                                      :  Jointly Administered
------------------------------------------------------- x
```

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596). The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

The footnote 1 reference in such caption shall set forth a complete listing of the Debtors' names and the last four digits of each Debtor's tax identification number.

4. The caption set forth above shall be deemed to satisfy any applicable requirements of Section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of NE Opco, Inc., Case No. 13-11483 (CSS).

6. A docket entry shall be made on the docket of NEV Credit Holdings, Inc.'s case, substantially as follows:

> "An order has been entered in this case consolidating this case with the case of NE Opco, Inc., Case No. 13-11483 (CSS), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 13-11483 (CSS) should be consulted for all matters affecting this case."

7.  Any creditor filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors, except as otherwise provided in any other order of this Court.

8.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of the Chapter 11 Cases.

9.  This Order shall take effect immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: June 11, 2013
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE