**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
NE OPCO, INC., et al.,[1]                                    :  Case No. 13-11483 (CSS)
                                                             :
                    Debtors.                                 :  Joint Administration Pending
                                                             :
------------------------------------------------------------ x  Re: Docket No. 5

## INTERIM ORDER UNDER 11 U.S.C. §§ 105(a), 506(a), 507(a)(8) AND 541 AND FED. R. BANKR. P. 6003 AUTHORIZING PAYMENT OF PREPETITION TAXES

Upon the motion (the "**Motion**") of the Debtors for an order, under Sections 105(a), 506(a), 507(a)(8) and 541 of the Bankruptcy Code and Bankruptcy Rule 6003, authorizing the Debtors, in their discretion, to pay any prepetition sales and use taxes (the "**Taxes**") owing to Governmental Units; and the Court having reviewed the Motion and the Pinto Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED on an interim basis to the extent set forth herein.

2. The Debtors are authorized, in their sole discretion, but subject to the terms and provisions hereof, to pay all Taxes owing to Governmental Units in the ordinary course of their business, as and when due. Notwithstanding the foregoing, payments on account of Taxes shall not exceed $300,000 in the aggregate without further order of this Court.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596). The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

RLF1 8734923v.2

3. In exercising their discretion, the Debtors may elect to pay Taxes as to which their officers and directors may have personal liability in the event of nonpayment by the Debtors before other types of Taxes.

4. This order is without prejudice to the Debtors' rights to contest the amounts of any Taxes on any grounds that they deem appropriate.

5. The Debtors' banks and financial institutions shall be and hereby are authorized to receive, process, honor and pay all prepetition and postpetition checks and fund transfers on account of the Taxes that had not been honored and paid as of the Petition Date, provided that sufficient funds are on deposit in the applicable accounts to cover such payments. The Debtors' banks and other financial institutions are authorized to rely on the representations of the Debtors as to which checks and fund transfers are authorized to be honored and paid pursuant to this order.

6. Notwithstanding the relief granted herein or any actions taken hereunder, nothing contained in this order shall create any rights in favor of, or enhance the status of any claim held by, any Governmental Unit.

7. ~~Notwithstanding the relief granted herein, no action by any Debtor is permitted to the extent that it would be inconsistent with any cash collateral and/or postpetition financing order entered by this Court.~~

8. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this order shall be effective and enforceable immediately upon entry hereof.

9. The requirements set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion or otherwise deemed waived.

10. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this order.

RLF1 8734923v.2

11. The Debtors shall serve notice of the Motion (to the extent not already provided) and entry of this order on the Initial Notice Parties and all parties that have filed prior to such service date requests for notice pursuant to Bankruptcy Rule 2002 in accordance with Local Rule 9013-1(m). The notice shall provide that any objections to the relief granted in this Order must be filed with the Court and served on counsel for the Debtors no later than ~~seven days~~ June 26, 2013 at 12:00 p.m. (noon) (Eastern Time) ~~prior to the final hearing with respect to the Motion~~ (the "**Objection Deadline**"). In the event that no objections to this order are received by the Objection Deadline, the Debtors' counsel shall file a certification of counsel to that effect attaching a final form of order. The final hearing with respect to the Motion shall be held on July 1, 2013, at 10:00 a.m.

12. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this order.

Dated: June 11, 2013
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

RLF1 8734923v.2