**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                    : Chapter 11
                                          :
NE OPCO, INC., et al.,                    : Case No. 13-11483 (CSS)
                                          :
             Debtors.[1]                  : Joint Administration Pending
                                          :
                                          : **Re: Docket No. 8**
------------------------------------------------------------ x

**INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105(A), 363, 1107(A) AND 1108 AND FED R. BANKR. P. 6003 AUTHORIZING HONORING OF PREPETITION OBLIGATIONS UNDER, AND CONTINUATION OF, CUSTOMER PROGRAMS**

Upon the motion (the "**Motion**") of the Debtors for an order, pursuant to Bankruptcy Code Sections 105(a), 363, 1107(a) and 1108 and Bankruptcy Rule 6003, authorizing, but not directing, them (i) to pay and otherwise honor their Customer Obligations and (ii) to continue, and honor their postpetition obligations under, the Customer Programs in the ordinary course of business during the pendency of these cases; and the Court having reviewed the Motion and the Pinto Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED on an interim basis, as set forth herein.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596). The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

RLF1 8734345v.1

2. The Debtors are authorized, but not directed, to honor their Customer Obligations, provided that the total cost to the Debtors in honoring those Customer Obligations shall not exceed $625,000 pending entry of a final order by the Court.

3. The Debtors are authorized, but not directed, to continue, renew, replace, modify, and/or terminate such of their Customer Programs as they deem appropriate, in their discretion, and in the ordinary course of business, without further order of the Court.

4. Notwithstanding the relief granted herein or any actions take hereunder, nothing contained in this Order shall create any rights in favor of, or enhance the status of any claim held by, any person to whom any of the Customer Obligations may be owed.

5. Neither the provisions contained herein, nor any actions made by the Debtors pursuant to this Order, shall be deemed an assumption of any executory contract arising out of an existing agreement or contract, or otherwise shall constitute a waiver of the Debtors' rights under Section 365 of the Bankruptcy Code or an admission by the Debtors that any such financing program, agreement or contract constitutes an executory contract within the meaning of Section 365 of the Bankruptcy Code.

6. Neither the provisions contained herein, nor any actions taken by the Debtors pursuant to this Order, shall be deemed an admission as to the validity of the underlying obligation or a waiver of any rights the Debtors may have to dispute such obligation on any ground that applicable law permits.

7. ~~Notwithstanding the relief granted herein, no action by any Debtor is permitted to the extent that it would be inconsistent with any cash collateral or postpetition financing order entered by this Court.~~

RLF1 8734345v.1

8.  The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

9.  Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

10. The Debtors shall serve notice of the Motion (to the extent not already provided) and entry of this Order on (a) the Office of the United States Trustee for the District of Delaware, (b) counsel to the agent for the Debtors' postpetition DIP lenders, (c) counsel to Wells Fargo Capital Finance, LLC, as agent under the First Lien Credit Agreement, (d) counsel to Galactic Holdings, LLC, as agent under the Second Lien Credit Agreement, (e) counsel to International Paper Company, (f) the parties included on the Debtors' consolidated list of thirty (30) largest unsecured creditors and (g) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002 in accordance with Local Rule 9013-1(m). The notice shall provide that any objections to the relief granted in this Order must be filed with the Court and served on counsel for the Debtors no later than 12:00 p.m. (noon) on June 26, 2013 (the "**Objection Deadline**"). In the event that no objections to this Order are received by the Objection Deadline, the Debtors' counsel shall file a certification of counsel to that effect attaching a final form of order. The final hearing with respect to the Motion shall be held on 7/1, 2013 at 10:00 a.m.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: June 11, 2013
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 8734345v.1