IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
NE OPCO, INC., et al.,                                     :   Case No. 13-11483 (CSS)
                                                           :
        Debtors.¹                                 :   Jointly Administered
                                                           :
                                                           :   Objection Deadline: June 26, 2013 at 12:00 p.m. (EDT)
                                                           :   Hearing Date: July 1, 2013 at 10:00 a.m. (EDT)
---------------------------------------------------------- x

### DEBTORS' MOTION FOR AN EXTENSION OF THE TIME TO FILE (I) SCHEDULES OF ASSETS AND LIABILITIES, (II) SCHEDULES OF CURRENT INCOME AND EXPENDITURES, (III) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (the "**Debtors**") submit this motion (the "**Motion**") and respectfully state as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Debtors' Chapter 11 cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory predicates for the relief sought hereby are Section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1007-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

---

¹ The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596). The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

RLF1 8744411v.1

**PROCEDURAL STATUS**

2.  On June 10, 2013 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

3.  The Debtors continues to operate their business as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") has not yet appointed any official committees in these cases, and no request has been made for the appointment of a trustee or an examiner.

4.  A description of the Debtors' businesses, capital structure, and the circumstances leading to the Chapter 11 filing is set forth in the *Declaration of James Pinto in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 3].

**RELIEF REQUESTED**

5.  By this Motion, the Debtors respectfully request that the Court extend the period within which they must file their Schedules (as defined herein) for an additional thirty (30) days, through August 9, 2013, pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b), without prejudice to the Debtors' ability to request additional time should it become necessary.

**BASIS FOR RELIEF**

6.  Bankruptcy Rule 1007(b) provides, in pertinent part, that a debtor in a chapter 11 case, "unless the court orders otherwise, shall file ... (A) schedules of assets and liabilities; (B) a schedule of current income and expenditures; (C) a schedule of executory contracts and unexpired leases; (D) a statement of financial affairs ...." (the "**Schedules**"). FED. R. BANKR. P. 1007(b).

7.  Bankruptcy Rule 1007(c) provides that the Schedules must be filed together with a debtor's petition, except that, if the petition is accompanied by a list of all the debtor's

2

creditors, then the Schedules may be filed within fourteen (14) days thereafter. FED. R. BANKR. P. 1007(c). Local Rule 1007-1(b), however, provides for a further extension of sixteen (16) days (for a total of thirty (30) days), when a list of creditors is filed with the debtor's petition, and the debtor's case has more than 200 creditors, as is the case here. See DEL. BANKR. L.R. 1007-1(b). The Debtors did file a consolidated list of creditors in these Chaper 11 cases on the Petition Date identifying approximately 11,000 potential creditors. Accordingly, Local rule 1007-1(b) provides the Debtors with an automatic extension to July 10, 2013 to file their Schedules.

8. Local Rule 1007-1(b) further authorizes the Court to extend a debtor's time to file the Schedules for cause. Id. Due to the burdens occasioned by preparing for these Chapter 11 cases and the ongoing marketing of the Debtors' assets, the Debtors anticipate that they will be unable to complete the Schedules in the thirty (30) days provided by Local Rule 1007-1(b). Specifically, prior to filing these cases the Debtors and their advisors have been involved in negotiating the Debtors' postpetition financing as well as initiatiating a processs to market and sell the Debtors' assets.

9. In order to prepare the Schedules, the Debtors must gather information from various documents and locations and complete the closing of their books and records as of the Petition Date or other dates, as appropriate, and then the Debtors (and their counsel and other advisors) must review that information and prepare and verify the Schedules. Collection of this information, which is voluminous, requires an enormous expenditure of time and effort on the part of the Debtors and their employees and advisors.

10. The Debtors' employees and professional advisors are working diligently and expeditiously to prepare the Schedules, but the Debtors are also working closely with their advisors to move ahead with their strategy to market their assets and to maximize value for their

3

creditors and other parties in interest in the Debtors' Chapter 11 cases. The Debtors' sale process will require the time and attention of the Debtors' management, employees, and advisors. At the same time, the Debtors and their advisors are faced with the task of addressing the issues ordinarily attendant to the instigation of bankruptcy proceedings, including dealing with vendor and customer issues which have arisen as a result of the filing of the Debtors' Chapter 11 cases and the numerous other issues that debtors must deal with during the early stages of a Chapter 11 case. Accordingly, the Debtors anticipate that they will be unable to complete the process of preparing their Schedules within the first thirty (30) days of these Chapter 11 cases. The Debtors therefore request an extension of the time to file their Schedules up to and including August 9, 2013, which is sixty (60) days from the Petition Date, and thirty (30) days after the Local Rule 1007-1(b) deadline.

11. This Court has the authority to grant the requested extension under Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(c), and Local Rule 1007-1(b). Section 105(a) of the Bankruptcy Code grants the Court broad authority to issue any order that is necessary and appropriate to carry out the provisions of the Bankruptcy Code. Bankruptcy Rule 1007(c) authorizes the Court to grant an extension of the date by which the Schedules must be filed "on motion for cause shown." See also DEL. BANKR. L.R. 1007-1(b) (allowing extensions "for cause"). In light of the substantial complexity of these cases, the tasks which the Debtors have undertaken, and the volume of material that must be compiled and reviewed by the Debtors' employees and advisors in order to complete the Schedules, there is more than ample "cause" for granting the requested extension.

12. Further, courts in this district have granted similar relief to that requested herein. See, e.g., Order Granting Additional Time to File Schedules and Statements of Financial Affairs,

In re Ritz Camera & Image, L.L.C., Case No. 12-11868 (KG) (Bankr. D. Del. July 27, 2012), ECF No. 267 (extending by a period of thirty (30) days deadline to file schedules and statements); Order Extending Deadline for Debtors to File Their Schedules and Statements of Financial Affiars, In re WP Steel Venture LLC, Case No. 12-11661 (KJC) (Bankr D. Del. June 1, 2012), ECF No. 60 (extending by a period of forty-five (45) days deadline to file schedules and statements); Order Granting an Extension of Time for the Debtors to File Schedules of Assets and Liabilities, and Statement of Financial Affairs, In re Saab Cars N. Am., Inc., Case No. 12-10344 (CSS) (Bankr. D. Del. Mar. 28, 2012), ECF No. 114 (extending by a period of twenty-one (21) days deadline to file schedules and statements).

## NOTICE

13.  No trustee or examiner has been appointed in these Chapter 11 cases. The Debtors shall provide notice of this Motion on the date hereof via U.S. first class mail to: (a) the Office of the United States Trustee for the District of Delaware, (b) counsel to the agent for the Debtors' postpetition DIP lenders, (c) counsel to Wells Fargo Capital Finance, LLC, as agent under the First Lien Credit Agreement, (d) counsel to Galactic Holdings, LLC, as agent under the Second Lien Credit Agreement, (e) counsel to International Paper Company, (f) the parties included on the Debtors' consolidated list of thirty (30) largest unsecured creditors and (g) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002. The Debtors respectfully submit that no further notice of this Motion is required.

WHEREFORE the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as is just.

| | |
|---|---|
| Dated: June 12, 2013<br>Wilmington, Delaware | RICHARDS, LAYTON & FINGER, P.A.<br><br>*/s/ Robert C. Maddox*<br>Mark D. Collins (No. 2981)<br>John H. Knight (No. 3848)<br>Michael J. Merchant (No. 3854)<br>Paul N. Heath (No. 3704)<br>Robert C. Maddox (No. 5356)<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br>Email: collins@rlf.com<br>       knight@rlf.com<br>       merchant@rlf.com<br>       heath@rlf.com<br>       maddox@rlf.com<br><br>*Proposed Counsel for Debtors and Debtors in Possession* |