IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

NE OPCO, INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 13-11483-CSS

Jointly Administered

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***") and the the certifications on the following page, counsel moves the admission *pro hac vice* of Wojciech F. Jung of the law firm of Lowenstein Sandler LLP to represent the International Paper Company in these cases.

Dated: June 17, 2013

Respectfully submitted,

*/s/ Joseph H. Huston, Jr.*
STEVENS & LEE, P.C.
Joseph H. Huston, Jr. (No. 4035)
1105 North Market Street, Suite 700
Wilmington, Delaware 19801
Tel: (302) 425-3310
Fax: (610) 371-7972
E-mail: JHH@stevenslee.com

**ORDER GRANTING MOTION**
IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2013
Wilmington, Delaware

_____
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: NEV Credit Holdings, Inc. (9596) and NE Opco, Inc. (9830).

1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York, New Jersey and Illinois; the United States Supreme Court; the United States Courts of Appeals for the Second and Seventh Circuits; and the United States District Courts for the Districts of New Jersey, the Eastern and Southern Districts of New York, the Northern and Central Districts of Illinois and the Northern District of Indiana; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: June 14, 2013

Wojciech F. Jung
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
E-mail: WJung@lowenstein.com

06/12/2013 SL1 1240987v1 107774.00002