**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

|  |
|---|
| In re: |
| NE Opco, Inc., *et al.* |
| Debtors. |

Chapter 11

Case No. 13-11483 (CSS)

NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED
CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.   **Plastic Suppliers, Inc.,** Attn: Peter E. Driscoll, One Centennial Square, Haddonfield, NJ 08033, Phone: (856) 354-3103, Fax: (856) 673-7103

2.   **United Steelworkers**, Attn: David Jury, Five Gateway Center, Room 807, Pittsburgh, PA 15222, Phone: (412) 562-2545, Fax: (412) 562-2574

3.   **Precise Rotary Die, Inc.,** Attn: Wanda Barak, 9250 Ivanhoe Street, Schiller Park, IL 60176, Phone: (847) 678-0001; Fax: (847) 678-0082

4.   **Gadge USA Inc.,** Attn: Glenn Weiser, 3000 Marcus Avenue, Suite 3E03, Lake Success, NY 11042, Phone: (516) 302-9009, Fax: (516) 437-6553

5.   **R.R. Donnelley & Sons Company**, Attn: Dan Pevonka, 4101 Winfield Road, Warrenville, IL 60555, Phone: (630) 322-6931, Fax: (630) 322-6034

ROBERTA A. DEANGELIS
United States Trustee, Region 3

  /s/ *Benjamin Hackman* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: June 21, 2013

Attorney assigned to these cases: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' proposed counsel: Paul Heath, Phone: (302) 651-7700, Fax: (302) 651-7701