# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NE OPCO, INC., ET AL.,[1] | ) | Case No. 13-11483 (CSS) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee"), a party in interest in the cases of the above-captioned debtors and debtors in possession, hereby appears by their counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases.  PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon PSZJ, at the addresses, and telephone and facsimile numbers set forth below:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596).  The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

DOCS_DE:188185.1 68700/001

| | |
|---|---|
| Robert J. Feinstein, Esquire | Laura Davis Jones, Esquire |
| Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler, Esquire |
| 780 Third Avenue, 36th Floor | Pachulski Stang Ziehl & Jones LLP |
| New York, NY 10017-2024 | 919 N. Market Street, 17th Floor |
| Telephone:  (212) 561-7700 | Wilmington, DE  19801 |
| Facsimile:   (212) 561-7777 | Telephone:  (302) 652-4100 |
| Email:  rfeinstein@pszjlaw.com | Facsimile:   (302) 652-4400 |
| | Email:  ljones@pszjlaw.com |
| | bsandler@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

Dated:  June 21, 2013

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
Bradford J. Sandler (Bar No. 4142)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
       bsandler@pszjlaw.com
       rfeinstein@pszjlaw.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors