**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NE OPCO, INC., *et al.*, | ) | Case No. 13-11483 (CSS) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related Docket Nos. 7, 34 & 82** |
| | ) | |
| | ) | **Obj. Deadline: 6/26/13 at 4:00 p.m.** |
| | ) | **Hearing Date: 7/1/13 at 10:00 a.m.** |

**JOINDER OF WEST PENN POWER COMPANY
TO THE OBJECTION OF CERTAIN UTILITY COMPANIES TO THE
MOTION OF THE DEBTORS FOR ORDER UNDER 11 U.S.C. §§ 105(a)
and 366 (I) PROHIBITING UTILITY COMPANIES FROM ALTERING OR
DISCONTINUING SERVICE ON ACCOUNT OF PREPETITION INVOICES, (II)
APPROVING DEPOSIT AS ADEQUATE ASSURANCE OF PAYMENT AND (III)
ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS BY UTILITY
COMPANIES FOR ADDITIONAL ASSURANCE OF PAYMENT**

West Penn Power Company ("West Penn"), by counsel, hereby joins in the *Objection of Certain Utility Companies* (the "Objection") to the *Motion of Debtors For Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies From Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit As Adequate Assurance of Payment and (III) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance of Payment* (the "Utility Motion"), and sets forth the following:

**Introduction**

1.      West Penn adopts and incorporates by reference herein the *Introduction* section set forth in the Objection.

**Facts**

2. West Penn adopts and incorporates by reference herein the *Facts* section set forth in the Objection.

## Facts Concerning West Penn

3. West Penn adopts and incorporates by reference herein the *Facts Concerning the Utilities* section set forth in the Objection.

4. In order to avoid the need to bring witnesses and have lengthy testimony regarding West Penn's regulated billing cycle, West Penn requests that this Court, pursuant to Rule 201 of the Federal Rules of Evidence, take judicial notice of West Penn's billing cycle. Pursuant to the foregoing request and based on the voluminous size of the applicable documents, West Penn is providing the following web site link to its tariffs:

> West Penn:
> https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html

5. Subject to a reservation of West Penn's right to supplement its post-petition deposit request if additional accounts belonging to the Debtors are subsequently identified, West Penn's estimated prepetition debt and post-petition deposit request is as follows:

| **Utility** | **No. of Accts.** | **Est. Prepet. Debt** | **Dep. Request** |
| --- | --- | --- | --- |
| West Penn | 1 | ($318.72) credit | $11,414 (2-month) |

6. West Penn held a prepetition deposit in the amount of $15,000 that it recouped against prepetition debt pursuant to Section 366(c)(4) of the Bankruptcy Code. A deposit credit of $318.72 remains after recoupment that can be applied to West Penn's post-petition deposit request.

**Discussion**

7.    West Penn incorporates and adopts by reference the legal and factual arguments set forth in the Objection.

WHEREFORE, West Penn respectfully requests that this Court enter an order:

(I)    Denying the Utility Motion as to West Penn;

(II)    Awarding West Penn the post-petition adequate assurance of payment pursuant to Section 366 in the amount and form satisfactory to West Penn; and

(III)    Providing such other and further relief as the Court deems just and appropriate.

Date: June 24, 2013
Wilmington, DE

**McCARTER & ENGLISH, LLP**

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
Telephone: (302) 984-6300
Facsimile: (302) 984-6399
E-mail: wtaylor@mccarter.com;

-and-

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail:  russj4478@aol.com

*Counsel For West Penn Power Company*