# INVOICE
# (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5380046664 | 05/30/2013 | 700532000001 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/15/2013 | $993.41 | |

**BILL TO:**

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX  75034**

**Remit Payment To This Address**
UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

|  |  |
|---|---|
| S H I P T O : NATIONAL ENVELOPE - EXTON<br>303 EAGLE VIEW BLVD<br>EXTON,PA 19341-0000<br>EXTON, PA  19341-0000 | S O L D T O : NATIONAL ENVELOPE - EXTON<br>303 EAGLE VIEW BOULEVARD<br>EXTON, PA  19341 |

Page 1 of 1

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5380046664 | 05/30/2013 | 00574274 | 05/28/2013 | 538-46086218 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 403959 | 24 3/4X9 1/2X4 1/2 32ECT C RSC CORRUGATED CARTON KRAFT GL IN 403959 300/SK | 600.0000 | EA | .96 | EA | 576.11 | N |
| 403863 | 48 1/4X39 1/8X3 1/8 32ECT C D/C CORRUGATED TRAY PN 403863 300/SK NATIONAL ENV | 300.0000 | EA | 1.39 | EA | 417.30 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 2.0000 | EA | .00 | EA | .00 | N |

173884/0007/NLV/15/53846086218/700532000001/05292013/05282013

| Discount allowed on | Discount Date | Vendor Nbr |  |  | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | $993.41 | | $0.00 | |
|  | Discount Amount | | | | | | Total Amount Due | |
|  |  | | | | | | $993.41 | |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.



**unisource®**

Sales Order  46086218

UNISOURCE WORLDWIDE, INC.
UNISOURCE - PHILADELPHIA
CHICAGO, IL  60693

Cust No  700532

| | |
|---|---|
| Customer P.O.  00574274 | Order Date  05/28/13 |
| Customer Phone  (972) 731-1100 | Page  1 of  1 |

Route  02       Rep  A1
Rt Seq  1       Entered By  TO
Source  WH      CSP Dept ID  TO

| | |
|---|---|
| **B I L L** Cust. No.  700532          (PN)<br>NATIONAL ENVELOPE SUPPORT SVCS<br>ATTN: ACCOUNTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO,TX 75034-1948 | **S H I P** Ship To  000001<br>NATIONAL ENVELOPE - EXTON<br>303 EAGLE VIEW BLVD<br>EXTON, PA 19341-0000 | **Print Time** 17:27 |

MSDS available at http://www.unisource.com/msds/index.asp or via  INFOTRAC at 1-888-660-6737

| | |
|---|---|
| Expect Date  05/29/13 | Message  ++<br>Special Inst.  OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ALL ORDER MUST DELIVER IN THE MORNINGS AS CLOSE AS<br>AS POSSIBLE. | |
| 002 | 10581679<br>-1001<br>011 205 Z<br>011 205 Z | 600 | 600 | | EA | | DTM01:002--DLVR DATE?20130529<br>CH 24 3/4X9 1/2X4 1/2 32ECT C<br>RSC CORRUGATED CT KRAFT GL IN<br>403959 300/SK NATIONAL ENVELOP<br>CUST ITEM:403959<br>CRBS# 7BBHT8NS<br>BV ORD:UNI-R0229741  Line:000<br>** EXT WT:    1008.00<br>** PICK QTY    600.00 EA | |
| 008 | 10587012<br>-1001<br>006 529 Z<br>006 529 Z | 300 | 300 | | EA | | CH 48 15/16X39 5/16X3 1/16<br>32ECT C D/C CORRUGATED TRAY<br>PN 403863 300/SK NAT ENVELOPE<br>CUSTOMER ITEM: 403863<br>CRBS# *<br>** EXT WT:    1767.00<br>** PICK QTY    300.00 EA | |

I Certify that the shipment has been properly classified,
described, packaged, marked and labeled/placarded.

Driver's Signature

| | |
|---|---|
| **Terms**<br>Thereafter, a 1-1/2%<br>per month late charge<br>applies to balances<br>15 days or more past<br>due. C. Q. D. sales<br>are net. Claims for<br>retroactive discounts<br>are not allowed. | Del By  ✓<br>Del Time  ✓<br>Filler<br>Cutter<br>Wrapper<br>Checker<br>HazMat Wgt  .00 |

| Piece Count | |
|---|---|
| Skids | |
| Cartons | |
| Rolls | |
| Bundles | |
| Packages | |
| Drum/Pail | |
| Other | |
| Total Units | |

Goods listed are
received in good
order subject to
Terms and Conditions
found at:

www.unisourcelink.com/termsandconditionsseller.asp

Total Pieces Received

Customer's Signature

Print Name

| | |
|---|---|
| Sub-Tot | |
| Sales Tax | |
| Total | |
| Cash Disc | |
| Date to Ship  05/29/13 | Dock Location |
| Total Weight  2778.00 | Pallet Number |
| Total Cube  330.60 | |
| Date Received  5/29/13 | |

NU 700532 46086218 20130528
SEPARATOR

FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-D208

# INVOICE
## (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5380046796 | 06/06/2013 | 700532000001 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/22/2013 | $763.36 | |

**BILL TO:**

**NATIONAL ENVELOPE
SUPPORT SERVICES
3211 INTERNET BOULEVARD
SUITE 200
FRISCO, TX  75034**

**Remit Payment To This Address**
UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| | | |
|---|---|---|
| **S H I P T O** | NATIONAL ENVELOPE - EXTON<br>303 EAGLE VIEW BLVD<br>EXTON,PA 19341-0000<br>EXTON, PA  19341-0000 | **S O L D T O**  NATIONAL ENVELOPE - EXTON<br>303 EAGLE VIEW BOULEVARD<br>EXTON, PA  19341 |

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5380046796 | 06/06/2013 | 575085 | 06/04/2013 | 538-46089663 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 403809 | 20 1/4X12 1/4X9 1/4 32ECT C RSC CORR CT 4P1C PN 403809 250/SK NATIONAL ENV | 250.0000 | EA | .74 | EA | 187.25 | N |
| 403959 | 24 3/4X9 1/2X4 1/2 32ECT C RSC CORRUGATED CARTON KRAFT GL IN 403959 300/SK | 600.0000 | EA | .96 | EA | 576.11 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 2.0000 | EA | .00 | EA | .00 | N |

173884/0007/NU/15/53846089663/700532000001/06052013/06042013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | **Discount Amount** | | | | $763.36 | **Total Amount Due** | |
| | | | | | | | $763.36 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp. All such different or additional terms and conditions shall be null and void.

PROOF OF DELIVERY

**unisource®**

UNISOURCE WORLDWIDE, INC.

UNISOURCE - PHILADELPHIA
CHICAGO, IL 60693

Customer P.O. 575085
Customer Phone (972) 731-1100

| | |
|---|---|
| Cust No | 700532 |
| Order Date | 06/04/13 |
| Page | 1 of 1 |
| Rep | A1 |
| Entered By | T0 |
| CSP Dept ID | T0 |

| | |
|---|---|
| Route | 03 |
| Rt Seq | 1 |
| Source | WH |

**BILL TO**
Cust. No. 700532 (PN)
NATIONAL ENVELOPE SUPPORT SVCS
ATTN: ACCOUNTS PAYABLE
3211 INTERNET BLVD STE 200
FRISCO,TX 75034-1948

**SHIP TO** 000001
NATIONAL ENVELOPE - EXTON
303 EAGLE VIEW BLVD
EXTON, PA 19341-0000

Print Time 17:01

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

Expect Date 06/05/13

Message

Special Inst. OT - Our Truck

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|------|-------------|---------|----------|--------|----|----|-------------|-------------------|
| | | | | | | | ALL ORDER MUST DELIVER IN THE MORNINGS AS CLOSE AS AS POSSIBLE. | |
| 001 | 10587006 -1001 008 525 Z 008 525 Z | 250 | 250 | | EA | | CH 20 1/4X12 1/4X9 1/4 32ECT C RSC CORR CT 4P1C PN 403809 250/SK NATIONAL ENV 25/BUNDLE 250/UNIT 1UNIT/PL SIZE OF UNIT 45X34X40 CUSTOMER ITEM: 403809 CRBS# * ** EXT WT: 285.00 ** PICK QTY 250.00 EA | |
| 008 | 10581679 -1001 011 205 Z 011 205 Z | 600 | 600 | | EA | | CH 24 3/4X9 1/2X4 1/2 32ECT C RSC CORRUGATED CT KRAFT GL IN 403959 300/SK NATIONAL ENVELOP CUSTOMER ITEM: 403959 CRBS# * ** EXT WT: 1008.00 ** PICK QTY 600.00 EA | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| | |
|---|---|
| Sub-Tot | |
| Sales Tax | |

| Terms | Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del By | | Piece Count | |
|-------|---|---|---|---|---|
| | | Del Time | | Skids | |
| | | Filler | | Cartons | |
| | | Cutter | | Rolls | |
| | | Wrapper | | Bundles | |
| | | Checker | | Packages | |
| | | HazMat Wgt .00 | | Drum/Pail | |
| | | | | Other | |
| | | | | Total Units | |

Goods listed are received in good order subject to Terms and Conditions found at:
www.unisourcelink.com/termsandconditionsseller.asp

| | |
|---|---|
| Date to Ship | 06/05/13 |
| Total Weight | 1296.00 |
| Total Cube | 150.10 |

| | |
|---|---|
| Total | |
| Cash Disc | |
| Dock Location | |
| Pallet Number | |

Total Pieces Received

Date Received

Customer's Signature _Ismael Colon_ 6/5/13

Print Name ISMAEL COLON

NU 700532 46089663 20130604
SEPARATOR    FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

### SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 8560060873 | 06/11/2013 | 145346000001 |
| **Due Date** | **Total Amount Due** | **Enter Amount Paid** |
| 07/27/2013 | $2,318.72 | |

**BILL TO:**

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX  75034**

**Remit Payment To This Address**
UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P T O | NATIONAL ENVELOPE - SCOTTDALE 1 WEDDING LN SCOTTDALE,PA 15683-0000 SCOTTDALE, PA  15683-0000 | S O L D T O | NATIONAL ENVELOPE - SCOTTDALE 1 WEDDING LANE SCOTTDALE, PA  15683 |
|---|---|---|---|

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 8560060873 | 06/11/2013 | 00575450 | 06/07/2013 | 856-40884648 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 400958 | 12 1/2X9 3/4X6 5/8 32ECT B RSC CORRUGATED CARTON KRAFT 400958 1EA | 1,800.0000 | EA | .33 | EA | 597.06 | N |
| 400086 | 22 1/4X13 1/2X9 7/8 32ECT B RSC CORRUGATED CARTON 4P1C 1EA NATIONAL ENVELOPE | 2,880.0000 | EA | .59 | EA | 1721.66 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 2.0000 | EA | .00 | EA | .00 | |

173884/0007/NU/207/8564088464I/145346000001/06102013/06072013

| Discount allowed on | Discount Date | Vendor Nbr. | | | Subtotal | | Total Tax | $0.00 |
|---|---|---|---|---|---|---|---|---|
| | **Discount Amount** | | | | | $2,318.72 | **Total Amount Due** | $2,318.72 |

FSC:  SGSNA-COC-003630
SFI:  SGS-SFI-COC-0037
PEFC:  SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp. All such different or additional terms and conditions shall be null and void.

**PROOF OF DELIVERY**

| | |
|---|---|
| **unisource®** | Sales Order  40884648 |

UNISOURCE WORLDWIDE, INC.
UNISOURCE - MECHANICSBURG
CHICAGO, IL 60693

Cust No  145346

Order Date  06/07/13
Page  1 of  1

Customer P.O.  00575451
Customer Phone  (972) 731-1100

Route  18
Rt Seq  1
Source  WH

Rep  08
Entered By  T6
CSP Dept ID  T6

**BILL**
Cust. No.  145346  (PN)
NATIONAL ENVELOPE SUPPORT SVCS
ATTN: ACCOUNTS PAYABLE
3211 INTERNET BLVD STE 200
FRISCO,TX 75034-1948

**SHIP**
Ship To  000001
NATIONAL ENVELOPE - SCOTTDALE
1 WEDDING LN
SCOTTDALE,PA 15683-0000

Print Time  15:14

MSDS available at http://www.unisourcelink.com/msds/index.asp or via  INFOTRAC at 1-888-660-6737

Expect Date  06/10/13
Message  +++
Special Inst.  OT - Our Truck

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|------|-------------|---------|----------|--------|----|----|-------------|-------------------|
| | | | | | | | Please deliver on Monday | |
| | | | | | | | Thank you | |
| | | | | | | | Lisa | |
| | | | | | | | DTM01:002--DLVR DATE?20130610 | |
| 005 | 10581767 | 1,800 | 1,800 | | EA | | CH 12 1/2X9 3/4X6 5/8 32ECT B | |
| | -1001 | | | | | | RSC CORRUGATED CARTON KRAFT | |
| | P03 03  A | | | | | | 400958 1EA | |
| | P03 03  A | | | | | | CUST ITEM:400958 | |
| | P03 03  B | | | | | | CRBS# 7BBHV3NJ | |
| | | | | | | | BV ORD:UNI-R0232240 Line:000 | |
| | | | | | | | BV ORD:UNI-R0232240 Line:000 | |
| | | | | | | | ** EXT WT:  1062.00 | |
| | | | | | | | ** PICK QTY  1800.00 EA | |
| 012 | 10581643 | 2,880 | 2,880 | | EA | | CH 22 1/4X13 1/2X9 7/8 32ECT B | |
| | -1001 | | | | | | RSC CORRUGATED CARTON 4P1C 1EA | |
| | P03 09  C | | | | | | NATIONAL ENVELOPE 400086 | |
| | P03 09  C | | | | | | CUSTOMER ITEM: 400086 | |
| | P03 11  A | | | | | | CRBS# 7bbhv3nk | |
| | P03 11  B | | | | | | ** EXT WT:  25574.40 | |
| | P03 11  C | | | | | | ** PICK QTY  2880.00 EA | |
| | P03 13  A | | | | | | | |
| | ************ | | | | | | | |

I Certify that the shipment has been properly classified,
described, packaged, marked and labeled/placarded.

Driver's Signature  [signature]

Sub-Tot
Sales Tax

Goods listed are
received in good
order subject to
Terms and Conditions
found at:

Date to Ship  06/10/13
Total Weight  26671.61
Total Cube  3080.80

Total
Cash Disc
Dock Location
Pallet Number

**Terms**
Thereafter, a 1-1/2%
per month late charge
applies to balances
15 days or more past
due. C. O. D. sales
are net. Claims for
retroactive discounts
are not allowed.

| Del By | Piece Count | |
|--------|-------------|--|
| | Skids | |
| Del Time | Cartons | |
| | Rolls | |
| Filler | Bundles | |
| Cutter | Packages | |
| Wrapper | Drum/Pail | |
| Checker | Other | |
| HazMat Wgt | .00 | Total Units |

www.unisourcelink.com/termsandconditionsseller.asp

Total Pieces Received

Date Received

Customer's Signature  [signature] Beverly Crebbs

Print Name  6-10-13

NU 145346 40884648 20130607
SEPARATOR

FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

### SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5080017630 | 06/11/2013 | 105765000003 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/27/2013 | $775.06 | |

**BILL TO:**

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX  75034**

**Remit Payment To This Address**
UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

S H I P T O: NATIONAL ENVELOPE APPLETON
3800 W WISCONSIN AVE
APPLETON, WI 54914-6513
APPLETON, WI  54914-6513

S O L D T O: NATIONAL ENVELOPE - NE OPCO
3800 WEST WISCONSIN AVENUE
APPLETON, WI  54915

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5080017630 | 06/11/2013 | 575481 | 06/07/2013 | 508-65250088 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10302417 | 23X35 119M 70# WHITE STARBRITE SMOOTH OPAQUE ULTRA 1200/CT U52123 | 6.2500 | CT | 118.10 | CT | 738.15 | Y |
| 10453565 | FUEL SURCHARGE RECOVERY | 1.0000 | EA | .00 | EA | .00 | N |

173884/0007/MA/80/50865250088/105765000003/06102013/06072013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|
| | Discount Amount | | | | $738.15 | | $36.91 |
| | | | | | | Total Amount Due | $775.06 |

FSC:  SGSNA-COC-003630
SFI:  SGS-SFI-COC-0037
PEFC:  SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp. All such different or additional terms and conditions shall be null and void.

# PROOF OF DELIVERY

**Sales Order** 65250088

UNISOURCE WORLDWIDE, INC.
UNISOURCE - APPLETON
CHICAGO, IL  60693

Cust No   105765

Order Date   06/07/13
Page   1 of   2

Customer P.O.   575481
Customer Phone  (972) 731-1100

Route   12
Rt Seq   9
Source   WH

Rep   AB
Entered By   MR
CSP Dept ID   MR

| B I L L | Cust. No.  105765                (PN) <br> NE OPCO INC NATIONAL ENVELOPE <br> ATTN ACCTS PAYABLE <br> 3211 INTERNET BLVD STE 200 <br> FRISCO,TX 75034-1948 | S H I P | Ship To  000003 <br> NATIONAL ENVELOPE APPLETON <br> <br> 3800 W WISCONSIN AVE <br> APPLETON,WI 54914-6513 | Print Time <br> 18:54 |

MSDS available at http://www.unisourcelink.com/msds/index.asp or via  INFOTRAC at 1-888-660-6737

| | Expect Date <br> 06/10/13 | Message   +FAX/MR <br> Special Inst.   OT - Our Truck |
|---|---|---|

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 001 | 10302417 | 7,500 | 7,500 | | SH | | 23X35 119M 70# WHITE <br> STARBRITE SMOOTH OPAQUE ULTRA <br> 1200/CT U52123 <br> IB61_Q:7500_06/10_C:NN <br> 61206250-0016 p ************* <br> ** EXT WT:        892.50 <br> ** PICK QTY        6.00 CT / <br>                 300.00 SH | |
| 006 | 10059637 | 1,500 | | 1,500 | SH | | 23X35 102M 60# BRIGHT WHITE <br> FINCH SMOOTH OPAQUE 1500/CT <br> 1000-6060 | |
| 012 | 10445888 | 500 | | 500 | SH | | 25X38 140M 70# SOUR APPLE <br> POP-TONE VELLUM TEXT <br> 500/CT 688 | |
| 018 | 10445701 | 500 | | 500 | SH | | 25X38 140M 70# JELLYBEAN <br> GREEN POP-TONE VELLUM TEXT <br> 500/CT 682 | |
| 024 | 10054631 | 7,500 | | 7,500 | SH | | 23X35 102M 60# RE-ENTRY RED <br> ASTROBRIGHTS SMOOTH TEXT <br> 1500/CT 22554 | |
| 030 | 10015511 | 2,000 | | 2,000 | SH | | 35X23 103M 24# ANTIQUE GRAY <br> CLASSIC CREST SMOOTH WRITING <br> 01374 | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| Sub-Tot | |
| Sales Tax | |
| Total | |
| Cash Disc | |

Terms
Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed.

| Del By | | Piece Count | |
|---|---|---|---|
| | | Skids | 6 |
| Del Time | | Cartons | |
| Filler | | Rolls | |
| Cutter | | Bundles | |
| Wrapper | | Packages | |
| Checker | | Drum/Pail | |
| HazMat Wgt | | Other | |
| | | Total Units | |

Goods listed are received in good order subject to Terms and Conditions found at:

www.unisourcelink.com/termsandconditionsseller.asp

| Date to Ship <br> 06/10/13 | |
| Total Weight | |
| Total Cube | |

Total Pieces Received

Dock Location
Pallet Number

Customer's Signature   Jm Ulrich
Print Name   Ucric U

Date Received   6-10-13

MA 105765 65250088 20130607
SEPARATOR
FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

Sales Order   65250088

UNISOURCE WORLDWIDE, INC.
UNISOURCE - APPLETON
CHICAGO, IL  60693

unisource®

Customer P.O.   575481
Customer Phone   (972) 731-1100

Cust No   105765

Order Date   06/07/13
Page   2 of 2
Rep   AB
Entered By   MR
CSP Dept ID   MR

Route   12
Rt Seq   9
Source   WH

| B I L L | Cust. No.   105765          (PN) | S H I P | Ship To   000003 | |
|---|---|---|---|---|
| | NE OPCO INC NATIONAL ENVELOPE | | NATIONAL ENVELOPE APPLETON | Print Time |
| | ATTN ACCTS PAYABLE | | 3800 W WISCONSIN AVE | 18:54 |
| | 3211 INTERNET BLVD STE 200 | | APPLETON,WI 54914-6513 | |
| | FRISCO,TX 75034-1948 | | | |

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

Expect Date   06/10/13
Message   +FAX/MR
Special Inst.   OT - Our Truck

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 036 | 10082862 | 2,000 | | 2,000 | SH | | 25X38 140M 70# BRILLIANT WHITE ROYAL SUNDANCE LINEN TEXT 1000/CT 75684 | |
| 042 | 10015935 | 3,000 | | 3,000 | SH | | 34X28 122M 24# AVON BRILLIANT WHITE CLASSIC LAID IMAGING WRITING 06518 | |
| 048 | 10656063 | 2,000 | | 2,000 | SH | | 34X28 122M 24# CREAM NEUTECH 25% COTTON LAID WRITING 500/CT 01954 | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

Sub-Tot
Sales Tax

Goods listed are received in good order subject to Terms and Conditions found at:
www.unisourcelink.com/termsandconditionsseller.asp

Date to Ship   06/10/13
Total Weight   892.50
Total Cube   18.75

Cash Disc
Total
Dock Location
Pallet Number

Terms Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed.

Del By
Del Time
Filler
Cutter
Wrapper
Checker
HazMat Wgt   .00

Piece Count
Skids
Cartons
Rolls
Bundles
Packages
Drum/Pail
Other
Total Units

Total Pieces Received

Customer's Signature

Date Received   6-10 73

Print Name

FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
# (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

SOLD FROM:

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5080017550 | 06/04/2013 | 105765000003 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/20/2013 | $303.07 | |

BILL TO:

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX  75034**

Remit Payment To This Address
UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P   T O | NATIONAL ENVELOPE APPLETON 3800 W WISCONSIN AVE APPLETON,WI 54914-6513 APPLETON, WI  54914-6513 | S O L D   T O | NATIONAL ENVELOPE - NE OPCO 3800 WEST WISCONSIN AVENUE APPLETON, WI  54915 |
|---|---|---|---|

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5080017550 | 06/04/2013 | 574700 | 05/31/2013 | 508-65247028 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10062157 | 25X38 140M 70# BRIGHT WHITE FINCH FINE ULTRA SMOOTH TEXT 1000/CT 1020-7066 | 2.0000 | CT | 144.32 | CT | 288.64 | Y |
| 10453565 | FUEL SURCHARGE RECOVERY | 1.0000 | EA | .00 | EA | .00 | N |

173884/0007/MA/80/50865247028|105765000003/06032013/05312013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|
| | | | | | | | $14.43 |
| | Discount Amount | | | | $288.64 | Total Amount Due | |
| | | | | | | | $303.07 |

FSC:  SGSNA-COC-003630
SFI:  SGS-SFI-COC-0037
PEFC:  SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.



# PROOF OF DELIVERY

| | | | Sales Order | 65247028 |
|---|---|---|---|---|
| UNISOURCE WORLDWIDE, INC. | | | Cust No | 105765 |
| UNISOURCE - APPLETON | | | | |
| CHICAGO, IL 60693 | | | Order Date | 05/31/13 |
| | | | Page 1 of | 1 |
| Customer P.O. 574700 | Route | 05 | Rep AB | |
| Customer Phone (972) 731-1100 | Rt Seq | 1 | Entered By | YG |
| | Source | WH | CSP Dept ID | YG |

| B I L L | Cust. No. 105765 (PN) NE OPCO INC NATIONAL ENVELOPE ATTN ACCTS PAYABLE 3211 INTERNET BLVD STE 200 FRISCO,TX 75034-1948 | S H I P | Ship To 000003 NATIONAL ENVELOPE APPLETON 3800 W WISCONSIN AVE APPLETON,WI 54914-6513 | Print Time 18:53 |
|---|---|---|---|---|

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

| | | Expct Date | Message | +Renee jg |
|---|---|---|---|---|
| | | 06/03/13 | Special Inst. | OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 001 | 10062157 | 2,000 | 2,000 | | SH | | 25X38 140M 70# BRIGHT WHITE FINCH FINE ULTRA SMOOTH TEXT 1000/CT 1020-7066 CRBS# NEC item 701535 IB61_Q:2000_06/03_C:NN 61196400-0001 p ************* ** EXT WT:        280.00 ** PICK QTY        2.00 CT NEC item 701535 | |

I Certify that the shipment has been properly classified,   Driver's Signature

described, packaged, marked and labeled/placarded.

| | | | | Sub-Tot | |
|---|---|---|---|---|---|
| | | | | Sales Tax | |

| | | Piece Count | Goods listed are received in good order subject to Terms and Conditions found at: | Date to Ship 06/03/13 | Total | |
|---|---|---|---|---|---|---|
| Terms Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del By | Skids | | | Cash Disc | |
| | Del Time | Cartons | | Total Weight 280.00 | Dock Location Pallet Number | |
| | Filler | Rolls Bundles | | Total Cube 5.88 | | |
| | Cutter | Packages | www.unisourcelink.com/termsandconditionsseller.asp | | |
| | Wrapper | Drum/Pail | Total Pieces Received | | |
| | Checker | Other | Customer's Signature | Date Received 6-3-13 | |
| | HazMat Wgt .00 | Total Units | Print Name ULRICH | | |

MA 105765 65247028 20130531

SEPARATOR   FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

### SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5080017509 | 05/30/2013 | 105765000003 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/15/2013 | $1,888.03 | |

**BILL TO:**

**NATIONAL ENVELOPE
SUPPORT SERVICES
3211 INTERNET BOULEVARD
SUITE 200
FRISCO, TX  75034**

**Remit Payment To This Address**

UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P T O | NATIONAL ENVELOPE APPLETON 3800 W WISCONSIN AVE APPLETON, WI 54914-6513 APPLETON, WI  54914-6513 | S O L D T O | NATIONAL ENVELOPE - NE OPCO 3800 WEST WISCONSIN AVENUE APPLETON, WI  54915 |
|---|---|---|---|

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5080017509 | 05/30/2013 | 573995 | 05/23/2013 | 508-65244223 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10442589 | 23X35 102M 60# CREAM EARTHCHOICE COLORS VELLUM OPAQUE 1500/CT 81133 | 13.0000 | CT | 126.54 | CT | 1645.02 | Y |
| 10019892 | 23X35 119M 70# NATURAL COUGAR SMOOTH OPAQUE 1200/CT 7724 | 1.0000 | CT | 153.09 | CT | 153.10 | Y |
| 10453565 | FUEL SURCHARGE RECOVERY | 2.0000 | EA | .00 | EA | .00 | N |

173884/0007/MA/80/50865244223/105765000003/05292013/05232013

| Discount allowed on | Discount Date | Vendor Nbr. | | Subtotal | Total Tax |
|---|---|---|---|---|---|
| | Discount Amount | | | $1,798.12 | $89.91 |
| | | | | Total Amount Due | $1,888.03 |

FSC:  SGSNA-COC-003630
SFI:  SGS-SFI-COC-0037
PEFC:  SGS-PEFC-COC-0208

For Invoice Inquiries, Call:  1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.



**unisource®**

## PROOF OF DELIVERY

| | |
|---|---|
| UNISOURCE WORLDWIDE, INC. | Sales Order 65244223 |
| UNISOURCE - APPLETON | Cust No 105765 |
| CHICAGO, IL 60693 | Order Date 05/23/13 |
| | Page 1 of 1 |

| | | |
|---|---|---|
| Customer P.O. 573995 | Route 09 | Rep AB |
| Customer Phone (972) 731-1100 | Rt Seq 8 | Entered By 2G |
| | Source WH | CSP Dept ID MR |

```
B   Cust. No. 105765              (PN)      S  Ship To   000003
I   NE OPCO INC NATIONAL ENVELOPE           H  NATIONAL ENVELOPE APPLETON       Print
L   ATTN ACCTS PAYABLE                      I                                   Time
L   3211 INTERNET BLVD STE 200              P  3800 W WISCONSIN AVE             10:58
    FRISCO,TX 75034-1948                       APPLETON,WI 54914-6513
```

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

| | | |
|---|---|---|
| Expect Date | Message +FAX/MR | |
| 05/29/13 | Special Inst. OT - Our Truck | |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 001 | 10442589 | 19,500 | 19,500 | | SH | | 23X35 102M 60# CREAM EARTHCHOICE COLORS VELLUM OPAQUE 1500/CT 81133<br>** EXT WT: 1989.00<br>** PICK QTY 13.00 CT | |
| 007 | 10019892 | 1,200 | 1,200 | | SH | | 23X35 119M 70# NATURAL COUGAR SMOOTH OPAQUE 1200/CT 7724<br>IB67_Q:1200_05/31_C:NN<br>67948943-0001 p *************<br>** EXT WT: 142.80<br>** PICK QTY 1.00 CT | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| | | | |
|---|---|---|---|
| | | Sub-Tot | |
| | | Sales Tax | |

| Terms<br>Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del By | Piece Count | Goods listed are received in good order subject to Terms and Conditions found at: | Total |
|---|---|---|---|---|
| | | Skids | Date to Ship 05/29/13 | Cash Disc |
| | Del Time | Cartons | Total Weight 2131.00 | Dock Location |
| | | Rolls | | Pallet Number |
| | Filler | Bundles | Total Cube 44.00 | |
| | Cutter | Packages | www.unisourcelink.com/termsandconditionsseller.asp | |
| | Wrapper | Drum/Pail | Total Pieces Received | Date Received |
| | Checker | Other | | |
| | HazMat Wgt .00 | Total Units | Customer's Signature | |
| | | | Print Name | |

MA 105765 65244223 20130523
SEPARATOR

FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208



unisource

## Order Detail for Sales Order 65244223

| | | | | |
|---|---|---|---|---|
| Account Number: | 105765  Classification: | National Account | Subtotal: | $153.10 |
| Order Type: | WH | | Total Tax: | $7.66 |
| Sales Rep Name: | AB    REZIN, SCOTT W | | Total Amount Due: | $160.76 |
| Buyer: | | | Amount Paid: | $0.00 |
| Enter By: | RAAS MICKEY RAASCH | | | |
| Order Date: | 05/23/2013 | | | |
| Date Registered: | | | | |
| Expect Date: | 05/28/2013 | | | |
| Order Status: | IE | | | |
| Customer PO: | 573995 | | | |
| Delivery Date: | | | | |
| Delivery Time: | | | | |
| Print Date: | | | | |
| Group Code: | 0007 | | | |
| Order Source: | FAX | | Ship To #: | 000003 |
| CSP: | MR    MICKEY RAASCH | | Name: | NATIONAL ENVE |
| | | | Address1: | |
| | | | Address2: | 3800 W WISCONS |
| Sold To: | | | Address3: | APPLETON, WI 54 |
| Name: | NE OPCO INC NATIONAL ENVELOPE | | Phone: | 972-731-1100 |
| Address1: | ATTN ACCTS PAYABLE | | | |
| Address2: | 3211 INTERNET BLVD STE 200 | | Special Instructions: | OT - Our Truck |
| Address3: | FRISCO, TX 75034-1948 | | | |

| ItemNum | Description / Price Source | Lot Numbers  Serial Number | Ordered / Shipped / BackOrder | Stock UM / Sell UM | PC / CP | Unit Price / Tax % | Exte |
|---|---|---|---|---|---|---|---|
| 6510442589 | 23X35 102M 60# CREAM EARTHCHOICE COLORS VELLUM OPAQUE 1500/CT 81133 | | 19,500.00 0.00 19,500.00 | SH M | GN FL | 84.36 0.00 | |
| 6510019892 | 23X35 119M 70# NATURAL COUGAR SMOOTH OPAQUE 1200/CT 7724 IB67_Q:1200_05/31_C:NN 67948943-0001 p ************** | | 1,200.00 1,200.00 0.00 | SH M | G* FL | 127.58 5.00 | |

*(handwritten signature)* 5-28-13

Name: crpOrderDetail.dsr

# INVOICE
## (REPRINT)

### SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 7310056028 | 06/06/2013 | 417894000001 |
| **Due Date** | **Total Amount Due** | **Enter Amount Paid** |
| 07/22/2013 | $497.16 | |

**BILL TO:**

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX  75034**

**Remit Payment To This Address**

UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P T O | NATIONAL ENVELOPE-CITY OF INDUST<br>705 N. BALDWIN PARK BLVD<br>CITY OF INDUSTRY,CA 91746-0000<br>CITY OF INDUSTRY, CA  91746-0000 | S O L D | NATIONAL ENVELOPE - CITY OF INDUSTRY<br>705 NORTH BALDWIN PARK BOULEVARD<br>CITY OF INDUSTRY, CA  91746 |
|---|---|---|---|

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 7310056028 | 06/06/2013 | 573996 | 05/23/2013 | 731-48414273 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10035612 | 03337 ADHESIVE TRANSFER TAPE 1X60YD 2MIL 3M SCOTCH 465 ACRYLIC CLEAR 36/CS | 1.0000 | CA | 497.16 | CA | 497.16 | N |

173884/0007/PC/200/73148414273/417894000001/06052013/05232013

| Discount allowed on | Discount Date | Vendor Nbr | | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| | **Discount Amount** | | | | | $497.16 | **Total Amount Due** | |
| | | | | | | | | $497.16 |

FSC:  SGSNA-COC-003630
SFI:  SGS-SFI-COC-0037
PEFC:  SGS-PEFC-COC-0208

**For Invoice Inquiries, Call:** 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.

# PROOF OF DELIVERY

**unisource®**

Sales Order 48414273

UNISOURCE WORLDWIDE, INC.
UNISOURCE - LA SUPPLY SYSTEMS
LOS ANGELES, CA 90074-7006

| | |
|---|---|
| Cust No | 417894 |
| Order Date | 05/23/13 |
| Page | 1 of 1 |
| Rep | FE |
| Entered By | M6 |
| CSP Dept ID | M6 |

Customer P.O. 573996
Customer Phone (972) 731-1100

Route UP
Rt Seq 0
Source WH

| | |
|---|---|
| **B I L L** | Cust. No. 417894 (PN)<br>NATIONAL ENVELOPE SUPPORT SVCS<br>ATTN: ACCOUNTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO,TX 75034-1948 |
| **S H I P** | Ship To 000001<br>NATIONAL ENVELOPE-CITY OF INDU<br>705 N. BALDWIN PARK BLVD<br>CITY OF INDUSTRY,CA 91746-0000 |

Print Time 17:37

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

| Expect Date | Message M6/FAX |
|---|---|
| 06/05/13 | Special Inst. OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 002 | 10035612<br>INDIRECT2 | 1 | 1 | | CS | | 03337 ADHESIVE TRANSFER<br>TAPE 1X60YD 2MIL 3M SCOTCH 465<br>ACRYLIC CLEAR 36/CS<br>** EXT WT: 18.72<br>** PICK QTY 36.00 RL | |

5R4V41   6/5/2013
SVC UPS Ground
Tracking#: 1Z5R4V410370139271
REF 1: 573996

REF 2: wa2mfk
HC: .00
Shipment Rate Charges:
DV: .00      COD: .00
DC: .00      AH: .00

TOTAL CHARGE: 6.73

ACT WT 19.4LB
BLL WT 19.4LB

#PK 1

All Currency USD

FRT: Prepaid (DDP)

+HANDLING: 6.73

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| Sub-Tot | |
|---|---|
| Sales Tax | |

| | | | Goods listed are received in good order subject to Terms and Conditions found at:<br>www.unisourcelink.com/termsandconditionsseller.asp | Date to Ship<br>06/05/13 | Cash Disc |
|---|---|---|---|---|---|

| Terms | Del By | Piece Count | | | |
|---|---|---|---|---|---|
| Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del By | Skids | | Total Weight | 18.72 |
| | Del Time | Cartons | | Total Cube | 0.72 |
| | Filler | Rolls | | | |
| | Cutter | Bundles | | | |
| | Wrapper | Packages | | Total Pieces Received | Date Received |
| | Checker | Drum/Pail | | | |
| | HazMat Wgt .00 | Other | | Customer's Signature | |
| | | Total Units | | Print Name | |

Dock Location
Pallet Number

PC 417894 48414273 20130523
SEPARATOR      FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 7310055906 | 05/31/2013 | 417894000001 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/16/2013 | $196.68 | |

**BILL TO:**

**NATIONAL ENVELOPE
SUPPORT SERVICES
3211 INTERNET BOULEVARD
SUITE 200
FRISCO, TX  75034**

**Remit Payment To This Address**

UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| | | |
|---|---|---|
| S H I P T O | NATIONAL ENVELOPE-CITY OF INDUST<br>705 N. BALDWIN PARK BLVD<br>CITY OF INDUSTRY,CA 91746-0000<br>CITY OF INDUSTRY, CA  91746-0000 | S O L D T O | NATIONAL ENVELOPE - CITY OF INDUSTRY<br>705 NORTH BALDWIN PARK BOULEVARD<br>CITY OF INDUSTRY, CA  91746 |

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 7310055906 | 05/31/2013 | 573996 | 05/23/2013 | 731-48414272 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10094756 | 43178 TAPE 2X36YD 5 MIL 3M 764 GENERAL PURPOSE VINYL RUBBER YELLOW 24/CS | 1.0000 | CA | 112.08 | CA | 112.08 | N |
| 10094755 | 43177 VINYL TAPE 1X36YD 3M 764 GENERAL PURPOSE YELLOW 36/CS | 1.0000 | CA | 84.60 | CA | 84.60 | N |

173884/0007/PC/200/73148414272/417894000001/05302013/05232013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|
| | | | | | $196.68 | | $0.00 |
| | Discount Amount | | | | | Total Amount Due | $196.68 |

**FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208**

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.


**unisource®**

**PROOF OF DELIVERY**

| | |
|---|---|
| Sales Order | 48414272 |

UNISOURCE WORLDWIDE, INC.
UNISOURCE - LA SUPPLY SYSTEMS
LOS ANGELES, CA 90074-7006

| | |
|---|---|
| Cust No | 417894 |
| Order Date | 05/23/13 |
| Page | 1 of  1 |

Customer P.O.   573996
Customer Phone  (972) 731-1100

| | | | |
|---|---|---|---|
| Route | UP | Rep | FE |
| Rt Seq | 0 | Entered By | M6 |
| Source | WH | CSP Dept ID | M6 |

```
B   Cust. No.  417894            (PN)
I   NATIONAL ENVELOPE SUPPORT SVCS
L   ATTN: ACCOUNTS PAYABLE
L   3211 INTERNET BLVD STE 200
    FRISCO,TX 75034-1948
```

```
S   Ship To  000001
H   NATIONAL ENVELOPE-CITY OF INDU
I
P   705 N. BALDWIN PARK BLVD
    CITY OF INDUSTRY,CA 91746-0000
```

| Print |
|---|
| Time |
| 17:35 |

MSDS available at http://www.unisourcelink.com/msds/index.asp or via  INFOTRAC at 1-888-660-6737

| Expect Date | Message | M6/PAX |
|---|---|---|
| 05/30/13 | Special Inst.  OT - Our Truck | |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 002 | 10094756 INDIRECT2 | 1 | 1 | | CS | | 43178 TAPE 2X36YD 5 MIL 3M 764 GENERAL PURPOSE VINYL RUBBER YELLOW 24/CS ** EXT WT:      19.68 ** PICK QTY     24.00 RL PO : 48218792 Line : 0021 | |
| 005 | 10094755 | 1 | 1 | | CS | | 43177 VINYL TAPE 1X36YD 3M 764 GENERAL PURPOSE YELLOW 36/CS ** EXT WT:      14.76 ** PICK QTY     36.00 RL | |

```
5R4V41      5/30/2013        ACT WT 30.7LB              #PK 1
SVC UPS Ground                BLL WT 30.7LB
Tracking#: 1Z5R4V410370135837                All Currency USD
REF 1: 573996
REF 2: evw4sb
HC: .00                                       FRT: Prepaid (DDP)
Shipment Rate Charges:
  DV: .00        COD: .00
  DC: .00        AH: .00
                              +HANDLING: 7.70
TOTAL CHARGE: 7.70
```

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| | |
|---|---|
| Sub-Tot | |
| Sales Tax | |

| | | | |
|---|---|---|---|
| Terms Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del By | Piece Count | |
| | Del Time | Skids | |
| | | Cartons | |
| | Filler | Rolls | |
| | Cutter | Bundles | |
| | Wrapper | Packages | |
| | Checker | Drum/Pail | |
| | HazMat Wgt      .00 | Other | |
| | | Total Units | |

| Goods listed are received in good order subject to Terms and Conditions found at: www.unisourcelink.com/termsandconditionsseller.asp | Date to Ship  05/30/13 | Total |
|---|---|---|
| | Total Weight  34.44 | Cash Disc |
| | Total Cube  0.84 | Dock Location / Pallet Number |
| | Total Pieces Received | Date Received |

Customer's Signature

Print Name

PC 417894 48414272 20130523
SEPARATOR          FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 7310055867 | 05/30/2013 | 417894000001 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/15/2013 | $542.88 | |

**BILL TO:**

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX  75034**

**Remit Payment To This Address**
UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| | S H I P T O | | | S O L D | | |
|---|---|---|---|---|---|---|
| | NATIONAL ENVELOPE-CITY OF INDUST | | | | NATIONAL ENVELOPE - CITY OF INDUSTRY | |
| | 705 N. BALDWIN PARK BLVD | | | | 705 NORTH BALDWIN PARK BOULEVARD | |
| | CITY OF INDUSTRY,CA 91746-0000 | | | | CITY OF INDUSTRY, CA  91746 | |
| | CITY OF INDUSTRY, CA  91746-0000 | | | | | |

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 7310055867 | 05/30/2013 | 00574324 | 05/28/2013 | 731-48416841 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 400065 | 18 1/2X9 5/8X6 1/4 32ECT B RSC CORR CARTON KFT GL IN 1C 400065 #U12033003 1EA | 1,200.0000 | EA | .45 | EA | 542.88 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 1.0000 | EA | .00 | EA | .00 | |

173884/0007/PC/200/731484 1684 1/417894000001/05292013/05282013

| Discount allowed on | Discount Date | Vendor Nbr | | | Subtotal | Total Tax | |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | Discount Amount | | | | $542.88 | Total Amount Due | |
| | | | | | | | $542.88 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.


**unisource®**

# PROOF OF DELIVERY

UNISOURCE WORLDWIDE, INC.

UNISOURCE - LA SUPPLY SYSTEMS

LOS ANGELES, CA 90074-7006

| | |
|---|---|
| Sales Order | 48416841 |
| Cust No | 417894 |
| Order Date | 05/28/13 |
| Page | 1 of 1 |

Customer P.O.   00574324

Customer Phone   (972) 731-1100

| | |
|---|---|
| Route | 14 |
| Rt Seq | 2 |
| Source | WH |

| | |
|---|---|
| Rep | FE |
| Entered By | M6 |
| CSP Dept ID | M6 |

| B I L L | Cust. No. 417894                     (PN)<br>NATIONAL ENVELOPE SUPPORT SVCS<br>ATTN: ACCOUNTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO,TX 75034-1948 | S H I P | Ship To    000001<br>NATIONAL ENVELOPE-CITY OF INDU<br><br>705 N. BALDWIN PARK BLVD<br>CITY OF INDUSTRY,CA 91746-0000 | Print<br>Time<br><br>18:40 |
|---|---|---|---|---|

MSDS available at http://www.unisourcelink.com/msds/index.asp or via   INFOTRAC at 1-888-660-6737

| Expect Date | Special Inst. |
|---|---|
| 05/29/13 | OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 003 | 10581609<br>-5001<br>622 032 Z<br>622 032 Z | 1,200 | 1,200 | | EA | | ATTN CARMEN<br>DTM01:002--DLVR DATE?20130529<br>CH 400065 18 1/2X9 5/8X6 1/4<br>32ECT B RSC CORR CARTON KFT GL<br>IN 1C #U12033003 1EA<br>CUST ITEM:400065<br>CRBS# 7BBHT854<br>BV ORD:UNI-R0579091  Line:000<br>** EXT WT:        864.00<br>** PICK QTY    1200.00 EA | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| Terms |
|---|
| Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. |

| | | Piece Count | |
|---|---|---|---|
| Del By | | Skids | |
| Del Time | | Cartons | 7 |
| Filler | | Rolls | |
| Cutter | | Bundles | |
| Wrapper | | Packages | |
| Checker | | Drum/Pail | |
| HazMat Wgt | .00 | Other | |
| | | Total Units | |

Goods listed are received in good order subject to Terms and Conditions found at:

www.unisourcelink.com/termsandconditionsseller.asp

Total Pieces Received

Customer's Signature

*Alex Flores*    5-29-13

Print Name

Alex Flores

| | |
|---|---|
| Date to Ship | 05/29/13 |
| Total Weight | 874.80 |
| Total Cube | 100.80 |

| Sub-Tot | |
|---|---|
| Sales Tax | |
| Total | |
| Cash Disc | |
| Dock Location | |
| Pallet Number | |

Date Received

PC 417894 48416841 20130528

SEPARATOR    FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
# (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

**BILL TO:**

NATIONAL ENVELOPE
SUPPORT SERVICES
3211 INTERNET BOULEVARD
SUITE 200
FRISCO, TX  75034

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5840028169 | 06/11/2013 | 514602000001 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/27/2013 | $7,220.46 | |

**Remit Payment To This Address**
UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P T O | NATIONAL ENVELOPE - SHELBYVILLE<br>252 PIERCE INDUSTRIAL RD<br>SHELBYVILLE,KY 40066-0000<br>SHELBYVILLE, KY  40066-0000 | S O L D T O | NATIONAL ENVELOPE - SHELBYVILLE<br>252 PIERCE INDUSTRIAL ROAD<br>SHELBYVILLE, KY  40066 |
|---|---|---|---|

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5840028169 | 06/11/2013 | 575510 | 06/07/2013 | 584-85500460 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10581750 | 18 1/2X11 3/8X7 7/8 32ECT C RSC CORR CT KRFT D/C GL IN 400006 2P2C #2951084D 1 | 4,280.0000 | EA | .70 | EA | 3004.56 | N |
| 400140 | 20 1/8X12 1/8X9 1/8 32ECT B RSC CORRUGATED CARTON 1C GL IN KRAFT 1EA | 2,850.0000 | EA | .59 | EA | 1684.09 | N |
| 403220 | 6 1/4X9 1/2 32ECT C D/C CORRUGATED PAD EMBOSSED KRAFT 1EA | 43,750.0000 | EA | .05 | EA | 2531.81 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 3.0000 | EA | .00 | EA | .00 | N |

173884\0007/MA/2/58485500460/J14602000001/06102013/06072013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|
| | Discount Amount | | | | $7,220.46 | | $0.00 |
| | | | | Total Amount Due | | | $7,220.46 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.

# PROOF OF DELIVERY ENTERED JUN 10 2013

| | | | | Sales Order | 85500460 |

UNISOURCE WORLDWIDE, INC.
UNISOURCE - LOUISVILLE
CHICAGO, IL 60693

Cust No    514602

Order Date    06/07/13
Page    1 of 1

Customer P.O.    575510
Customer Phone    (972) 731-1100

Route    04
Rt Seq    1
Source    WH

Rep    9H
Entered By    T6
CSP Dept ID    T6

| B I L L | Cust. No. 514602 (PN)<br>NATIONAL ENVELOPE SUPPORT SVCS<br>ATTN: ACCOUNTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO,TX 75034-1948 | S H I P | Ship To 000001<br>NATIONAL ENVELOPE - SHELBYVILL<br>252 PIERCE INDUSTRIAL RD<br>SHELBYVILLE,KY 40066-0000 | Print Time<br>16:31 |

MSDS available at http://www.unisourcelink.com/made/index.asp or via INFOTRAC at 1-888-660-6737

| Expect Date | Message | amt/fax |
| 06/10/13 | Special Inst. | OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|------|-------------|---------|----------|--------|----|----|-------------|-------------------|
| | | | | | | | ALWAYS OVERSHIP NEVER UNDER. | |
| 001 | 10581750<br>-4001 | 4,280 | 4,280 | | EA | | CH 18 1/2X11 3/8X7 7/8 32ECT C<br>RSC CORR CT KRFT D/C GL IN<br>400006 2P2C #2951084D 1EA<br>** EXT WT: 4708.00<br>** PICK QTY 4280.00 EA | |
| 004 | 10582335<br>-4001<br>018 031Z | 2,850 | 2,850 | | EA | | CH 20 1/8X12 1/8X9 1/8 32ECT B<br>RSC CORR CARTON 1C GL IN KRAFT<br>1EA NATIONAL ENVELOPE 400140<br>CUSTOMER ITEM: 400140<br>** EXT WT: 3135.00<br>** PICK QTY 2850.00 EA | |
| 008 | 10589195<br>-4001<br>018 129A<br>018 131A | 21,875 | 43,750 | | EA | | CH 403220 6 1/4X9 1/2<br>32ECT C D/C CORR PAD EMBOSSED<br>KRAFT 1EA NATIONAL ENVELOPE<br>CUSTOMER ITEM: 403220<br>** EXT WT: 1750.00<br>** PICK QTY 43750.00 EA | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| | | Sub-Tot | |
| | | Sales Tax | |

| Terms | Del By | Piece Count | | Goods listed are received in good order subject to Terms and Conditions found at:<br>www.unisourcelink.com/termsandconditionsseller.asp | Date to Ship<br>06/10/13 | Total | |
|-------|--------|-------------|--|--|--|--|--|
| Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del Time | Skids | 21 | | | Cash Disc | |
| | Filler   BP | Cartons | | | Total Weight<br>9826.00 | Dock Location<br>Pallet Number | |
| | Cutter | Rolls | | | Total Cube<br>1023.44 | | |
| | Wrapper | Bundles | | | | | |
| | Checker | Packages | | Total Pieces Received | | | |
| | HazMat Wgt .00 | Drum/Pail | | | Date Received | |
| | | Other | | Customer's Signature | 8/10/13 | |
| | | Total Units | 21 | | | |

Print Name    BJ Abney

MA 514602 85500460 20130607
SEPARATOR     FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

### SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5840028073 | 06/04/2013 | 514602000001 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/20/2013 | $2,021.76 | |

**BILL TO:**

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX  75034**

Remit Payment To This Address

UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P T O | NATIONAL ENVELOPE - SHELBYVILLE 252 PIERCE INDUSTRIAL RD SHELBYVILLE,KY 40066-0000 SHELBYVILLE, KY 40066-0000 | S O L D | NATIONAL ENVELOPE - SHELBYVILLE 252 PIERCE INDUSTRIAL ROAD SHELBYVILLE, KY 40066 |
|---|---|---|---|
| | | T O | |

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5840028073 | 06/04/2013 | 00574641 | 05/30/2013 | 584-85499200 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 400006 | 18 1/2X11 3/8X7 7/8 32ECT C RSC CORR CT KRFT D/C GL IN 400006 2P2C #2951084D 1 | 2,880.0000 | EA | .70 | EA | 2021.76 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 1.0000 | EA | .00 | EA | .00 | |

173884/0007/MA/2/58485499200/114602000001/06032013/05302013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | $0.00 |
|---|---|---|---|---|---|---|---|
| | Discount Amount | | | $2,021.76 | | Total Amount Due | $2,021.76 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.

Case 13-11483-CSS   Doc 101-1   Filed 06/20/13   Page 24 of 37

# PROOF OF DELIVERY

**unisource®**

UNISOURCE WORLDWIDE, INC.

UNISOURCE - LOUISVILLE
CHICAGO, IL 60693

Cust No   514602

Order Date   05/30/13
Page   1 of   1

Customer P.O.   00574641
Customer Phone   (972) 731-1100

Route   14
Rt Seq   2
Source   WH

Rep   9H
Entered By   GP
CSP Dept ID   GP

| B I L L | Cust. No. 514602 (PN)<br>NATIONAL ENVELOPE SUPPORT SVCS<br>ATTN: ACCOUNTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO, TX 75034-1948 | S H I P | Ship To   000001<br>NATIONAL ENVELOPE - SHELBYVILL<br>252 PIERCE INDUSTRIAL RD<br>SHELBYVILLE, KY 40066-0000 | Print Time<br>16:12 |

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

| Expect Date<br>06/03/13 | Message   +<br>Special Inst.   OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|------|-------------|---------|----------|--------|----|----|-------------|-------------------|
| | | | | | | | ALWAYS OVERSHIP NEVER UNDER. | |
| 002 | 10581790<br>-4001<br>003 073Z<br>003 075Z | 2,500 | | | EA | | DTM01:002--DLVR DATE?20130603<br>CH 18 1/4X11 1/8X8 200# C<br>D/C CORR CT GL IN 1P1C 295280C<br>REV01 1EA NATL ENV 400006<br>CUST ITEM:400006<br>CRBS# 7BBHVHXZ<br>BV ORD:UNI-R0612034  Line:000<br>Do not deliver before 6/3/13.<br>This is UWW# 105817504001 | |
| 010 | 10581750<br>-4001 | 2,500 | 2,880 | | EA | | CH 18 1/2X11 3/8X7 7/8 32ECT C<br>RSC CORR CT KRFT D/C GL IN<br>400006 2P2C #2951084D 1EA<br>CRBS# 7bbhvhxz<br>** EXT WT:   3168.00<br>** PICK QTY   2880.00 EA | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| | | | | Sub-Tot | |
| Goods listed are received in good order subject to Terms and Conditions found at:<br>www.unisourcelink.com/termsandconditionsseller.asp | | Date to Ship<br>06/03/13 | | Sales Tax | |
| | | | | Total | |
| | | | | Cash Disc | |
| | | Total Weight<br>3168.00 | | Dock Location | |
| | | Total Cube<br>325.44 | | Pallet Number | |
| | | Total Pieces Received | | Date Received | |

| Terms | Del By | Piece Count | |
|-------|--------|-------------|---|
| Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del Time | Skids | 6 |
| | Filler   GT | Cartons | |
| | Cutter | Rolls | |
| | Wrapper | Bundles | |
| | Checker | Packages | |
| | HazMat Wgt   .00 | Drum/Pail | |
| | | Other | |
| | | Total Units | 6 |

Customer's Signature   *Linda Smith*

Print Name   *Linda Smith*

MA 514602 85499200 20130530
SEPARATOR

FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

### SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

**BILL TO:**

NATIONAL ENVELOPE
SUPPORT SERVICES
3211 INTERNET BOULEVARD
SUITE 200
FRISCO, TX  75034

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5840028112 | 06/06/2013 | 514602000001 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/22/2013 | $2,021.76 | |

**Remit Payment To This Address**
UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P T O | NATIONAL ENVELOPE - SHELBYVILLE 252 PIERCE INDUSTRIAL RD SHELBYVILLE,KY  40066-0000 SHELBYVILLE, KY  40066-0000 | S O L D T O | NATIONAL ENVELOPE - SHELBYVILLE 252 PIERCE INDUSTRIAL ROAD SHELBYVILLE, KY  40066 |
|---|---|---|---|

| Invoice No. | Invoice Date | Customer P.O. | | Order Date | Sales Order No. | Terms | |
|---|---|---|---|---|---|---|---|
| 5840028112 | 06/06/2013 | 575052 | | 06/04/2013 | 584-85499945 | NET 45 DAYS | |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10581750 | 18 1/2X11 3/8X7 7/8 32ECT C RSC CORR CT KRFT D/C GL IN 400006 2P2C #2951084D 1 | 2,880.0000 | EA | .70 | EA | 2021.76 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 1.0000 | EA | .00 | EA | .00 | N |

173884/0007/MA/2/584854999945/114602000001/06052013/06042013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|
| | | | | | $2,021.76 | | $0.00 |
| | Discount Amount | | | | | Total Amount Due | $2,021.76 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp. All such different or additional terms and conditions shall be null and void.

UNISOURCE WORLDWIDE, INC.

UNISOURCE - LOUISVILLE

CHICAGO, IL 60693

ENTERED JUN 0 5 2013

**unisource**

| | |
|---|---|
| Cust No | 514602 |
| Order Date | 06/04/13 |
| Page | 1 of 1 |

Customer P.O.   575052

Customer Phone  (972) 731-1100

| | |
|---|---|
| Route | 14 |
| Rt Seq | 5 |
| Source | WH |

Rep  9H

Entered By  GP

CSP Dept ID  GP

| B I L L | Cust. No.  514602                    (PN)<br>NATIONAL ENVELOPE SUPPORT SVCS<br>ATTN: ACCOUNTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO, TX 75034-1948 | S H I P | Ship To   000001<br>NATIONAL ENVELOPE - SHELBYVILL<br><br>252 PIERCE INDUSTRIAL RD<br>SHELBYVILLE, KY 40066-0000 | Print Time<br><br>16:27 |
|---|---|---|---|---|

MSDS available at http://www.unisourcelink.com/msds/index.asp or via  INFOTRAC at 1-888-660-6737

| | |
|---|---|
| Expect Date | Message    paine |
| 06/05/13 | Special Inst.   OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ALWAYS OVERSHIP NEVER UNDER. | |
| 001 | 10581750<br>-4001 | 2,880 | 2,880 | | EA | | CH 18 1/2X11 3/8X7 7/8 32ECT C<br>RSC CORR CT KRFT D/C GL IN<br>400006 2P2C #2951084D 1EA<br>** EXT WT:    3168.00<br>** PICK QTY   2880.00 EA | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| | |
|---|---|
| Sub-Tot | |
| Sales Tax | |

| Terms | Del By | Piece Count | |
|---|---|---|---|
| Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | | Skids | 6 |
| | Del Time | Cartons | |
| | | Rolls | |
| | Filler   BP | Bundles | |
| | Cutter | Packages | |
| | Wrapper | Drum/Pail | . |
| | Checker | Other | |
| | HazMat Wgt   .00 | Total Units | 6 |

Goods listed are received in good order subject to Terms and Conditions found at:

www.unisourcelink.com/termsandconditionsseller.asp

| Date to Ship | 06/05/13 |
|---|---|
| Total Weight | 3168.00 |
| Total Cube | 325.44 |

Total Pieces Received

| | |
|---|---|
| Total | |
| Cash Disc | |
| Dock Location | |
| Pallet Number | |

Date Received

Customer's Signature   *Ryan Asay*

Print Name

MA 514602 85499945 20130604

SEPARATOR     FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 7310056129 | 06/10/2013 | 417894000001 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/26/2013 | $72.73 | |

**BILL TO:**

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX  75034**

Remit Payment To This Address

UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P T O | NATIONAL ENVELOPE-CITY OF INDUST 705 N. BALDWIN PARK BLVD CITY OF INDUSTRY,CA 91746-0000 CITY OF INDUSTRY, CA  91746-0000 | S O L D T O | NATIONAL ENVELOPE - CITY OF INDUSTRY 705 NORTH BALDWIN PARK BOULEVARD CITY OF INDUSTRY, CA  91746 |
|---|---|---|---|

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 7310056129 | 06/10/2013 | 573993 | 05/30/2013 | 731-48414217 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10225149 | UNS 116C DECK MOP 16 OUNCE 4PLY UNISAN COTTON W/48 INCH WOOD HANDLE WH 6/CS | 2.0000 | CA | 33.36 | CA | 66.72 | Y |
| 10229831 | DIRECT FREIGHT - PRINTING & IMAGING - NO FREIGHT | 1.0000 | EA | .00 | EA | .00 | N |

173884/0007/PC/200/731484142170417894000001/06072013/05302013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|
| | Discount Amount | | | | $66.72 | | $6.01 |
| | | | | | | Total Amount Due | $72.73 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp. All such different or additional terms and conditions shall be null and void.



**PROOF OF DELIVERY**

UNISOURCE WORLDWIDE, INC.
UNISOURCE - LA SUPPLY SYSTEMS
LOS ANGELES, CA 90074-7006

Customer P.O.   573993
Customer Phone  (972) 731-1100

| Sales Order | 48414217 |
|---|---|
| Cust No | 417894 |

Order Date  05/30/13
Page  1 of  1
Rep  FE
Entered By  M6
CSP Dept ID  M6

Route  UP
Rt Seq  0
Source  WH

| B I L L | Cust. No.  417894   (PN)<br>NATIONAL ENVELOPE SUPPORT SVCS<br>ATTN: ACCOUNTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO,TX 75034-1948 | S H I P | Ship To   000001<br>NATIONAL ENVELOPE-CITY OF INDU<br><br>705 N. BALDWIN PARK BLVD<br>CITY OF INDUSTRY,CA 91746-0000 | Print Time<br>18:38 |
|---|---|---|---|---|

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

Expect Date  06/06/13   Message  +++M6/FAX
Special Inst.  OT - Our Truck

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 001 | 10062511<br>INDIRECT3 | 1 | | 1 | CS | | 0945-04 HAND CLEANER 1GL<br>GOJO NATURAL ORANGE LOTION<br>FORMULA PUMP DIS CITRUS 4/CS<br>PO : 48219093 Line : 0106 | |
| 004 | 10225149<br>INDIRECT3<br>INDIRECT3 | 2 | 2 | | CS | | UNS 116C DECK MOP 16 OUNCE<br>4PLY UNISAN COTTON W/48 INCH<br>WOOD HANDLE WH 6/CS<br>** EXT WT:      20.40<br>** PICK QTY    12.00 EA | |

5R4V41      6/6/2013
SVC UPS Ground
Tracking#: 125R4V410370139753
REF 1: 573993

ACT WT 9.2LB
BLL WT 9.2LB

#PK 1

REF 2: 8048414217
HC: .00

Shipment Rate Charges:
DV: .00
DC: .00    COD: .00
          AH: .00

TOTAL CHARGE: 6.28

All Currency USD

FRT: Prepaid (DDP)

NFDT

+HANDLING: 6.28

I Certify that the shipment has been properly classified,   Driver's Signature
described, packaged, marked and labeled/placarded.

| | | |
|---|---|---|
| Sub-Tot | | |
| Sales Tax | | |

Goods listed are
received in good
order subject to
Terms and Conditions
found at:

Date to Ship  06/06/13

| Total | |
|---|---|
| Cash Disc | |

| Terms | Del By | Piece Count | | |
|---|---|---|---|---|
| Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del Time<br>Filler<br>Cutter<br>Wrapper<br>Checker<br>HazMat Wgt | Skids<br>Cartons<br>Rolls<br>Bundles<br>Packages<br>Drum/Pail<br>Other<br>Total Units | | .00 |

Total Weight    20.40
Total Cube       2.40

Dock Location
Pallet Number

www.unisourcelink.com/termsandconditionsseller.asp
Total Pieces Received                Date Received

Customer's Signature

Print Name

PC 417894 48414217 20130530
SEPARATOR    FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 7310056136 | 06/11/2013 | 417894000001 |
| **Due Date** | **Total Amount Due** | **Enter Amount Paid** |
| 07/27/2013 | $5,261.97 | |

**BILL TO:**

**NATIONAL ENVELOPE
SUPPORT SERVICES
3211 INTERNET BOULEVARD
SUITE 200
FRISCO, TX  75034**

**Remit Payment To This Address**

UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P | NATIONAL ENVELOPE-CITY OF INDUST 705 N. BALDWIN PARK BLVD CITY OF INDUSTRY,CA 91746-0000 CITY OF INDUSTRY, CA  91746-0000 | S O L D | NATIONAL ENVELOPE - CITY OF INDUSTRY 705 NORTH BALDWIN PARK BOULEVARD CITY OF INDUSTRY, CA  91746 |
|---|---|---|---|
| T O | | T O | |

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 7310056136 | 06/11/2013 | 575528 | 06/07/2013 | 731-48429281 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 402024 | 23 1/2X12 1/8X8 1/4 32ECT C RSC CORRUGATED CARTON KRAFT 1EA | 630.0000 | EA | .86 | EA | 541.80 | N |
| 402042 | 21 1/2X12 1/4X9 3/4 32ECT B RSC CORR CT KFT 402042 2 1/2 10-12FB ADP PRT RED 1 | 400.0000 | EA | .88 | EA | 353.10 | N |
| 402458 | 12X9 1/8X9 32ECT C RSC CORRUGATED CARTON KRAFT 402458 100PK 5 1/2 BAR STL 1EA | 1,075.0000 | EA | .51 | EA | 557.87 | N |
| 403458 | 18 1/2X15 1/2X11 7/8 32ECT C RSC CORRUGATED CARTON KRAFT 1C U12090501 1EA | 1,975.0000 | EA | .96 | EA | 1901.92 | N |
| 403818 | 18X12 5/8X3 3/4 32ECT C RSC CORR CARTON KRAFT P1C 403818 2M 3 5/8X6 1/4 BR 1EA | 3,100.0000 | EA | .61 | EA | 1907.28 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 5.0000 | EA | .00 | EA | .00 | N |

173884/0007/PC/200/731484292814417894000001/06102013/06072013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | Total Tax | |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |
| | **Discount Amount** | | | $5,261.97 | **Total Amount Due** | |
| | | | | | | $5,261.97 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.

**PROOF OF DELIVERY**

Sales Order 48429281

UNISOURCE WORLDWIDE, INC.
UNISOURCE - LA SUPPLY SYSTEMS
LOS ANGELES, CA 90074-7006

| | |
|---|---|
| Cust No | 417894 |
| Order Date | 06/07/13 |
| Page | 1 of 2 |
| Rep | FE |
| Entered By | G3 |
| CSP Dept ID | G3 |

Customer P.O. 575528
Customer Phone (972) 731-1100

Route .42
Rt Seq 01
Source WH

```
B   Cust. No. 417894            (PN)
I   NATIONAL ENVELOPE SUPPORT SVCS
L   ATTN: ACCOUNTS PAYABLE
L   3211 INTERNET BLVD STE 200
    FRISCO,TX 75034-1948
```

```
S   Ship To  000001
H   NATIONAL ENVELOPE-CITY OF INDU
I   705 N. BALDWIN PARK BLVD
P   CITY OF INDUSTRY,CA 91746-0000
```

Print Time 18:55

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

| | |
|---|---|
| Expect Date | Message EM/G3 |
| 06/10/13 | Special Inst. OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 001 | 10587505 -5001 622 034 Z 622 034 Z | 630 | 630 | ✓ | EA | | CH 402024 23 1/2X12 1/8X8 1/4 32ECT C RSC CORR CARTON KRAFT 1EA NAT ENVELOPE CUSTOMER ITEM: 402024 ** EXT WT:     787.50 ** PICK QTY    630.00 EA | |
| 005 | 10587900 -5001 622 079 A 622 079 A | 400 | 400 | ✓ | EA | | CH 402042 2 1/2 10-12FB ADP 21 1/2X12 1/4X9 3/4 32ECT B RSC CORR CT KFT PRT RED 1EA NATIONAL ENVELOPE SUPPORT CUSTOMER ITEM: 402042 ** EXT WT:     512.00 ** PICK QTY    400.00 EA | |
| 010 | 10585750 -5001 622 027 A 622 027 A 622 027 C | 1,075 | 1,075 | ✓ | EA | | CH 402458 100PK 5 1/2 BAR STL 12X9 1/8X9 32ECT C RSC CORR CARTON KRAFT 1EA NATIONAL ENVELOPE CUSTOMER ITEM: 402458 ** EXT WT:    1623.25 ** PICK QTY   1075.00 EA | |
| 015 | 10593518 -5001 621 107 Z 621 107 Z | 1,975 | 1,975 | ✓ | EA | | CH 403458 18 1/2X15 1/2X11 7/8 32ECT C RSC CORR CARTON KRAFT PRTD 1C U12090501 QTE 244048 CUSTOMER ITEM: 403458 ** EXT WT:    3160.00 ** PICK QTY   1975.00 EA | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| | |
|---|---|
| Sub-Tot | |
| Sales Tax | |

| Terms Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del By | Piece Count | | Goods listed are received in good order subject to Terms and Conditions found at: | Date to Ship 06/10/13 | Total | |
|---|---|---|---|---|---|---|---|
| | Del Time | Skids | 19 | | Total Weight | Cash Disc | Dock Location Pallet Number |
| | Filler | Cartons | | | | | |
| | Cutter | Rolls | | | Total Cube | | |
| | Wrapper | Bundles | | www.unisourcelink.com/termsandconditionsseller.asp | | | |
| | Checker | Packages | | Total Pieces Received | | Date Received | |
| | HazMat Wgt | Drum/Pail | | | | 6/10/13 | |
| | | Other | | | | | |
| | | Total Units | | Customer's Signature | | | |

Print Name  Alex Flores

PC 417894 48429281 20130607

SEPARATOR     FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

XRMPODU3 04-24-08

**PROOF OF DELIVERY**

Sales Order   48429281

UNISOURCE WORLDWIDE, INC.
UNISOURCE - LA SUPPLY SYSTEMS
LOS ANGELES, CA 90074-7006

Cust No        417894

Order Date   06/07/13
Page      2 of      2

Customer P.O.   575528
Customer Phone  (972) 731-1100

Route     21
Rt Seq     2
Source    WH

Rep    FE
Entered By      G3
CSP Dept ID    G3

| B I L L | Cust. No. 417894 (PN)<br>NATIONAL ENVELOPE SUPPORT SVCS<br>ATTN: ACCOUNTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO,TX 75034-1948 | S H I P | Ship To   000001<br>NATIONAL ENVELOPE-CITY OF INDU<br><br>705 N. BALDWIN PARK BLVD<br>CITY OF INDUSTRY,CA 91746-0000 | Print<br>Time<br>18:55 |

MSDS available at http://www.unisourcelink.com/msds/index.asp or via  INFOTRAC at 1-888-660-6737

| Expect Date | Message | EM/G3 |
|---|---|---|
| 06/10/13 | Special Inst. | OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 019 | 10585745<br>-5001<br>622 004 Z<br>622 004 Z | 3,100 | 3,100 | ✓ | EA | | CH 403818 2M 3 5/8X6 1/4 BR<br>18X12 5/8X3 3/4 32ECT C RSC<br>CORR CARTON KRAFT P1C 1EA<br>NATIONAL ENVELOPE SUPPORT<br>CUSTOMER ITEM: 403818<br>** EXT WT:     2666.00<br>** PICK QTY   3100.00 EA | |

I Certify that the shipment has been properly classified,   Driver's Signature
described, packaged, marked and labeled/placarded.

| Sub-Tot | |
|---|---|
| Sales Tax | |

| Terms<br>Thereafter, a 1-1/2%<br>per month late charge<br>applies to balances<br>15 days or more past<br>due. C. O. D. sales<br>are net. Claims for<br>retroactive discounts<br>are not allowed. | Del By | Piece Count |
|---|---|---|
| | Del Time | Skids |
| | | Cartons |
| | | Rolls |
| | Filler | Bundles |
| | Cutter | Packages |
| | Wrapper | Drum/Pail |
| | Checker | Other |
| | HazMat Wgt      .00 | Total Units |

Goods listed are
received in good
order subject to
Terms and Conditions
found at:

www.unisourcelink.com/termsandconditionsseller.asp

| Date to Ship | |
|---|---|
| 06/10/13 | |
| Total Weight | |
| 8797.68 | |
| Total Cube | |
| 977.74 | |

| Total | |
|---|---|
| Cash Disc | |
| Dock Location | |
| Pallet Number | |

Total Pieces Received

Date Received

Customer's Signature

Print Name

FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

## SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA 19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5080017587 | 06/06/2013 | 105765000002 |
| **Due Date** | **Total Amount Due** | **Enter Amount Paid** |
| 07/22/2013 | $6,061.91 | |

**BILL TO:**

**NATIONAL ENVELOPE**
**SUPPORT SERVICES**
**3211 INTERNET BOULEVARD**
**SUITE 200**
**FRISCO, TX 75034**

**Remit Payment To This Address**

UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA 31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P | NE OPCO INC NATIONAL ENVELOPE 3800 WEST WISCONSIN AVENUE APPLETON, WI 54914-0000 | S O L | NATIONAL ENVELOPE - NE OPCO 3800 WEST WISCONSIN AVENUE APPLETON, WI 54915 |
|---|---|---|---|
| T O | APPLETON, WI 54914-0000 | T O | |

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5080017587 | 06/06/2013 | 575116 | 06/04/2013 | 508-65248598 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10095757 | WF-4048C CAN LINER 40X48 1.6MIL WISCONSIN FILM & BAG LLDPE CLEAR 25/RL 100/CS | 2.0000 | CA | 59.64 | CA | 119.28 | Y |
| 10105191 | 5161-03 HANDWASH 1.25 LITER GOJO LUXURY FOAM CLEAR PINK CRANBERRY 3/CS | 2.0000 | CA | 44.52 | CA | 89.04 | Y |
| 10529451 | U22956V2 GLASS CLEANER 20OZ UNISOURCE CRYSTAL AERSL NONAMMONIATD ALCHL BSD 12/ | 1.0000 | CA | 31.60 | CA | 31.60 | Y |
| 10071835 | F4095-05 CT SEALING TAPE 48MMX1371M 1.85MIL INTERTAPE 7100 HOT MELT RUB CLR 6/ | 20.0000 | CA | 164.52 | CA | 3290.40 | N |
| 10432687 | U25116 UNISOURCE DEFIANCE VMC STRETCH FILM 20X9000FT 50GA LLDPE CST MG C1S 40/ | 40.0000 | RL | 62.99 | RL | 2519.60 | N |
| 10453565 | FUEL SURCHARGE RECOVERY | 5.0000 | EA | .00 | EA | .00 | N |

173884/0007/84A/80/5086524859811057650000002/06052013/06042013

| Discount allowed on | Discount Date | Vendor Nbr | | Subtotal | | Total Tax | |
|---|---|---|---|---|---|---|---|
| | | | | | $6,049.92 | | $11.99 |
| | **Discount Amount** | | | **Total Amount Due** | | | $6,061.91 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and
conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp.
All such different or additional terms and conditions shall be null and void.

Sales Order 65248598

UNISOURCE WORLDWIDE, INC.

UNISOURCE - APPLETON
CHICAGO, IL 60693

Cust No 105765

Order Date 06/04/13
Page 1 of 2

**unisource®**

Customer P.O. 575116
Customer Phone (972) 731-1100

Route 05
Rt Seq 11
Source WH

Rep Z2
Entered By R7
CSP Dept ID R7

| | | |
|---|---|---|
| **B I L L** Cust. No. 105765 (PN)<br>NE OPCO INC NATIONAL ENVELOPE<br>ATTN ACCTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO,TX 75034-1948 | **S H I P** Ship To 000002<br>NE OPCO INC NATIONAL ENVELOPE<br><br>3800 WEST WISCONSIN AVENUE<br>APPLETON,WI 54914-0000 | Print<br>Time<br>18:38 |

MSDS available at http://www.unisourcelink.com/msds/index.asp or via INFOTRAC at 1-888-660-6737

Expect Date 06/05/13   Message LYNN
Special Inst. OT - Our Truck

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|------|-------------|---------|----------|--------|----|----|-------------|-------------------|
| 001 | 10095757<br>019 036 A<br>019 036 A | 2 | 2 | | CS | | WF-4048C CAN LINER 40X48<br>1.6MIL WISCONSIN FILM & BAG<br>LLDPE CLEAR 25/RL 100/CS<br>** EXT WT:      30.00<br>** PICK QTY     2.00 CS | |
| 004 | 10105191 | 2 | 2 | | CS | | 5161-03 HANDWASH 1.25 LITER<br>GOJO LUXURY FOAM CLEAR PINK<br>CRANBERRY 3/CS<br>IB67_Q:2_06/05_C:NN<br>67958463-0015 p *************<br>** EXT WT:      19.00<br>** PICK QTY     2.00 CS | |
| 009 | 10529451<br>070 001 B<br>070 001 B | 1 | 1 | | CS | | U22956V2 GLASS CLEANER 200Z<br>UNISOURCE CRYSTAL AERSL<br>NONAMMONIATD ALCHL BSD 12/CS<br>** EXT WT:      18.00<br>** PICK QTY     1.00 CS | |
| 012 | 10071835<br>-4002<br>011 052 A<br>011 052 A<br>011 052 B<br>011 052 C | 120 | 120 | | RL | | CH P4095-05 CT SEALING TAPE<br>48MMX1371M 1.85MIL INTERTAPE<br>7100 HOT MELT RUB CLR 6/CS<br>** EXT WT:     699.60<br>** PICK QTY    20.00 CS | |

I Certify that the shipment has been properly classified, described, packaged, marked and labeled/placarded.

Driver's Signature

| | Sub-Tot | |
|---|---|---|
| | Sales Tax | |

| Terms<br>Thereafter, a 1-1/2%<br>per month late charge<br>applies to balances<br>15 days or more past<br>due. C. O. D. sales<br>are net. Claims for<br>retroactive discounts<br>are not allowed. | Del By | Piece Count | | Goods listed are<br>received in good<br>order subject to<br>Terms and Conditions<br>found at: | Date to Ship<br>06/05/13 | Total | |
|---|---|---|---|---|---|---|---|
| | | Skids | | | Total Weight | Cash Disc | |
| | Del Time | Cartons | | | | Dock Location | |
| | | Rolls | | | Total Cube | Pallet Number | |
| | Filler | Bundles | | | | | |
| | Cutter | Packages | | www.unisourcelink.com/termsandconditionsseller.asp | | | |
| | Wrapper | Drum/Pail | | Total Pieces Received | | Date Received | |
| | Checker | Other | | | | 6-5-13 | |
| | HazMat Wgt | Total Units | | Customer's Signature | | | |

Total 

Print Name    ULRICH

MA 105765 65248598 20130604
SEPARATOR     FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# PROOF OF DELIVERY

**unisource**

| | | Sales Order | 65248598 |
|---|---|---|---|
| UNISOURCE WORLDWIDE, INC. | | Cust No | 105765 |
| UNISOURCE - APPLETON | | | |
| CHICAGO, IL 60693 | | Order Date | 06/04/13 |
| | | Page    2 of    2 | |

| Customer P.O. | 575116 | Route | 05 | Rep | Z2 | | |
|---|---|---|---|---|---|---|---|
| Customer Phone | (972) 731-1100 | Rt Seq | 11 | Entered By | R7 | | |
| | | Source | WH | CSP Dept ID | R7 | | |

| B I L L | Cust. No. 105765                    (PN) | S H I P | Ship To    000002 | Print Time |
|---|---|---|---|---|
| | NE OPCO INC NATIONAL ENVELOPE | | NE OPCO INC NATIONAL ENVELOPE | |
| | ATTN ACCTS PAYABLE | | | |
| | 3211 INTERNET BLVD STE 200 | | 3800 WEST WISCONSIN AVENUE | 18:38 |
| | FRISCO,TX 75034-1948 | | APPLETON,WI 54914-0000 | |

MSDS available at http://www.unisourcelink.com/meds/index.asp or via  INFOTRAC at 1-888-660-6737

| | | Expect Date | Message    LYNN | |
|---|---|---|---|---|
| | | 06/05/13 | Special Inst.  OT - Our Truck | |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 015 | 10432687 | 40 | 40 | | RL | | U25116 UNISOURCE DEFIANCE | |
| | | | | | | | VMC STRETCH FILM 20X9000FT | |
| | | | | | | | 50GA LLDPE CST MG C1S 40/SK | |
| | | | | | | | IB67_Q:40_06/05_C:NN | |
| | | | | | | | 67958463-0021 p ************** | |
| | | | | | | | ** EXT WT:    1440.00 | |
| | | | | | | | ** PICK QTY    1.00 SK | |

| | | | |
|---|---|---|---|
| I Certify that the shipment has been properly classified, | | Driver's Signature | Sub-Tot |
| described, packaged, marked and labeled/placarded. | | | Sales Tax |

| | | | Goods listed are received in good order subject to Terms and Conditions found at: | Date to Ship 06/05/13 | Total |
|---|---|---|---|---|---|
| Terms Thereafter, a 1-1/2% per month late charge applies to balances 15 days or more past due. C. O. D. sales are net. Claims for retroactive discounts are not allowed. | Del By  *KM* | Piece Count | | | Cash Disc |
| | | Skids | | Total Weight | Dock Location |
| | Del Time | Cartons | | 2206.60 | Pallet Number |
| | Filler | Rolls | | Total Cube | |
| | Cutter | Bundles | | 77.14 | |
| | Wrapper | Packages | www.unisourcelink.com/termsandconditionsseller.asp | | |
| | Checker | Drum/Pail | Total Pieces Received | | Date Received |
| | HazMat Wgt  .00 | Other | Customer's Signature | | 6.5.13 |
| | | Total Units | Print Name | | *J. M. Ulrich* |
| | | | | | *ULRICH* |

FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208

# INVOICE
## (REPRINT)

### SUPPORT SOLUTIONS OPERATIONS

**SOLD FROM:**

UNISOURCE SUPPORT SOLUTIONS OPERATIONS
NORTH POINT OFFICE BUILDING
ONE EAST UWCHLAN AVE, STE 200
EXTON, PA  19341

| Invoice No. | Invoice Date | Account No. |
|---|---|---|
| 5080017577 | 06/05/2013 | 105765000003 |

| Due Date | Total Amount Due | Enter Amount Paid |
|---|---|---|
| 07/21/2013 | $1,073.14 | |

**BILL TO:**

NATIONAL ENVELOPE
SUPPORT SERVICES
3211 INTERNET BOULEVARD
SUITE 200
FRISCO, TX  75034

**Remit Payment To This Address**

UNISOURCE WORLDWIDE, INC.
SUPPORT SOLUTIONS OPERATIONS
PO Box: 932863
Atlanta, GA  31193-2863

Detach and return this portion with remittance.  Retain bottom portion for your records.

Page 1 of 1

| S H I P T O | NATIONAL ENVELOPE APPLETON 3800 W WISCONSIN AVE APPLETON, WI 54914-6513 APPLETON, WI  54914-6513 | | S O L D T O | NATIONAL ENVELOPE - NE OPCO 3800 WEST WISCONSIN AVENUE APPLETON, WI  54915 |
|---|---|---|---|---|

| Invoice No. | Invoice Date | Customer P.O. | Order Date | Sales Order No. | Terms |
|---|---|---|---|---|---|
| 5080017577 | 06/05/2013 | 574084 | 05/24/2013 | 508-65244579 | NET 45 DAYS |

| Product No. | Product Description/References | Quantity Shipped | Unit Meas. | Unit Price | Unit Meas. | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 10075421 | 23X35 102M 60# VANILLA FINCH VELLUM OPAQUE 1516-6060 | 8.0000 | CT | 127.75 | CT | 1022.04 | Y |
| 10453565 | FUEL SURCHARGE RECOVERY | 1.0000 | EA | .00 | EA | .00 | N |

173884/0007/MA/80/50865244579/105765000003/06042013/05242013

| Discount Allowed on | Discount Date | Vendor Nbr. | | Subtotal | Total Tax |
|---|---|---|---|---|---|
| | | | | | $51.10 |
| | Discount Amount | | | $1,022.04 | Total Amount Due |
| | | | | | $1,073.14 |

FSC: SGSNA-COC-003630
SFI: SGS-SFI-COC-0037
PEFC: SGS-PEFC-COC-0208

For Invoice Inquiries, Call: 1-800-567-0729

All orders, goods and services provided by Unisource are subject only to the terms and conditions expressly incorporated at www.unisourcelink.com/termsandconditionsseller.asp. All such different or additional terms and conditions shall be null and void.



## PROOF OF DELIVERY

UNISOURCE WORLDWIDE, INC.
UNISOURCE - APPLETON
CHICAGO, IL  60693

Cust No                105765

Order Date        05/24/13
Page        1 of    1

Customer P.O.    574084
Customer Phone  (972) 731-1100

Route      01
Rt Seq      0
Source    WH

Rep    AB
Entered By      MR
CSP Dept ID    MR

| B I L L | Cust. No.  105765                    (PN)<br>NE OPCO INC NATIONAL ENVELOPE<br>ATTN ACCTS PAYABLE<br>3211 INTERNET BLVD STE 200<br>FRISCO,TX 75034-1948 | S H I P | Ship To    000003<br>NATIONAL ENVELOPE APPLETON<br><br>3800 W WISCONSIN AVE<br>APPLETON,WI 54914-6513 | Print<br>Time<br>10:46 |
|---|---|---|---|---|

MSDS available at http://www.unisourcelink.com/msds/index.asp or via  INFOTRAC at 1-888-660-6737

| | Expect Date | Message      fax/mr |
|---|---|---|
| | 06/04/13 | Special Inst.  OT - Our Truck |

| Line | Item Number | Qty Ord | Qty Ship | Qty BO | UM | HM | Description | Cust/Driver Notes |
|---|---|---|---|---|---|---|---|---|
| 001 | 10075421 | 12,000 | 12,000 | | SH | | 23X35 102M 60# VANILLA<br>FINCH VELLUM OPAQUE 1516-6060<br>** EXT WT:        1224.00<br>** PICK QTY        8.00 CT | |

I Certify that the shipment has been properly classified,    Driver's Signature
described, packaged, marked and labeled/placarded.

| Sub-Tot | |
|---|---|
| Sales Tax | |

| Terms<br>Thereafter, a 1-1/2%<br>per month late charge<br>applies to balances<br>15 days or more past<br>due. C. O. D. sales<br>are net. Claims for<br>retroactive discounts<br>are not allowed. | Del By | Piece Count | | Goods listed are<br>received in good<br>order subject to<br>Terms and Conditions<br>found at: | Total |
|---|---|---|---|---|---|

Del By
Del Time
Filler
Cutter
Wrapper
Checker
HazMat Wgt    .00

Skids
Cartons
Rolls
Bundles
Packages
Drum/Pail
Other
Total Units

Goods listed are
received in good
order subject to
Terms and Conditions
found at:

Date to Ship
06/04/13

Total Weight
1224.00

Total Cube
25.68

Cash Disc

Dock Location
Pallet Number

www.unisourcelink.com/termsandconditionsseller.asp

Total Pieces Received

Date Received

Customer's Signature

Print Name

MA 105765 65244579 20130524
SEPARATOR        FSC: SGSNA-COC-003630 SFI: SGS-SFI-COC-0037 PEFC: SGS-PEFC-COC-0208



**unisource**

## Order Detail for Sales Order 65244578

| | | | |
|---|---|---|---|
| Account Number: | 105765   Classification: | National Account | |
| Order Type: | WH | | |
| Sales Rep Name: | AB    REZIN, SCOTT W | | |
| Buyer: | | | |
| Enter By: | RAAS MICKEY RAASCH | | |
| Order Date: | 05/24/2013 | | |
| Date Registered: | | | |
| Expect Date: | 05/31/2013 | | |
| Order Status: | BM | | |
| Customer PO: | 574084 | | |
| Delivery Date: | | | |
| Delivery Time: | | | |
| Print Date: | | | |
| Group Code: | 0007 | | |
| Order Source: | FAX | | |
| CSP: | MR    MICKEY RAASCH | | |

Subtotal:            $0.00
Total Tax:           $0.00
Total Amount Due:    $0.00
Amount Paid:         $0.00

Ship To #:            000003
Name:                NATIONAL ENVE
Address1:
Address2:            3800 W WISCONS
Address3:            APPLETON,WI 54
Phone:               972-731-1100

Special Instructions:   OT - Our Truck

Sold To:
Name:       NE OPCO INC NATIONAL ENVELOPE
Address1:   ATTN ACCTS PAYABLE
Address2:   3211 INTERNET BLVD STE 200
Address3:   FRISCO,TX 75034-1948

| ItemNum | Description<br>Price Source | Lot Numbers | Serial Number | Ordered<br>Shipped<br>BackOrder | Stock UM<br><br>Sell UM | PC<br><br>CP | Unit Price   Exte<br><br>Tax % |
|---|---|---|---|---|---|---|---|
| 6510075421 | 23X35 102M 60# VANILLA<br>FINCH VELLUM OPAQUE<br>1516-6060 | | | 12,000.00<br>0.00<br>12,000.00 | SH<br><br>M | GN<br><br>FL | 85.17<br><br>0.00 |



Name: crpOrderDetail.dsr