# Exhibit A

# List of Relevant Invoices

Plastic Suppliers, Inc.
National Envelope Invoice List
05/17/2013 - 06/07/2013

| Invoice Number | Tran-Date | Due-Date | Age | | Current | Sub-Total |
|---|---|---|---|---|---|---|
| 370650 | 5/20/2013 | 7/4/2013 | -17 | From NATIO104 | 5,809.87 | |
| 370651 | 5/20/2013 | 7/4/2013 | -17 | From NATIO104 | 6,187.95 | |
| 370676 | 5/21/2013 | 7/5/2013 | -18 | From NATIO104 | 7,995.80 | |
| 370694 | 5/22/2013 | 7/6/2013 | -19 | From NATIO104 | 15,953.62 | |
| 370696 | 5/22/2013 | 7/6/2013 | -19 | From NATIO104 | 996.96 | |
| 370697 | 5/22/2013 | 7/6/2013 | -19 | From NATIO104 | 2,326.26 | |
| 370725 | 5/24/2013 | 7/8/2013 | -21 | From NATIO104 | 11,162.41 | |
| 370735 | 5/24/2013 | 7/8/2013 | -21 | From NATIO104 | 3,965.23 | |
| 370751 | 5/28/2013 | 7/12/2013 | -25 | From NATIO104 | 2,995.40 | |
| 370786 | 5/30/2013 | 7/14/2013 | -27 | From NATIO104 | 15,942.10 | |
| 370799 | 5/31/2013 | 7/15/2013 | -28 | From NATIO104 | 3,990.18 | |
| 370800 | 5/31/2013 | 7/15/2013 | -28 | From NATIO104 | 14,714.58 | |
| 370811 | 6/3/2013 | 7/18/2013 | -31 | From NATIO104 | 22,469.38 | |
| 370844 | 6/5/2013 | 7/20/2013 | -33 | From NATIO104 | 2,568.96 | |
| 370873 | 6/7/2013 | 7/22/2013 | -35 | From NATIO104 | 3,511.68 | |
| 370874 | 6/7/2013 | 7/22/2013 | -35 | From NATIO104 | 6,028.54 | |
| **NATIO005   NATIONAL ENVELOPE - WESTFIELD** | | | | | | **126,618.92** |
| 370636 | 5/17/2013 | 7/1/2013 | -14 | From NATIO111 | 2,535.94 | |
| 370637 | 5/17/2013 | 7/1/2013 | -14 | From NATIO111 | 4,101.09 | |
| 370647 | 5/20/2013 | 7/4/2013 | -17 | From NATIO111 | 3,865.00 | |
| 370648 | 5/20/2013 | 7/4/2013 | -17 | From NATIO111 | 1,329.06 | |
| 370659 | 5/20/2013 | 7/4/2013 | -17 | From NATIO111 | 3,209.55 | |
| 370679 | 5/21/2013 | 7/5/2013 | -18 | From NATIO111 | 3,856.74 | |
| 370680 | 5/21/2013 | 7/5/2013 | -18 | From NATIO111 | 2,600.33 | |
| 370681 | 5/21/2013 | 7/5/2013 | -18 | From NATIO111 | 490.35 | |
| 370693 | 5/22/2013 | 7/6/2013 | -19 | From NATIO111 | 2,597.02 | |
| 370733 | 5/24/2013 | 7/8/2013 | -21 | From NATIO111 | 6,392.68 | |
| 370734 | 5/24/2013 | 7/8/2013 | -21 | From NATIO111 | 3,051.05 | |
| 370741 | 5/28/2013 | 7/12/2013 | -25 | From NATIO111 | 2,582.16 | |
| 370742 | 5/28/2013 | 7/12/2013 | -25 | From NATIO111 | 2,540.89 | |
| 370766 | 5/29/2013 | 7/13/2013 | -26 | From NATIO111 | 5,626.61 | |
| 370767 | 5/29/2013 | 7/13/2013 | -26 | From NATIO111 | 5,261.74 | |
| 370768 | 5/29/2013 | 7/13/2013 | -26 | From NATIO111 | 2,519.43 | |
| 370801 | 5/31/2013 | 7/15/2013 | -28 | From NATIO111 | 731.39 | |
| 370802 | 5/31/2013 | 7/15/2013 | -28 | From NATIO111 | 12,681.33 | |
| 370813 | 6/3/2013 | 7/18/2013 | -31 | From NATIO111 | 2,545.84 | |
| 370814 | 6/3/2013 | 7/18/2013 | -31 | From NATIO111 | 2,765.43 | |
| 370827 | 6/4/2013 | 7/19/2013 | -32 | From NATIO111 | 7,680.46 | |
| 370859 | 6/6/2013 | 7/21/2013 | -34 | From NATIO111 | 11,793.10 | |
| 370860 | 6/6/2013 | 7/21/2013 | -34 | From NATIO111 | 582.80 | |
| **NATIO007   NATIONAL ENVELOPE - EXTON** | | | | | | **91,339.99** |

Plastic Suppliers, Inc.
National Envelope Invoice List
05/17/2013 - 06/07/2013

| Invoice Number | Tran-Date | Due-Date | Age | Current | Sub-Total |
|---|---|---|---|---|---|
| 370638 | 5/17/2013 | 7/1/2013 | -14 From NATIO112 | 5,194.04 | |
| 370639 | 5/17/2013 | 7/1/2013 | -14 From NATIO112 | 7,815.83 | |
| 370649 | 5/20/2013 | 7/4/2013 | -17 From NATIO112 | 3,898.01 | |
| 370677 | 5/21/2013 | 7/5/2013 | -18 From NATIO112 | 2,955.29 | |
| 370678 | 5/21/2013 | 7/5/2013 | -18 From NATIO112 | 7,807.58 | |
| 370712 | 5/23/2013 | 7/7/2013 | -20 From NATIO112 | 5,322.83 | |
| 370713 | 5/23/2013 | 7/7/2013 | -20 From NATIO112 | 2,570.61 | |
| 370736 | 5/24/2013 | 7/8/2013 | -21 From NATIO112 | 2,167.14 | |
| 370765 | 5/29/2013 | 7/13/2013 | -26 From NATIO112 | 3,912.87 | |
| 370792 | 5/30/2013 | 7/14/2013 | -27 From NATIO112 | 7,989.19 | |
| 370793 | 5/30/2013 | 7/14/2013 | -27 From NATIO112 | 12,027.54 | |
| 370803 | 5/31/2013 | 7/15/2013 | -28 From NATIO112 | 3,019.68 | |
| 370812 | 6/3/2013 | 7/18/2013 | -31 From NATIO112 | 10,630.79 | |
| 370830 | 6/4/2013 | 7/19/2013 | -32 From NATIO112 | 7,967.73 | |
| 370840 | 6/5/2013 | 7/20/2013 | -33 From NATIO112 | 5,114.80 | |
| 370856 | 6/6/2013 | 7/21/2013 | -34 From NATIO112 | 4,497.33 | |
| 370871 | 6/7/2013 | 7/22/2013 | -35 From NATIO112 | 3,391.16 | |
| 370872 | 6/7/2013 | 7/22/2013 | -35 From NATIO112 | 5,524.25 | |
| 655313 | 6/7/2013 | 7/22/2013 | -35 From NATIO112 | 3,003.00 | |
| **NATIO008   NATIONAL ENVELOPE - SCOTTDALE** | | | | | **104,809.67** |
| 370620 | 5/17/2013 | 7/1/2013 | -14 From NATIO205 | 2,643.25 | |
| 370621 | 5/17/2013 | 7/1/2013 | -14 From NATIO205 | 2,852.93 | |
| 370622 | 5/17/2013 | 7/1/2013 | -14 From NATIO205 | 2,562.35 | |
| 370643 | 5/20/2013 | 7/4/2013 | -17 From NATIO205 | 2,611.88 | |
| 370665 | 5/21/2013 | 7/5/2013 | -18 From NATIO205 | 2,526.03 | |
| 370666 | 5/21/2013 | 7/5/2013 | -18 From NATIO205 | 2,392.30 | |
| 370667 | 5/21/2013 | 7/5/2013 | -18 From NATIO205 | 2,826.51 | |
| 370668 | 5/21/2013 | 7/5/2013 | -18 From NATIO205 | 609.22 | |
| 370687 | 5/22/2013 | 7/6/2013 | -19 From NATIO205 | 2,966.85 | |
| 370706 | 5/23/2013 | 7/7/2013 | -20 From NATIO205 | 5,172.58 | |
| 370726 | 5/24/2013 | 7/8/2013 | -21 From NATIO205 | 13,069.31 | |
| 370749 | 5/28/2013 | 7/12/2013 | -25 From NATIO205 | 2,397.25 | |
| 370750 | 5/28/2013 | 7/12/2013 | -25 From NATIO205 | 467.23 | |
| 370760 | 5/29/2013 | 7/13/2013 | -26 From NATIO205 | 5,369.06 | |
| 370777 | 5/30/2013 | 7/14/2013 | -27 From NATIO205 | 2,621.79 | |
| 370778 | 5/30/2013 | 7/14/2013 | -27 From NATIO205 | 7,957.82 | |
| 370805 | 5/31/2013 | 7/15/2013 | -28 From NATIO205 | 2,676.27 | |
| 370816 | 6/3/2013 | 7/18/2013 | -31 From NATIO205 | 7,971.03 | |
| 655292 | 6/3/2013 | 7/18/2013 | -31 From NATIO205 | 938.28 | |
| 370831 | 6/4/2013 | 7/19/2013 | -32 From NATIO205 | 5,104.89 | |
| 370832 | 6/4/2013 | 7/19/2013 | -32 From NATIO205 | 2,699.39 | |
| 370833 | 6/4/2013 | 7/19/2013 | -32 From NATIO205 | 2,684.53 | |
| 370842 | 6/5/2013 | 7/20/2013 | -33 From NATIO205 | 2,694.43 | |
| 370843 | 6/5/2013 | 7/20/2013 | -33 From NATIO205 | 495.30 | |
| 370857 | 6/6/2013 | 7/21/2013 | -34 From NATIO205 | 5,298.06 | |
| 370858 | 6/6/2013 | 7/21/2013 | -34 From NATIO205 | 5,236.97 | |
| 370869 | 6/7/2013 | 7/22/2013 | -35 From NATIO205 | 2,895.85 | |
| 370870 | 6/7/2013 | 7/22/2013 | -35 From NATIO205 | 7,946.27 | |

Plastic Suppliers, Inc.
National Envelope Invoice List
05/17/2013 - 06/07/2013

| Invoice Number | Tran-Date | Due-Date | Age | Current | Sub-Total |
|---|---|---|---|---|---|
| **NATIO012** | **NATIONAL ENVELOPE - SMYRNA** | | | | **105,687.63** |

Plastic Suppliers, Inc.
National Envelope Invoice List
05/17/2013 - 06/07/2013

| Invoice Number | Tran-Date | Due-Date | Age | | Current | Sub-Total |
|---|---|---|---|---|---|---|
| 370624 | 5/17/2013 | 7/1/2013 | -14 | From NATIO310 | 2,102.15 | |
| 370625 | 5/17/2013 | 7/1/2013 | -14 | From NATIO310 | 6,499.99 | |
| 370644 | 5/20/2013 | 7/4/2013 | -17 | From NATIO310 | 11,618.09 | |
| 370645 | 5/20/2013 | 7/4/2013 | -17 | From NATIO310 | 9,570.85 | |
| 370664 | 5/21/2013 | 7/5/2013 | -18 | From NATIO310 | 3,295.40 | |
| 370688 | 5/22/2013 | 7/6/2013 | -19 | From NATIO310 | 5,883.75 | |
| 370689 | 5/22/2013 | 7/6/2013 | -19 | From NATIO310 | 541.53 | |
| 370710 | 5/23/2013 | 7/7/2013 | -20 | From NATIO310 | 983.07 | |
| 370728 | 5/24/2013 | 7/8/2013 | -21 | From NATIO310 | 2,808.35 | |
| 370759 | 5/29/2013 | 7/13/2013 | -26 | From NATIO310 | 2,179.32 | |
| 370789 | 5/30/2013 | 7/14/2013 | -27 | From NATIO310 | 2,582.16 | |
| 370804 | 5/31/2013 | 7/15/2013 | -28 | From NATIO310 | 8,045.32 | |
| 370815 | 6/3/2013 | 7/18/2013 | -31 | From NATIO310 | 7,817.49 | |
| 370828 | 6/4/2013 | 7/19/2013 | -32 | From NATIO310 | 2,937.13 | |
| 370829 | 6/4/2013 | 7/19/2013 | -32 | From NATIO310 | 6,114.46 | |
| 370841 | 6/5/2013 | 7/20/2013 | -33 | From NATIO310 | 8,073.39 | |
| 370867 | 6/7/2013 | 7/22/2013 | -35 | From NATIO310 | 431.52 | |
| 370868 | 6/7/2013 | 7/22/2013 | -35 | From NATIO310 | 6,720.21 | |
| **NATIO020** | **NATIONAL ENVELOPE - SHELBYVILLE** | | | | | **88,204.18** |
| 370623 | 5/17/2013 | 7/1/2013 | -14 | From NATIO311 | 2,455.04 | |
| 370660 | 5/20/2013 | 7/4/2013 | -17 | From NATIO311 | 10,084.31 | |
| 370690 | 5/22/2013 | 7/6/2013 | -19 | From NATIO311 | 204.72 | |
| 370691 | 5/22/2013 | 7/6/2013 | -19 | From NATIO311 | 3,605.79 | |
| 655244 | 5/23/2013 | 7/7/2013 | -20 | From NATIO311 | 1,440.20 | |
| 370756 | 5/28/2013 | 7/12/2013 | -25 | From NATIO311 | 79.64 | |
| 370757 | 5/28/2013 | 7/12/2013 | -25 | From NATIO311 | 9,952.23 | |
| 370861 | 6/6/2013 | 7/21/2013 | -34 | From NATIO311 | 4,368.54 | |
| 370875 | 6/6/2013 | 7/21/2013 | -34 | From NATIO311 | 12,351.13 | |
| 370876 | 6/7/2013 | 7/22/2013 | -35 | From NATIO311 | 71,385.94 | |
| **NATIO021** | **NATIONAL ENVELOPE - APPLETON** | | | | | **115,927.54** |

Plastic Suppliers, Inc.
National Envelope Invoice List
05/17/2013 - 06/07/2013

| Invoice Number | Tran-Date | Due-Date | Age | | Current | Sub-Total |
|---|---|---|---|---|---|---|
| 746413 | 5/17/2013 | 7/1/2013 | -14 | From NATIO404 | 300.99 | |
| 746414 | 5/17/2013 | 7/1/2013 | -14 | From NATIO404 | 224.14 | |
| 13405 | 5/20/2013 | 7/4/2013 | -17 | From NATIO404 | (828.30) | |
| 746415 | 5/20/2013 | 7/4/2013 | -17 | From NATIO404 | 3,029.94 | |
| 746416 | 5/20/2013 | 7/4/2013 | -17 | From NATIO404 | 7,294.30 | |
| 746417 | 5/20/2013 | 7/4/2013 | -17 | From NATIO404 | 1,293.61 | |
| 746425 | 5/21/2013 | 7/5/2013 | -18 | From NATIO404 | 2,564.80 | |
| 746432 | 5/22/2013 | 7/6/2013 | -19 | From NATIO404 | 566.75 | |
| 746433 | 5/22/2013 | 7/6/2013 | -19 | From NATIO404 | 140.80 | |
| 746445 | 5/23/2013 | 7/7/2013 | -20 | From NATIO404 | 2,771.33 | |
| 746446 | 5/23/2013 | 7/7/2013 | -20 | From NATIO404 | 424.41 | |
| 746450 | 5/24/2013 | 7/8/2013 | -21 | From NATIO404 | 480.30 | |
| 746456 | 5/28/2013 | 7/12/2013 | -25 | From NATIO404 | 2,433.52 | |
| 746457 | 5/28/2013 | 7/12/2013 | -25 | From NATIO404 | 2,372.68 | |
| 746458 | 5/28/2013 | 7/12/2013 | -25 | From NATIO404 | 568.36 | |
| 746459 | 5/28/2013 | 7/12/2013 | -25 | From NATIO404 | 1,017.22 | |
| 746460 | 5/28/2013 | 7/12/2013 | -25 | From NATIO404 | 4,604.64 | |
| 746461 | 5/28/2013 | 7/12/2013 | -25 | From NATIO404 | 808.28 | |
| 746462 | 5/28/2013 | 7/12/2013 | -25 | From NATIO404 | 242.70 | |
| 746463 | 5/28/2013 | 7/12/2013 | -25 | From NATIO404 | 284.58 | |
| 746465 | 5/29/2013 | 7/13/2013 | -26 | From NATIO404 | 141.47 | |
| 746476 | 5/30/2013 | 7/14/2013 | -27 | From NATIO404 | 4,790.19 | |
| 746477 | 5/30/2013 | 7/14/2013 | -27 | From NATIO404 | 2,616.03 | |
| 655284 | 5/31/2013 | 7/15/2013 | -28 | From NATIO404 | 1,017.93 | |
| 746479 | 6/3/2013 | 7/18/2013 | -31 | From NATIO404 | 2,736.11 | |
| 746480 | 6/3/2013 | 7/18/2013 | -31 | From NATIO404 | 267.37 | |
| 746481 | 6/3/2013 | 7/18/2013 | -31 | From NATIO404 | 2,668.87 | |
| 746485 | 6/4/2013 | 7/19/2013 | -32 | From NATIO404 | 1,203.65 | |
| 746486 | 6/4/2013 | 7/19/2013 | -32 | From NATIO404 | 475.50 | |
| 746487 | 6/4/2013 | 7/19/2013 | -32 | From NATIO404 | 557.15 | |
| 746491 | 6/5/2013 | 7/20/2013 | -33 | From NATIO404 | 944.37 | |
| 746495 | 6/5/2013 | 7/20/2013 | -33 | From NATIO404 | 345.82 | |
| 746496 | 6/5/2013 | 7/20/2013 | -33 | From NATIO404 | 7,819.13 | |
| 746499 | 6/6/2013 | 7/21/2013 | -34 | From NATIO404 | 175.57 | |
| 746500 | 6/6/2013 | 7/21/2013 | -34 | From NATIO404 | 5,012.73 | |
| 746512 | 6/7/2013 | 7/22/2013 | -35 | From NATIO404 | 216.14 | |
| 746513 | 6/7/2013 | 7/22/2013 | -35 | From NATIO404 | 596.20 | |
| 746514 | 6/7/2013 | 7/22/2013 | -35 | From NATIO404 | 2,779.34 | |
| **NATIO023  NATIONAL ENVELOPE - CITY OF INDUSTRY** | | | | | | **64,958.62** |

Plastic Suppliers, Inc.
National Envelope Invoice List
05/17/2013 - 06/07/2013

| Invoice Number | Tran-Date | Due-Date | Age | | Current | Sub-Total |
|---|---|---|---|---|---|---|
| 655213 | 5/17/2013 | 7/1/2013 | -14 | From NATIO514 | 18,882.49 | |
| 655214 | 5/17/2013 | 7/1/2013 | -14 | From NATIO514 | 3,981.34 | |
| 655231 | 5/22/2013 | 7/6/2013 | -19 | From NATIO514 | 2,981.70 | |
| 655240 | 5/22/2013 | 7/6/2013 | -19 | From NATIO514 | 8,010.66 | |
| 655238 | 5/23/2013 | 7/7/2013 | -20 | From NATIO514 | 5,816.47 | |
| 655239 | 5/23/2013 | 7/7/2013 | -20 | From NATIO514 | 348.36 | |
| 655243 | 5/23/2013 | 7/7/2013 | -20 | From NATIO514 | 5,187.44 | |
| 655250 | 5/24/2013 | 7/8/2013 | -21 | From NATIO514 | 4,096.14 | |
| 655251 | 5/24/2013 | 7/8/2013 | -21 | From NATIO514 | 21,709.01 | |
| 655252 | 5/24/2013 | 7/8/2013 | -21 | From NATIO514 | 1,480.50 | |
| 655253 | 5/28/2013 | 7/12/2013 | -25 | From NATIO514 | 485.78 | |
| 655267 | 5/29/2013 | 7/13/2013 | -26 | From NATIO514 | 4,891.91 | |
| 655273 | 5/30/2013 | 7/14/2013 | -27 | From NATIO514 | 2,035.69 | |
| 655274 | 5/30/2013 | 7/14/2013 | -27 | From NATIO514 | 602.62 | |
| 655275 | 5/30/2013 | 7/14/2013 | -27 | From NATIO514 | 5,395.47 | |
| 655276 | 5/30/2013 | 7/14/2013 | -27 | From NATIO514 | 2,575.56 | |
| 655282 | 5/31/2013 | 7/15/2013 | -28 | From NATIO514 | 7,444.36 | |
| 655288 | 6/3/2013 | 7/18/2013 | -31 | From NATIO514 | 12,141.46 | |
| 655291 | 6/3/2013 | 7/18/2013 | -31 | From NATIO514 | 3,181.48 | |
| 655293 | 6/5/2013 | 7/20/2013 | -33 | From NATIO514 | 3,785.74 | |
| 655294 | 6/5/2013 | 7/20/2013 | -33 | From NATIO514 | 761.11 | |
| 655295 | 6/5/2013 | 7/20/2013 | -33 | From NATIO514 | 931.16 | |
| 655297 | 6/5/2013 | 7/20/2013 | -33 | From NATIO514 | 871.73 | |
| 655307 | 6/6/2013 | 7/21/2013 | -34 | From NATIO514 | 1,693.94 | |
| 655308 | 6/6/2013 | 7/21/2013 | -34 | From NATIO514 | 18,327.75 | |
| **NATIO026  NATIONAL ENVELOPE - ENNIS** | | | | | | 137,619.87 |

| | | |
|---|---|---|
| | **GRAND TOTAL** | **835,166.42** |