## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NE OPCO, INC., et al., | : | Case No. 13-11483 (CSS) |
| | : | |
| Debtors. | : | Jointly Administered |

------------------------------------------------- x

### INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief. Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | | X |
| Certificates of Insurance: | | |
|    Workers Compensation | X | |
|    Property | X | |
|    General Liability | X | |
|    Vehicle | X | |
|    Other: | X | |
| Identify areas of self-insurance with liability caps | | |
| Evidence of Debtor in Possession Bank Accounts | | |
|    Tax Escrow Account | | X |
|    General Operating Account | | X |
|    Money Market Account Pursuant to Local Rule 4001-3 for | | X |
|    the District of Delaware only. Refer to: | | |
|    http://www.deb.uscourts.gov | | |
|    Other: | | X |
| Retainers Paid (Form IR-2) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| _____ | _____ |
| Signature of Debtor | Date |
| | |
| _____ | _____ |
| Signature of Joint Debtor | Date |
| _____ | July 3, 2013 |
| Signature of Authorized Individual* | Date |
| Brian Zollinger | VP, General Counsel & Secretary |
| Printed Name of Authorized Individual | Title of Authorized Individual |

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: NE Opco, Inc., *et al.*                                                                       Case No. 13-11483 (CSS)

Reporting Period: Initial Monthly Operating Report

## 12- Month Cash Flow Projection (Form IR-1)

The Debtors have attached the Budget, through and including the week ending September 8, 2013, as filed with the Court on June 10, 2013 in connection with the *Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507; (II) Authorizing Use of Cash Collateral; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001* [Docket No. 12].

**Exhibit "A"**
**(Budget)**

PRIVILEGED & CONFIDENTIAL
DRAFT - SUBJECT TO CHANGE
REFLECT COST SAVING INITIATIVES

NATIONAL ENVELOPE: 13-WEEK CASH FLOW FORECAST (CURRENT VERSION)

| Week / Week Ending | 26-May Actual | 2-Jun Actual | 9-Jun Est | Week 1 16-Jun Est | Week 2 23-Jun Est | Week 3 30-Jun Est | Week 4 7-Jul Est | Week 5 14-Jul Est | Week 6 21-Jul Est | Week 7 28-Jul Est | Week 8 4-Aug Est | Week 9 11-Aug Est | Week 10 18-Aug Est | Week 11 25-Aug Est | Week 12 1-Sep Est | Week 13 8-Sep Est | Total Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 6,550 | 6,263 | 6,095 | 5,694 | 6,588 | 7,309 | 4,751 | 6,490 | 6,490 | 6,590 | 5,651 | 6,100 | 6,670 | 6,960 | 8,700 | 5,000 | 83,003 |
| Sales per Day | 3,306 | 3,500 | 3,239 | 1,339 | 1,462 | 1,168 | 3,298 | 3,298 | 1,318 | 1,132 | 1,220 | 1,334 | 1,392 | 1,740 | 1,250 | 1,318 | 1,318 |
| **Sources:** | | | | | | | | | | | | | | | | | |
| Cash Collections - A/R | 8,011 | 5,325 | 5,524 | 4,564 | 6,237 | 6,637 | 6,072 | 5,923 | 5,820 | 6,126 | 6,530 | 6,216 | 6,184 | 5,911 | 6,523 | 6,247 | 78,430 |
| Non A/R cash | | 902 | | 1,900 | 400 | | | | | 400 | | | | | 950 | | 3,200 |
| Total Sources | 8,011 | 6,828 | 5,524 | 6,464 | 6,637 | 6,637 | 6,072 | 5,923 | 5,820 | 6,526 | 6,530 | 6,216 | 6,184 | 5,911 | 7,023 | 6,247 | 81,630 |
| Total Sources | 8,011 | 6,828 | 5,524 | 6,464 | 6,637 | 6,637 | 6,072 | 5,923 | 5,820 | 6,526 | 6,530 | 6,216 | 6,184 | 5,911 | 7,023 | 6,247 | 81,630 |
| **Uses:** | | | | | | | | | | | | | | | | | |
| Other Operating Costs | 770 | 604 | 319 | 728 | 752 | 752 | 877 | 737 | 737 | 737 | 851 | 711 | 711 | 742 | 731 | 731 | 9,797 |
| Contractors / Temps | 2 | 4 | 12 | 37 | 19 | 19 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 15 | 16 | 238 |
| Specialty Paper | 510 | 106 | 12 | 11 | 361 | 361 | 353 | 353 | 353 | 353 | 353 | 353 | 353 | 370 | 360 | 360 | 4,292 |
| Commodity Paper (I/P; Domtar) | 2,847 | 1,659 | 1,436 | 2,350 | 2,400 | 2,400 | 2,350 | 2,350 | 2,350 | 2,350 | 2,250 | 2,250 | 2,420 | 2,500 | 2,500 | 2,500 | 30,250 |
| Pastes (Packaging, Adhesives) | 514 | 63 | 420 | 294 | 374 | 374 | 365 | 365 | 365 | 365 | 365 | 365 | 365 | 360 | 380 | 365 | 4,724 |
| Other Trade | 950 | 321 | 241 | 776 | 817 | 817 | 799 | 799 | 799 | 799 | 799 | 799 | 799 | 832 | 820 | 790 | 10,443 |
| Trade Credits | | | | (450) | (750) | (750) | (500) | (125) | (125) | (125) | (125) | | | | | | (3,000) |
| Utility Deposit | | | | 750 | | | | | | | | | | | | | 750 |
| Equip Card Usage | | | | | | | | | | | | | | | | | |
| Initial Annual cost of sales | | | | | | | | | | | | | | | | | |
| **Total Check Runs** | 4,114 | 3,524 | 3,201 | 3,745 | 3,973 | 3,973 | 4,110 | 4,095 | 4,095 | 4,495 | 4,568 | 4,499 | 4,643 | 4,840 | 4,907 | 4,652 | 57,989 |
| Sales Tax | | 28 | | 223 | | | | | | | | 260 | | | | | 743 |
| Payroll - Base | 1,022 | 1,903 | 937 | 1,530 | 975 | 1,480 | 1,480 | 1,480 | 975 | 1,480 | 975 | 1,460 | 975 | 1,578 | 1,073 | 1,480 | 16,505 |
| Payroll - Commissions | | 80 | 180 | | | | 185 | | | | | | 190 | | | | 555 |
| Added Severance | | | | | | | | | | | | | | | | | |
| 401K | 78 | 12 | 81 | 32 | 46 | 46 | 78 | 46 | 78 | 46 | 68 | 36 | 68 | 38 | 75 | 36 | 731 |
| ADP Medical Premium | 760 | | | 94 | 966 | | | 950 | | 950 | | | | | 950 | | 2,868 |
| Medical Claims | 295 | 194 | 245 | 158 | 158 | 158 | 233 | 233 | 233 | 233 | 158 | 158 | 158 | 158 | 158 | 158 | 2,348 |
| Medical FSA / WC Prefund | | 7 | 442 | 208 | 15 | 110 | 12 | 10 | 12 | 12 | 112 | 12 | 12 | 13 | 112 | 112 | 653 |
| Rent -- Spirit / NEV AE | | 2 | 98 | | | | 659 | | | 29 | 659 | | | 29 | 29 | 659 | 2,064 |
| Other / Credit / Property Taxes | | | | 127 | | | | | | | | | | | | | 127 |
| **Total Operating Costs** | 6,293 | 5,449 | 4,905 | 6,253 | 6,922 | 5,735 | 6,686 | 6,708 | 5,792 | 7,244 | 6,480 | 6,439 | 5,856 | 6,616 | 7,104 | 7,107 | 84,583 |
| **Total Operating Cash Flow** | 1,718 | 1,378 | 619 | 211 | (845) | 841 | (6) | (786) | 28 | (718) | 50 | (223) | 328 | (905) | (81) | (860) | (2,953) |
| Capital Expenditures | | | | | | | | | | | | | | | | | |
| Professional Fees | 280 | 75 | | 474 | | | | | | | | | | | | | 474 |
| Professional Fees Carveout Reserve | | | | 500 | | | | | | | | | | | | | 500 |
| Counsel Fees | | | 150 | | | | | | | | 400 | | | | 400 | | 800 |
| FA Fees | | 100 | 100 | | | | | | | | 400 | | | | 400 | | 800 |
| UST Fees | | | | | | | | | | | 50 | | | | | | 50 |
| Committee Professional fees | | | | | | | | | | | 200 | | | | 200 | | 400 |
| DIP Fees | | | | 913 | | | | | | | | | | | | | 913 |
| Clawback Agent fees | | | | | | 30 | | | 30 | | | 30 | | | | | 90 |
| Debt Payments -- Term A | | | 198 | | | | | | | | | | | | | | |
| Interest / Fees -- Revolver & TA | | | 82 | 281 | | | 478 | | | 30 | 490 | | | | | 503 | 1,754 |
| **Total Other** | 280 | 175 | 530 | 2,167 | | 30 | 478 | | 30 | 30 | 1,540 | 30 | | | | 1,503 | 5,780 |
| **Total Uses** | 6,583 | 5,624 | 5,436 | 8,420 | 6,952 | 5,795 | 6,545 | 6,708 | 5,822 | 7,244 | 8,020 | 6,469 | 5,856 | 6,616 | 7,104 | 8,610 | 90,362 |
| **Net Cash Inflow / (Outflow)** | 1,428 | 1,203 | 89 | (1,956) | (875) | 841 | (472) | (786) | (2) | (718) | (1,490) | (253) | 328 | (905) | (81) | (2,363) | (8,732) |
| Beginning Revolver Balance | 37,689 | 36,261 | 35,058 | 34,969 | 37,801 | 37,801 | 36,859 | 37,432 | 36,217 | 38,229 | 36,937 | 40,427 | 40,680 | 40,352 | 41,258 | 41,339 | 41,339 |
| Ending Revolver Balance | 36,261 | 35,058 | 34,969 | 36,926 | 37,359 | 36,359 | 37,432 | 36,218 | 38,229 | 38,357 | 40,427 | 40,680 | 40,352 | 41,258 | 41,339 | 43,702 | 43,702 |
| **Collateral Base:** | | | | | | | | | | | | | | | | | |
| Available A/R | 30,624 | 29,733 | 29,175 | 34,576 | 35,005 | 35,005 | 36,773 | 35,703 | 36,163 | 36,706 | 37,091 | 36,377 | 36,283 | 36,677 | 37,527 | 39,289 | 39,289 |
| Available Inventory | 14,594 | 14,075 | 14,075 | 12,803 | 12,720 | 12,720 | 12,279 | 12,711 | 12,552 | 12,391 | 12,167 | 12,320 | 12,292 | 12,070 | 11,748 | 10,830 | 10,830 |
| Availability before liquidity trigger | 45,217 | 43,808 | 43,251 | 47,379 | 48,626 | 48,625 | 49,052 | 48,417 | 48,716 | 49,097 | 49,278 | 48,696 | 48,575 | 48,747 | 49,275 | 50,120 | 50,120 |
| Less: liquidity trigger | (8,000) | (8,000) | (8,000) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) | (5,900) |
| Availability before loan balance | 37,217 | 35,808 | 35,251 | 41,479 | 42,726 | 42,725 | 43,152 | 42,517 | 42,816 | 43,197 | 43,378 | 42,796 | 42,675 | 42,847 | 43,375 | 44,220 | 44,220 |
| Availability above $8M / $5.9M | 956 | 750 | 281 | 4,553 | 4,705 | 5,766 | 5,720 | 4,300 | 4,597 | 4,260 | 2,950 | 2,116 | 2,323 | 1,589 | 2,036 | 518 | 518 |
| check | 956 | 750 | 281 | 4,553 | | | | | | | | | | | | | |
| check | (0) | (0) | (0) | 0 | | | | | | | | | | | | | |

Revision: 6/6/13 - 12:02 PM

In re: <u>NE Opco, Inc., *et al.*</u>                                          Case No. <u>13-11483 (CSS)</u>

Reporting Period: <u>Initial Monthly Operating Report</u>

## **Certificates of Insurance**

# AXIS Insurance Company
### 303 W. Madison, Suite 500, Chicago, Illinois 60606
### 866-259-5435

Endorsement No. 9

Effective date of this endorsement:  12:01 a.m. on June 18, 2013
To be attached to and form part of Policy Number: MCN000172801201
Issued to: NE Opco, Inc.

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## NOTICE OF CANCELLATION FOR SPECIFIC ENTITY ENDORSEMENT

This endorsement modifies insurance provided under the following:

## AXIS PRO® MPL SOLUTIONS INSURANCE POLICY MPL-1100

In consideration of the payment of the premium, it is agreed that:

In the event of cancellation or nonrenewal of this policy by the **Company**, the **Company** shall endeavor to provide written notice, thirty (30) days before the effective date of such cancellation or nonrenewal, to the entity named below.  Such notice shall be mailed to the address listed in this endorsement.  Failure of the **Company** to provide the notice specified under this endorsement shall not prevent such changes from taking effect.

| Entity | Address |
|---|---|
| U.S. Department of Justice Office of the United States Trustee | District of Delaware 844 King Street, Suite 2207 Wilmington, DE  19801 |

Except as stated above, this endorsement does not change any other provisions of this policy.

If the **Company** issued this endorsement to be part of the **Insured's** policy on the Inception Date, then the countersignature on the Declarations Page also applies to the endorsement.  If this endorsement is effective after the Inception Date of the **Insured's** policy, the **Company's** authorized representative must countersign in the space below to validate the endorsement.

Page 1 of 1                                                    Authorized Representative

## *Customarq Series*
## *Customarq Classic Insurance Program*

### *Premium Bill*

| | |
|---|---|
| *Policy Period* | SEPTEMBER 6, 2012   TO   SEPTEMBER 6, 2013 |
| *Effective Date* | JUNE 19, 2013 |
| *Policy Number* | 3593-71-29 LAO |
| *Insured* | NE OPCO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 24, 2013 |

**Portion of total premium attributable for terrorism and statutory standard fire where applicable is     $ 0.00**

PLEASE SEND PAYMENT TO AGENT OR BROKER.

| Date Payment Due | Additional Premium |
|---|---|
| JUNE 19, 2013 | $ 0.00 |
| *TOTAL* | $ 0.00 |

WHEN SENDING PAYMENT, PLEASE INDICATE POLICY NUMBER ON YOUR CHECK.

NOTE:  PLEASE RETURN THIS BILL WITH PAYMENT AND INCLUDE ANY ADDITIONAL CHANGES.

IF THIS ENDORSEMENT HAD BEEN IN EFFECT FOR A FULL YEAR
THE RETURN OR ADDITIONAL PREMIUM WOULD HAVE BEEN:          $ 0

Added form 80-02-9779 Notice Of Cancel Sched Persons/Org
Except NP.

Producer:

AON RISK INS. SERVICES WEST, INC. (GORES)
707 WILSHIRE BLVD. #2600
LOS ANGELES, CA 90017-0000

Reference Copy

## *Liability Insurance*

## *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | SEPTEMBER 6, 2012   TO   SEPTEMBER 6, 2013 |
| *Effective Date* | JUNE 19, 2013 |
| *Policy Number* | 3593-71-29 LAO |
| *Insured* | NE OPCO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 24, 2013 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-6400 | 12-07 | EXCLUSION OF CERTIFIED ACTS OF TERRORISM | 09/06/12 | 09/26/12 |
| 80-02-8287 | 10-09 | COVERAGE TERRITORY, SCHEDULED | 09/06/12 | 09/26/12 |
| 80-02-0010 | 4-94 | LIABILITY DECLARATIONS | 06/07/13 | 06/20/13 |
| 80-02-2000 | 4-01 | GENERAL LIABILITY | 09/06/12 | 09/26/12 |
| 80-02-2047 | 9-09 | LIAB GLOBAL EXTENSION W/CONTROLLED UL INS | 09/06/12 | 09/26/12 |
| 80-02-2062 | 11-98 | EMPLOYEE BENEFITS ERRORS OR OMISSIONS | 09/06/12 | 09/26/12 |
| 80-02-2303 | 4-01 | ADD'L INSURED-MORTGAGEE,ASSIGNEE,OR RECEIVER | 06/07/13 | 06/20/13 |
| 80-02-2324 | 4-94 | NON ACCUMULATION OF LIMITS OF INSURANCE | 09/06/12 | 09/26/12 |
| 80-02-2367 | 4-01 | ADD'L INSURED-DESIGNATED PERSON/ORGANIZATION | 09/06/12 | 09/26/12 |
| 80-02-2373 | 4-94 | ADDITIONAL INSURED-MORTGAGEE,ASSIGNEE | 06/07/13 | 06/20/13 |
| 80-02-2653 | 7-09 | PRIMARY NONCONTRIBUTORY-SCHEDULE PERS OR ORG | 09/06/12 | 09/26/12 |
| 80-02-2668 | 8-01 | EXCL. BIOLOGICAL AGENTS, TOTAL | 09/06/12 | 09/26/12 |
| 80-02-2750 | 1-98 | TEXAS MANDATORY - WHO IS INSURED,SUBSIDIARIES | 09/06/12 | 09/26/12 |
| 80-02-2760 | 4-94 | TEXAS MANDATORY-OTHER THAN LG RISKS-EMP.BEN. | 09/06/12 | 09/26/12 |
| 80-02-2768 | 4-94 | TEXAS MANDATORY-VOL.WORKER DEF/WHO IS INSURED | 09/06/12 | 09/26/12 |
| 80-02-2786 | 7-96 | TEXAS MANDATORY - NUCLEAR ENERGY | 09/06/12 | 09/26/12 |
| 80-02-2787 | 7-96 | TEXAS MANDATORY - WHO IS INSURED | 09/06/12 | 09/26/12 |
| 80-02-2900 | 1-05 | TX MAND. NOTICE OF SETTLEMENT OF LIAB. CLAIMS | 09/06/12 | 09/26/12 |
| 80-02-6520 | 8-04 | EXCL-INTERCOMPANY PRODUCTS CLAIMS OR SUITS | 09/06/12 | 09/26/12 |
| 80-02-6528 | 4-05 | EXCLUSION - INFORMATION DISTRIBUTION LAWS | 09/06/12 | 09/26/12 |
| 80-02-6541 | 3-05 | CONDITION - PREMIUM AUDIT | 09/06/12 | 09/26/12 |
| 80-02-6554 | 6-05 | PER LOCATION/PROJECT LMTS W/COMBINED TOTL AGG | 09/06/12 | 09/26/12 |
| 80-02-8201 | 9-06 | DEDUCTIBLES | 09/06/12 | 09/26/12 |
| 80-02-8303 | 9-09 | LIAB - APPLICABILITY OF GLOBAL EXT | 09/06/12 | 09/26/12 |
| 80-10-9133 | 6-09 | IMPORTANT NOTICE FOR TEXAS POLICYHOLDERS (GL) | 09/06/12 | 09/26/12 |

Reference Copy

# Intl Workers' Compensation Insurance

## Schedule of Forms

| | |
|---|---|
| *Policy Period* | SEPTEMBER 6, 2012   TO   SEPTEMBER 6, 2013 |
| *Effective Date* | JUNE 19, 2013 |
| *Policy Number* | 3593-71-29 LAO |
| *Insured* | NE OPCO, INC. |
| | |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 24, 2013 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-0129 | 12-99 | INTL WORKERS' COMPENSATION DECLARATION | 09/06/12 | 05/17/13 |
| 80-02-2053 | 7-10 | INTERNATIONAL WORKERS' COMPENSATION INSURANCE | 09/06/12 | 09/26/12 |

Reference Copy

## *Auto DIC Insurance*

## *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | SEPTEMBER 6, 2012   TO   SEPTEMBER 6, 2013 |
| *Effective Date* | JUNE 19, 2013 |
| *Policy Number* | 3593-71-29 LAO |
| *Insured* | NE OPCO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 24, 2013 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-0130 | 5-00 | INTERNATIONAL AUTO LIABILITY DECLARATION | 09/06/12 | 05/17/13 |
| 80-02-2054 | 5-00 | INTERNATIONAL AUTOMOBILE LIABILITY | 09/06/12 | 09/26/12 |
| 80-02-2496 | 5-00 | HIRED AND NON-OWNED PHYSICAL DAMAGE | 09/06/12 | 09/26/12 |
| 80-02-2497 | 5-00 | HIRED AND NON-OWNED | 09/06/12 | 09/26/12 |

Reference Copy

*last page*

## *Accident & Health*

## *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | SEPTEMBER 6, 2012   TO   SEPTEMBER 6, 2013 |
| *Effective Date* | JUNE 19, 2013 |
| *Policy Number* | 3593-71-29 LAO |
| *Insured* | NE OPCO, INC. |
| | |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 24, 2013 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-0308 | 3-10 | INTERNATIONAL BLANKET ACCIDENT INSURANCE DECL | 09/06/12 | 09/26/12 |
| 80-02-6011 | 3-10 | INTERNATIONAL BLANKET ACCIDENT INSURANCE CONT | 09/06/12 | 09/26/12 |

Reference Copy

last page

## *Policy Conditions*

### *Schedule of Forms*

| | |
|---|---|
| *Policy Period* | SEPTEMBER 6, 2012   TO   SEPTEMBER 6, 2013 |
| *Effective Date* | JUNE 19, 2013 |
| *Policy Number* | 3593-71-29 LAO |
| *Insured* | NE OPCO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 24, 2013 |

The following is a schedule of forms issued as of the date shown above:

| Form Number | Edition Date | Form Name | Effective Date | Date Issued |
|---|---|---|---|---|
| 80-02-9001 | 6-98 | HOW TO REPORT A LOSS | 09/06/12 | 09/26/12 |
| 80-02-9090 | 6-05 | COMMON POLICY CONDITIONS | 09/06/12 | 09/26/12 |
| 80-02-9301 | 2-98 | NAMED INSURED | 09/06/12 | 05/17/13 |
| 80-02-9310 | 4-94 | 90 DAY NOTICE OF CANCELLATION | 09/06/12 | 09/26/12 |
| 80-02-9728 | 9-08 | TX MAND - CANCELLATION/WHEN WE DO NOT RENEW | 09/06/12 | 09/26/12 |
| 80-02-9779 | 3-11 | NOTICE OF CANCEL SCHED PERSONS/ORG EXCPT NP | 06/19/13 | 06/24/13 |
| 80-02-9800 | 12-08 | INSURING AGREEMENT | 09/06/12 | 09/26/12 |
| 99-10-0732 | 12-07 | NOTICE TO POLICYHOLDERS-TRIPRA | 09/06/12 | 09/26/12 |
| 99-10-0792 | 9-04 | IMPORTANT NOTICE - OFAC | 09/06/12 | 09/26/12 |
| 99-10-0872 | 6-07 | AOD POLICYHOLDER NOTICE | 09/06/12 | 09/26/12 |
| 99-10-0881 | 12-07 | TX IMPORTANT NOTICE | 09/06/12 | 09/26/12 |

Reference Copy

*last page*

## *Policy Conditions*

## *Endorsement*

| | |
|---|---|
| *Policy Period* | SEPTEMBER 6, 2012   TO   SEPTEMBER 6, 2013 |
| *Effective Date* | JUNE 19, 2013 |
| *Policy Number* | 3593-71-29 LAO |
| *Insured* | NE OPCO, INC. |
| *Name of Company* | FEDERAL INSURANCE COMPANY |
| *Date Issued* | JUNE 24, 2013 |

This Endorsement applies to the following forms:

COMMON POLICY CONDITIONS

**Conditions**

Under Conditions, the following condition is added.

**Notice Of Cancellation To Scheduled Persons Or Organizations When We Cancel**

When we cancel this policy for any reason, other than non-payment of premium, we will notify person(s) or organization(s) shown in the Schedule at least 30 days in advance of the cancellation date.

Any failure by us to notify such person(s) or organization(s) will not:

- impose any liability or obligation of any kind upon us; or
- invalidate such cancellation.

**Schedule**

Person(s) or Organization(s):  U.S. Department of Justice Office of the United States Trustee District of Delaware

Address:  844 King Street, Suite 2207
(302) 573-6491
Wilmington, DE 19801
fax (302) 573-6497

Reference Copy

Policy Conditions          Notice Of Cancellation To Scheduled Persons Or Organizations (Except Non-Payment Of Premium)          continued

Form 80-02-9779 (Ed. 3-11)          Endorsement          Page 1

## *Conditions*
*(continued)*

All other terms and conditions remain unchanged.

*Authorized Representative*

Reference Copy

Policy Conditions          Notice Of Cancellation To Scheduled Persons Or Organizations (Except Non-Payment Of Premium)          *last page*

Form 80-02-9779 (Ed. 3-11)          *Endorsement*                                                          *Page 2*



# CERTIFICATE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY)
06/24/2013

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER.   THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

If this certificate is being prepared for a party who has an insurable interest in the property, do not use this form.  Use ACORD 27 or ACORD 28.

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Aon Risk Insurance Services West, Inc. | PHONE (A/C, No, Ext): (866) 283-7122 | | FAX (A/C, No.): 800-363-0105 |
| Los Angeles CA Office | E-MAIL ADDRESS: | | |
| 707 Wilshire Boulevard | PRODUCER CUSTOMER ID #: 57000051068 | | |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURER A: | Factory Mutual Insurance Co. | 21482 |
| INSURED | INSURER B: | Zurich American Ins Co | 16535 |
| NE Opco, Inc | INSURER C: | Beazley Insurance Company, Inc. | 37540 |
| 3211 INTERNET BLVD | INSURER D: | | |
| STE 200 | INSURER E: | | |
| FRISCO TX 75034 USA | INSURER F: | | |

Suite 2600
Los Angeles CA 90017-0460 USA

Holder Identifier :

**COVERAGES**        **CERTIFICATE NUMBER:** 570050392902        **REVISION NUMBER:**

LOCATION OF PREMISES/ DESCRIPTION OF PROPERTY (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

Certificate holder will be added to the listed policies for cancellation notice provision.

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE  LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR  MAY PERTAIN, THE  INSURANCE  AFFORDED BY THE POLICIES  DESCRIBED  HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|---|
| A | X PROPERTY | | XH088 | 09/06/2012 | 09/06/2013 | | BUILDING | |
| | CAUSES OF LOSS | DEDUCTIBLES | | | | | PERSONAL PROPERTY | |
| | BASIC | BUILDING | | | | | BUSINESS INCOME w/o Extra Expense | |
| | BROAD | CONTENTS | | | | | EXTRA EXPENSE | |
| | SPECIAL | | | | | | RENTAL VALUE | |
| | EARTHQUAKE | | | | | | BLANKET BUILDING | |
| | X WIND | $1,000 | | | | | BLANKET PERS PROP | |
| | FLOOD | | | | | X | BLANKET BLDG & PP | Included |
| | X ALL RISK-Subject to Exclusions | | | | | X | Loss Limit | $377,000,000 |
| | Bld B&PP Ded | | | | | X | Boiler & Machinery ( | $500,000 |
| | INLAND MARINE | | TYPE OF POLICY | | | | | |
| | CAUSES OF LOSS | | | | | | | |
| | NAMED PERILS | | POLICY NUMBER | | | | | |
| B | X CRIME | | FID672453602 | 09/01/2012 | 09/01/2013 | X | Aggregate Limit (for | $10,000,000 |
| | TYPE OF POLICY | | Crime | | | X | Employee Dishonesty | $10,000,000 |
| | Crime - Primary | | | | | X | Deductible | $35,000 |
| | BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | | | | | | |
| C | Marine Cargo Cv | | V1355H12PNGF | 09/06/2012 | 09/06/2013 | X | Limit Amount | $2,500,000 |

SPECIAL CONDITIONS / OTHER COVERAGES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

**CERTIFICATE NUMBER: 570050392902**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| U.S. Department of Justice Office of the United States Trustee District of Delware 844 King Street, Suite 2207 Wilmington DE 19801 USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Aon Risk Insurance Services West Inc.* |

© 1995-2009 ACORD CORPORATION. All rights reserved.

ACORD 24 (2009/09)        The ACORD name and logo are registered marks of ACORD



# ADDITIONAL REMARKS SCHEDULE

Page _ of _

| AGENCY | | NAMED INSURED |
|---|---|---|
| Aon Risk Insurance Services West, Inc. | | NE Opco, Inc |
| **POLICY NUMBER** | | |
| See Certificate Number: 570050392902 | | |
| **CARRIER** | **NAIC CODE** | |
| See Certificate Number: 570050392902 | | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: ACORD 24    FORM TITLE: Certificate of Property Insurance

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER | |
| INSURER | |
| INSURER | |
| INSURER | |

**ADDITIONAL POLICIES**    If a policy below does not include limit information, refer to the corresponding policy on the ACORD certificate form for policy limits.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|
| | PROPERTY | | | | | |
| A | | XH088 | 09/06/2012 | 09/06/2013 | Loss Limit | $250,000 |
| | | | | | Wind/Hail Limit | $250,000 |
| | CRIME | | | | | |
| B | | FID672453602 Crime | 09/01/2012 | 09/01/2013 | Forgery or | $10,000,000 |
| | | | | | Deductible | $35,000 |
| | | | | | TD&D Inside Limit | $10,000,000 |
| | | | | | Deductible | $35,000 |
| | | | | | Robbery & Safe | $10,000,000 |
| | | | | | Deductible | $35,000 |
| | | | | | Computer Fraud | $10,000,000 |
| | | | | | Deductible | $35,000 |
| | | | | | Money Orders and | $10,000,000 |
| | | | | | Deductible | $1,000 |

© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

# CERTIFICATE OF LIABILITY INSURANCE

**ACORD**

| DATE(MM/DD/YYYY) |
|---|
| 08/24/2013 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Aon Risk Insurance Services West, Inc.<br>Los Angeles CA Office<br>707 Wilshire Boulevard<br>Suite 2600<br>Los Angeles CA 90017-0460 USA | PHONE (A/C, No, Ext): (866) 283-7122 | | FAX (A/C, No.): 800-363-0105 |
| | E-MAIL ADDRESS: | | |
| | **INSURER(S) AFFORDING COVERAGE** | | NAIC # |
| INSURED | INSURER A: | Chartis Specialty Insurance Company | 26883 |
| NE Opco, Inc<br>3211 INTERNET BLVD<br>STE 200<br>FRISCO TX 75034 USA | INSURER B: | Federal Insurance Company | 20281 |
| | INSURER C: | Praetorian Insurance Company | 37257 |
| | INSURER D: | AXIS Insurance Company | 37273 |
| | INSURER E: | | |
| | INSURER F: | | |

**COVERAGES**  **CERTIFICATE NUMBER:** 570050392943  **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS. **Limits shown are as requested**

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| B | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS-MADE X OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY X PRO-JECT X LOC | | | 35937129 | 09/06/2012 | 09/06/2013 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| B | **AUTOMOBILE LIABILITY**<br>X ANY AUTO<br>ALL OWNED AUTOS / SCHEDULED AUTOS<br>X HIRED AUTOS X NON-OWNED AUTOS | | | 73563757 | 09/06/2012 | 09/06/2013 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | | | BODILY INJURY ( Per person) | |
| | | | | | | | BODILY INJURY (Per accident) | |
| | | | | | | | PROPERTY DAMAGE (Per accident) | |
| B | X **UMBRELLA LIAB** X OCCUR<br>EXCESS LIAB CLAIMS-MADE<br>DED RETENTION | | | 79863251 | 09/06/2012 | 09/06/2013 | EACH OCCURRENCE | $10,000,000 |
| | | | | | | | AGGREGATE | $10,000,000 |
| C | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N<br>ANY PROPRIETOR / PARTNER / EXECUTIVE OFFICER/MEMBER EXCLUDED? N N/A<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | | CWC0975240<br>All Other States | 09/06/2012 | 09/06/2013 | X WC STATU-TORY LIMITS OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | | E.L. DISEASE-EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | $1,000,000 |
| D | E&O-MPL-Primary | | | MCN000172801201<br>SIR applies per policy terms & conditions | 09/06/2012 | 09/06/2013 | Printer's E&O | $5,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Certificate holder will be added to the listed policies for cancellation notice provision.

| **CERTIFICATE HOLDER** | **CANCELLATION** |
|---|---|
| U.S. Department of Justice<br>Office of The United States Trustee<br>District of Delware<br>844 King Street, Suite 2207<br>Wilmington DE 19801 USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Aon Risk Insurance Services West, Inc.* |

*Holder Identifier :*

*Certificate No : 570050392943*

©1988-2010 ACORD CORPORATION. All rights reserved.
**ACORD 25 (2010/05)**  The ACORD name and logo are registered marks of ACORD

# ACORD®

## ADDITIONAL REMARKS SCHEDULE

Page _ of _

| | |
|---|---|
| AGENCY<br>Aon Risk Insurance Services West, Inc. | NAMED INSURED<br>NE Opco, Inc |
| POLICY NUMBER<br>See Certificate Number: 570050392943 | |
| CARRIER<br>See Certificate Number: 570050392943 | NAIC CODE | EFFECTIVE DATE: |

ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER:  ACORD 25   FORM TITLE:  Certificate of Liability Insurance

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER | |
| INSURER | |
| INSURER | |
| INSURER | |

**ADDITIONAL POLICIES**  If a policy below does not include limit information, refer to the corresponding policy on the ACORD certificate form for policy limits.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | OTHER | | | | | | | |
| A | Poll Legal Liab | | | PLS11170376 | 09/06/2010 | 09/06/2020 | Pollution Liab Limit | $10,000,000 |
| | | | | | | | SIR/Deductible (1) | $100,000 |
| A | EPL - Primary | | | 011971896 | 09/01/2012 | 09/01/2013 | D&O Coverage | $5,000,000 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

ACORD 101 (2008/01)

© 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

**POLICY COVER SHEET**

Job Name: XP3312I
File Number: 06170

Print Date and Time: 06/20/13  15:44

Business Center /
Original Business Unit:          EXCESS CASUALTY

Policy Number:                   ZUP-11R35106-12-NF

Name of Insured:                 NE OPCO, INC.

Agency Number:                   0408520

Department or Expense Center:

Underwriter:                     404040404      Underwriting Team:

Data Entry Person:               BOWERMASTER,HELEN

Date and Time:                   06/20/13  00:00  003

**Special Instructions**

Policy Commencement Date: 09/06/12

THIS POLICY CONTAINS FORMS SELECTED THROUGH DOCUMENT SELECT

THE FOLLOWING SELECTED FORMS ARE NOT APPROVED ON THE FORMS STATUS TABLE

| FORM NBR | EDITION | CO | STATE | TRANS DATE |
|----------|---------|-----|-------|------------|
| * 40704 | 05.84 | 1 | TX | 2012-09-06* |

POLBR 11-85

## POLICY CHANGE ENDORSEMENT

This endorsement summarizes the changes to
your policy.  All other terms of your policy
not affected by these changes remain the
same.

### How Your Policy Is Changed

In consideration of the premium charged it is hereby understood and agreed that
effective September 6, 2012 the following endorsement is made a part of this policy:

Designated Person Or Organization – Notice Of Cancellatin Provided By Us, Form
SU330 (Ed. 11-1):

Schedule of Designated Person or Organization

U.S. Department of Justice
Office of the United States Trustee
District of Delaware
844 King Street, Suite 2207 (302) 573-6491
Wilmington, DE 19801 fax (302) 573-6497

Number of Days Notice of Cancellation

60 Days

### Premium Change Which Is Due Now

Additional premium                              Returned premium

If issued after the date your policy            Policy issued to:
begins, these spaces must be completed          NE OPCO, INC.
and our representative must sign below.

Authorized Representative

Endorsement takes effect:   09/06/12
Policy number:    ZUP-11R35106-12-NF
Processing date:   06/20/13   00:00   003

40704 Ed. 5-84                          Endorsement
© 1984 The Travelers Indemnity Company. All rights reserved.                   Page    1

## Designated Person Or Organization - Notice Of Cancellation Provided By Us

The following is added to section **VII. D. Cancellation** of this insuring agreement and to any applicable state amendatory endorsement forming a part of this policy that contains a provision that replaces section **VII. D. Cancellation**:

If we cancel this policy for any statutorily permitted reason other than nonpayment of premium, we will mail notice of cancellation to the person or organization designated in the below **Schedule of Designated Person or Organization** to the address shown in the schedule.  We will mail such notice to the address shown in the schedule below at least the number of days shown for cancellation.

### Schedule of Designated Person or Organization

```
U.S. Department of Justice
Office of the United States Trustee
District of Delaware
844 King Street, Suite 2207 (302) 573-6491
Wilmington, DE 19801 fax (302) 573-6497
```

### Number of Days Notice of Cancellation

60

All other terms of your policy remain the same.

©   2010 The Travelers Indemnity Company. All rights reserved.





### BEAZLEY INSURANCE COMPANY, INC.

Endorsement No: 7

Effective date of this Endorsement: September 06, 2012

Issued date of this Endorsement: June 20, 2013

This Endorsement is attached to and forms a part of Policy Number: V1355H12PNGF

"Insurer" Referred to in this endorsement is Beazley

### LENDER BANK ENDORSEMENT

This endorsement modifies insurance provided under the following:

Beazley FCU Marine Cargo Form - F00210

It is hereby understood and agreed that:

**U. S. Department of Justice**
**Office of the United States Trustee, District of**
**Delaware**
**844 King St, Ste 2207**
**Wilmington, DE 19801**

hereinafter called the Bank, now has or will have delivered to it from time to time title to or control of certain merchandise insured under this policy, or otherwise has or will have an insurable interest therein and that the Bank will be recognized as the Insured under this policy in connection with any loss of or damage to such merchandise for which it shall hold warehouse receipts, bills of lading or other evidence of title or control or in the case of property not represented by such documents in which it shall have an insurable interest evidenced by written entry on the records of the Bank, and that payment for any loss of or damage to such merchandise shall be made directly to the Bank only, to the extent of its insurable interest therein.

This policy shall not be cancelled nor materially changed as to the interest of the Bank unless __10__ days (in case of war risks coverage only 48 hours) prior written notice of such change or cancellation shall have been given to the Bank.

This agreement shall not extend the said policy to cover any additional risks, it being especially agreed that the policy does not insure against conversion, misappropriation or other dishonest acts committed by or on behalf of the named Insured. Also, this agreement is subject to the limits of liability named in the policy and to the conditions of any Value Reporting, Full Reporting, Total Insurance or Co-Insurance clauses incorporated therein or attached thereto, it being understood and agreed nevertheless that unintentional error or omission in the making of reports required of the named Insured under this policy shall not prejudice the rights of the Bank to collect hereunder.

The Insurers further agree that nothing contained herein shall impose any liability on the Bank for the payment of premiums.

All other terms and conditions of this Policy remain unchanged.

**Authorized Signature**

**FM** Global

Factory Mutual Insurance Company
5700 Granite Parkway
Granite Park Two
Suite 700
Plano, Texas
75024
United States of America
Tel: (1) 972 377-4808
Fax: (1) 972 731-1814

## CERTIFICATE OF INSURANCE

This document is issued as a matter of information only and confers no rights upon the document holder. This certificate does not amend, extend, or alter the coverage, terms, exclusions, conditions, or other provisions afforded by the policy. We hereby certify that insurance coverage is now in force with our Company as outlined below.

| Policy No.: | XH088 | Policy Term | |
|---|---|---|---|
| Account No.: | 1-53875 | Effective Date: | 06 September 2012 |
| | | Expiration Date: | 06 September 2013 |

**NAMED INSURED:**
NE OPCO, INC.

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**
See Attached

**COVERAGE IN FORCE:** (subject to limits of liability, deductibles and conditions in the Policy)

| Insurance Provided: | Peril: | Limit Of Liability: |
|---|---|---|
| Property Damage | All Risk | USD 377,000,000 |

**ADDITIONAL INTERESTS:**
**Additional interests as detailed below are covered in accordance with Certificates of Insurance issued to such interests and on file with this Company. Loss, if any, shall be payable to such additional interests, as their interests may appear, and in accordance with loss payment provisions of the Policy.**

**CERTIFICATE TERM:**
**Effective:** 06 September 2012
**Expires:** 06 September 2013

**INTEREST TYPE:**
Lenders Loss Payee in accordance with the Additional Interest clause stated above and the lenders loss payee provisions of the policy.

U.S. Department of Justice
District of Delaware
844 King Street, Suite 2207
Wilmington, Delaware 19801, USA

Real and Personal Property.

Certificate No: 00001-001

U.S. Department of Justice
ATTN: Office of the United States Trustee
District of Delaware
844 King Street, Suite 2207
Wilmington, Delaware 19801, USA

Authorized Signature / Issue Date
David M. Johnson/ 19 June 2013

For questions, contact: Russell Cox

## LENDERS LOSS PAYEE AND MORTGAGEE INTERESTS AND OBLIGATIONS:

A. The Company will pay for loss to specified property insured under this Policy to each specified Lender Loss Payee (hereinafter referred to as Lender) as its interest may appear, and to each specified Mortgagee as its interest may appear, under all present or future mortgages upon such property, in order of precedence of the mortgages.

B. The interest of the Lender or Mortgagee (as the case may be) in property insured under this Policy will not be invalidated by:

     1.    any act or neglect of the debtor, mortgagor, or owner (as the case may be) of the property.
     2.    foreclosure, notice of sale, or similar proceedings with respect to the property.
     3.    changes in the title or ownership of the property.
     4.    changes to a more hazardous occupancy.

     The Lender or Mortgagee will notify the Company of any known change in ownership, occupancy, or hazard and, within 10 days of written request by the Company, may pay the increased premium associated with such known change. If the Lender or Mortgagee fails to pay the increased premium, all coverage under this Policy will cease.

C. If this Policy is cancelled at the request of the Insured or its agent, the coverage for the interest of the Lender or Mortgagee will terminate 10 days after the Company sends to the Lender or Mortgagee written notice of cancellation, unless:

     1.    sooner terminated by authorization, consent, approval, acceptance, or ratification of the Insured's action by the Lender or Mortgagee, or its agent.
     2.    this Policy is replaced by the Insured, with a policy providing coverage for the interest of the Lender or Mortgagee, in which event coverage under this Policy with respect to such interest will terminate as of the effective date of the replacement policy, notwithstanding any other provision of this Policy.

D. The Company may cancel this Policy and/or the interest of the Lender or Mortgagee under this Policy, by giving the Lender or Mortgagee written notice 60 days prior to the effective date of cancellation, if cancellation is for any reason other than non-payment. If the debtor, mortgagor, or owner has failed to pay any premium due under this Policy, the Company may cancel this Policy for such non-payment, but will give the Lender or Mortgagee written notice 10 days prior to the effective date of cancellation. If the Lender or Mortgagee fails to pay the premium due by the specified cancellation date, all coverage under this Policy will cease.

E. The Company has the right to invoke the Policy's SUSPENSION clause. The suspension of insurance will apply to the interest of the Lender or Mortgagee in any machine, vessel, or part of any machine or vessel, subject to the suspension. The Company will provide the Lender or Mortgagee at the last known address a copy of the suspension notice.

F. If the Company pays the Lender or Mortgagee for any loss, and denies payment to the debtor, mortgagor or owner, the Company will, to the extent of the payment made to the Lender or Mortgage be subrogated to the rights of the Lender or Mortgagee under all securities held as collateral to the debt or mortgage. No subrogation will impair the right of the Lender or Mortgagee to sue or recover the full amount of its claim. At its option, the Company may pay to the Lender or Mortgagee the whole principal due on the debt or mortgage plus any accrued interest. In this event, all rights and securities will be assigned and transferred from the Lender or Mortgagee to the Company, and the remaining debt or mortgage will be paid to the Company.

G. If the Insured fails to render proof of loss, the Lender or Mortgagee, upon notice of the Insured's failure to do so, will render proof of loss within 60 days of notice and will be subject to the provisions of this Policy relating to APPRAISAL, SETTLEMENT OF CLAIMS, and SUIT AGAINST THE COMPANY.

H. Other provisions relating to the interests and obligations of the Lender or Mortgagee may be added to this Policy by agreement in writing.

Account No.:          1-53875   Certificate No.:          00001-0001
Policy No.:           XH088

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property                           Location No.:
                                                     0001
70 Turnpike Industrial Road                          **INDEX No.:**
Westfield, Massachusetts 01085-1648, USA
                                                     010341.15

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property                           Location No.:
                                                     0002
1 Wedding Lane                                       **INDEX No.:**
Scottdale, Pennsylvania 15683-1161, USA
                                                     040507.18

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property                           Location No.:
                                                     0003
3800 W Wisconsin Ave                                 **INDEX No.:**
Appleton, Wisconsin 54914-6512, USA
                                                     062729.82

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property                           Location No.:
                                                     0004
705 Baldwin Park Blvd                                **INDEX No.:**
City of Industry, California 91746-1504, USA
                                                     076786.33

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property                           Location No.:
                                                     0005
20013 87th Ave S                                     **INDEX No.:**
Kent, Washington 98031-1279, USA
                                                     078852.25

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property                           Location No.:
                                                     0006
1325 Highlands Ridge Road                            **INDEX No.:**
Smyrna, Georgia 30082-4858, USA
                                                     000856.85

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property                           Location No.:
                                                     0007
252 Pearce Industrial Road                           **INDEX No.:**
Shelbyville, Kentucky 40065-9138, USA
                                                     000704.07

---

| Account No.: | 1753875 | Certificate No.: | 06001-0011 |
| Policy No.: | XH088 | | |

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property

303 Eagleview Boulevard
Exton, Pennsylvania 19341-1156, USA

**Location No.:**
0008
**INDEX No.:**
001149.24

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property

888 Elm Hill Pike
Nashville, Tennessee 37210-2851, USA

**Location No.:**
0009
**INDEX No.:**
084842.02

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property

601 National Drive
Industrial Park West
Ennis, Texas 75119-7823, USA

**Location No.:**
0010
**INDEX No.:**
001259.69

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property

3211 Internet Boulevard
Suite 200
Frisco, Texas 75034-1948, USA

**Location No.:**
0011
**INDEX No.:**
002173.85

---

**DESCRIPTION AND LOCATION OF PROPERTY COVERED:**

Real and Personal Property

100 Industrial Boulevard
Ennis, Texas 75119-6849, USA

**Location No.:**
0013
**INDEX No.:**
002374.79

---


QBE

6/20/13

NEV HOLDINGS LLC
3211 INTERNET BLVD
STE# 200
FRISCO, TX 75034

SERVICING AGENCY

AON RISK SERVICES, INC
707 WILSHIRE BLVD
STE 2600
LOS ANGELES, CA 90017

POLICY NUMBER & POLICY EFFECTIVE DATE

CWC0975240      9/06/12

(213) 630-3200

RESPONSIBLE AGENT OF RECORD

ENDORSEMENT #

003

AON RISK SERVICES, INC
707 WILSHIRE BLVD
STE 2600
LOS ANGELES, CA 90017

ENDORSEMENT EFFECTIVE DATE

6/18/13

(213) 630-3200

Below is a summary of the changes to your policy.  Please review the changes carefully.  If you
should have any questions regarding the changes, please contact your servicing agent listed above.

We appreciate your continued business and hope you are pleased with the services provided.  Thank
you again for selecting PRAETORIAN INSURANCE COMPANY   as your insurance carrier.

The foregoing endorsement results in an overall change in premium of $         .00

Your policy is hereby amended effective  6/18/13 as follows. . .

ADDING NOTICE OF CANCELLATION

Sincerely,

Robert D. Byler
President - Specialty Insurance

qbewcael.prj

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**                    WC 04 00 01 A
(Ed. 7-98)

## INFORMATION PAGE

Company: PRAETORIAN INSURANCE COMPANY
        WALL STREET PLAZA
        88 PINE ST
        NEW YORK        NY 10005

Policy No.: CWC0975240
Endorsement No.:  003
Endorsement Effective Date:
    06/18/13

Insurer ID No(s).  21172

1.  Named Insured:  NEV HOLDINGS LLC
     Mailing Address:  3211 INTERNET BLVD
                STE# 200
                FRISCO, TX 75034

     Insured Entity:  LIMITED LIABILITY CO  LLC
     FEIN:        272959725

Intrastate Risk ID No.:
Interstate Risk ID No.:  919999999

     Other workplaces not shown above:  *See Extension of Information Page → Schedule of Named Insured WC 04 00 02•"•••••'•*
                                     *See Extension of Information Page → Schedule of Locations WC 04 00 03•·"•••••*

2.  The policy period is from  9/06/12  at 12:01 A.M. to  9/06/13  at 12:01 A.M. standard time at the insured's mailing address.

3.  A.  **Workers Compensation Insurance**: Part One of the policy applies to the Workers Compensation Law of
        the states listed here:

        AL AZ CA CO CT DE FL GA IL IN KS KY ME MA MO NJ NY NC PA TN TX

    B.  **Employers Liability Insurance**: Part Two of the policy applies to work in each state listed in Item 3A. The
        limits of our liability under Part Two are:

            Bodily Injury by Accident  $  1,000,000     each accident
            Bodily Injury by Disease  $  1,000,000     policy limit
            Bodily Injury by Disease  $  1,000,000     each employee

    C.  **Other States Insurance** : Part Three of the policy applies to the states, if any, listed here:

        All states and U.S. territories except North Dakota, Ohio, Washington, Wyoming, Puerto Rico,
        the U.S. Virgin Islands, and states designated in item 3.A. of the Information Page.

    D.  This policy includes these endorsements and schedules:
        *See Extension of Information Page – Schedule of Forms WC 04 00 04*

4.  The premium for this policy will be determined by our Manual of Rules, Classifications, Rates and Rating Plans.
    All information required below is subject to verification and change by audit.

| Code No. | Classifications | Premium Basis Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | | | |

        *See Extension of Information Page – Classifications WC 04 00 05*

Experience Modification
Minimum Premium $    1,000.00
Premium Adjustment Period:

Total Estimated Annual Premium: $    385,490.45
Deposit Premium: $    385,490.45

Producer Information: (213) 630-3200
AON37
AON RISK SERVICES, INC
707 WILSHIRE BLVD
STE 2600
LOS ANGELES, CA 90017

Servicing/Issuing Office  (213) 630-3200
AON37
AON RISK SERVICES, INC
707 WILSHIRE BLVD
STE 2600
LOS ANGELES, CA 90017

Countersigned By                      Date  6/20/13

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

wca001aa-
wca001a0.prj-
wca001aa.prj-

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 04 00 02**
**(Ed. 07-98)**

### Extension of Information Page

Schedule of Named Insureds

Item 1

**Insured:**               NEV HOLDINGS LLC

**Policy Effective Date:**     9/06/12

**Policy Number:**         CWC0975240

| Named Insured | FEIN |
|---|---|
| NEV HOLDINGS LLC | 272959725 |
| NE OPCO INC D B A NATIONAL ENVELOPE | 272959830 |

©1998 by the Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.
From the V.CIRB's California Workers' Compensation Insurance Forms Manual ©2001.

wca0020a•

wca001a0.prj•
wca0020a.prj•

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 04 00 03
(Ed. 7-98)

## Extension of Information Page

### Schedule of Locations

### Item 1

**Insured:**         NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**      CWC0975240

| Named Insured | FEIN |
|---|---|

NEV HOLDINGS LLC
3211 INTERNET BLVD
STE# 200
FRISCO, TX 75034

AL   002

      2028 KENTUCKY AVE
      #201
      BIRMINGHAM, AL 35216

AZ   022

      NO SPECIFIC LOCATION
      ANY CITY, AZ 99999

CA   004

      705 BALDWIN PARK BLVD
      CITY OF INDUSTRY, CA 90601

CO   005

      14101 E 33RD PL
      AURORA, CO 80011

CT   006

      NO SPECIFIC LOCATION
      ANY CITY, CT 99999

DE   023

      NO SPECIFIC LOCATION
      ANY CITY, DE 99999

FL   007

      NO SPECIFIC LOCATION
      ANY CITY, FL 99999

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

wca003aa                                                                 wca001a0.prj
                                                                         wca003aa.prj

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 04 00 03
(Ed. 7-98)

## Extension of Information Page

### Schedule of Locations

#### Item 1

**Insured:**     NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**    CWC0975240

| Named Insured | FEIN |
|---|---|

GA   008

    1325 HIGHLANDS RIDGE RD
    SMYRNA, GA 30080

IL   009

    2001 ARTHUR AVE
    ELK GROVE VILLAGE, IL 60007

IN   010

    NO SPECIFIC LOCATION
    ANY CITY, IN 99999

KS   011

    11068 STRANG LINE RD
    LENEXA, KS 66062

KY   012

    252 PEARCE INDUSTRIAL RD
    SHELBYVILLE, KY 40065

ME   013

    NO SPECIFIC LOCATION
    ANY CITY, ME 99999

MA   015

    70 INDUSTRIAL PARK RD
    WESTFIELD, MA 01085

MO   024

    NO SPECIFIC LOCATION
    ANY CITY, MO 99999

NJ   016

    NO SPECIFIC LOCATION
    ANY CITY, NJ 99999

©1998 by the Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

wca003aa

wca001a0.prj·
wca003aa.prj·

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 04 00 03
(Ed. 7-98)

### Extension of Information Page

#### Schedule of Locations

#### Item 1

**Insured:**            NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**      CWC0975240

|  | **Named Insured** | **FEIN** |
|---|---|---|

NY   017
>   1979 MARCUS AVE
>   LAKE SUCCESS, NY 11020

NC   018
>   NO SPECIFIC LOCATION
>   ANY CITY, NC 99999

ND   025
>   NO SPECIFIC LOCATION
>   ANY CITY, ND 99999

OH   026
>   NO SPECIFIC LOCATION
>   ANY CITY, OH 99999

PA   019
>   WEDDING LN
>   SCOTTDALE, PA 15863

PA   020
>   303 EAGLEVIEW BLVD
>   EXTON, PA 19341

TN   021
>   888 ELM HILL PIKE
>   NASHVILLE, TN 37201

TX   001
>   INDUSTRIAL PARK WEST
>   ENNIS, TX 75119

TX   003
>   3211 INTERNET BLVD
>   FRISCO, TX 75034

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

wca003aa

wca001a0.prj·
wca003aa.prj·

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 04 00 03
(Ed. 7-98)

### Extension of Information Page

#### Schedule of Locations

#### Item 1

**Insured:**  NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**  CWC0975240

**Named Insured**                                                                                          **FEIN**

WA  027
         NO SPECIFIC LOCATION
         ANY CITY, WA 99999

WY  028
         NO SPECIFIC LOCATION
         ANY CITY, WY 99999

©1998 by the Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 04 00 04**
(Ed. 7-98)

## Extension of Information Page

### Schedule of Forms

### Item 3D

**Insured:**    NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**    CWC0975240

| Form Numbers | Edition | Form Name | Applicable States |
|---|---|---|---|
| PN049903 | 11 99 | NOTICE REQUIRED BY LAW    CA | CALIFORNIA |
| UN16950112 | 01 12 | NOTICE OF QBE PRIVACY POLICY | ALABAMA |
| | | | ARIZONA |
| | | | CALIFORNIA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | DELAWARE |
| | | | FLORIDA |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | KENTUCKY |
| | | | MAINE |
| | | | MASSACHUSETTS |
| | | | MISSOURI |
| | | | NEW JERSEY |
| | | | NEW YORK |
| | | | NORTH CAROLINA |
| | | | PENNSYLVANIA |
| | | | TENNESSEE |
| | | | TEXAS |
| WC JACKETP | 01 11 | POLICY JACKET | COUNTRY WIDE |
| WC000000B | 07 11 | WC&EL INSURANCE POLICY | COUNTRY WIDE |
| WC000106A | 04 92 | LONGSHORE & HARBOR WC COVERAGE | ALABAMA |
| | | | ARIZONA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | DELAWARE |
| | | | FLORIDA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | KENTUCKY |
| | | | MAINE |
| | | | MASSACHUSETTS |
| | | | MISSOURI |
| | | | NEW JERSEY |
| | | | NEW YORK |
| | | | NORTH CAROLINA |

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

wca0040a·

wca001a0.prj·
wca0040a.prj·

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 04 00 04
(Ed. 7-98)

Extension of Information Page

Schedule of Forms

Item 3D

**Insured:**     NEV HOLDINGS LLC

**Policy Effective Date:** 9/06/12

**Policy Number:**     CWC0975240

| Form Numbers | Edition | Form Name | Applicable States |
|---|---|---|---|
| | | | PENNSYLVANIA |
| | | | TENNESSEE |
| | | | TEXAS |
| WC000301 | 04 84 | ALTERNATE EMPLOYER ENDT | TEXAS |
| WC000301A | 02 89 | ALTERNATE EMPLOYER ENDT | ALABAMA |
| | | | ARIZONA |
| | | | CALIFORNIA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | DELAWARE |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | KENTUCKY |
| | | | MAINE |
| | | | MASSACHUSETTS |
| | | | MISSOURI |
| | | | NEW JERSEY |
| | | | NEW YORK |
| | | | NORTH CAROLINA |
| | | | PENNSYLVANIA |
| | | | TENNESSEE |
| WC000303C | 10 04 | EMPLOYERS LIABILITY COV ENDT | NORTH DAKOTA |
| | | | WASHINGTON |
| | | | WYOMING |
| WC000305 | 04 84 | JOINT VENTURE AS INSURED ENDT | ALABAMA |
| | | | ARIZONA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | DELAWARE |
| | | | FLORIDA |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | KENTUCKY |
| | | | MAINE |
| | | | MASSACHUSETTS |
| | | | MISSOURI |

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

**WC 04 00 04**
(Ed. 7-98)

## Extension of Information Page

### Schedule of Forms

### Item 3D

**Insured:**            NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**       CWC0975240

| Form Numbers | Edition | Form Name | Applicable States |
|---|---|---|---|
| | | | NEW JERSEY |
| | | | NEW YORK |
| | | | NORTH CAROLINA |
| | | | PENNSYLVANIA |
| | | | TENNESSEE |
| | | | TEXAS |
| WC000310 | 04 84 | SOLE PROP PART OFF&OTH COV END | ILLINOIS |
| WC000311 | 04 84 | VOL WC&EL COV ENDT | TEXAS |
| WC000311A | 08 91 | VOL WC&EL COV ENDT | ALABAMA |
| | | | ARIZONA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | DELAWARE |
| | | | FLORIDA |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | KENTUCKY |
| | | | MAINE |
| | | | MASSACHUSETTS |
| | | | MISSOURI |
| | | | NEW YORK |
| | | | NORTH CAROLINA |
| | | | PENNSYLVANIA |
| | | | TENNESSEE |
| WC000313 | 04 84 | WAIVER OF OUR RIGHT TO RECOVER | FLORIDA |
| | | | MASSACHUSETTS |
| | | | MISSOURI |
| | | | NEW YORK |
| | | | NORTH CAROLINA |
| WC000403 | 04 84 | EXPERIENCE RMF ENDT | ALABAMA |
| | | | ARIZONA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | DELAWARE |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

wca2040a•

wca001a0.prj•
wca0040a.prj•

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**

WC 04 00 04
(Ed. 7-98)

Extension of Information Page

Schedule of Forms

Item 3D

**Insured:**   NEV HOLDINGS LLC

**Policy Effective Date:** 9/06/12

**Policy Number:** CWC0975240

| Form Numbers | Edition | Form Name | Applicable States |
|---|---|---|---|
| | | | KENTUCKY |
| | | | MAINE |
| | | | MASSACHUSETTS |
| | | | MISSOURI |
| | | | NEW JERSEY |
| | | | NEW YORK |
| | | | NORTH CAROLINA |
| | | | PENNSYLVANIA |
| | | | TENNESSEE |
| WC000406A | 07 95 | PREM DISCOUNT ENDT | ARIZONA |
| WC000414 | 07 90 | NOTICE OF CHG IN OWNERSHIP | ALABAMA |
| | | | ARIZONA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | FLORIDA |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | KENTUCKY |
| | | | MAINE |
| | | | MASSACHUSETTS |
| | | | MISSOURI |
| | | | NEW YORK |
| | | | NORTH CAROLINA |
| | | | TENNESSEE |
| WC000419 | 01 01 | PREM DUE DATE ENDT | ALABAMA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | DELAWARE |
| | | | FLORIDA |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | KENTUCKY |
| | | | MAINE |
| | | | MISSOURI |
| | | | NEW JERSEY |
| | | | NEW YORK |

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**   WC 04 00 04
(Ed. 7-98)

### Extension of Information Page

### Schedule of Forms

### Item 3D

**Insured:**   NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**   CWC0975240

| Form Numbers | Edition | Form Name | Applicable States |
|---|---|---|---|
|  |  |  | NORTH CAROLINA |
|  |  |  | PENNSYLVANIA |
|  |  |  | TENNESSEE |
| WC000421C | 09 08 | CATASTROPHE OTHER THAN TERROR | ALABAMA |
|  |  |  | ARIZONA |
|  |  |  | CALIFORNIA |
|  |  |  | COLORADO |
|  |  |  | CONNECTICUT |
|  |  |  | DELAWARE |
|  |  |  | GEORGIA |
|  |  |  | ILLINOIS |
|  |  |  | INDIANA |
|  |  |  | KANSAS |
|  |  |  | KENTUCKY |
|  |  |  | MAINE |
|  |  |  | NEW JERSEY |
|  |  |  | NEW YORK |
|  |  |  | NORTH CAROLINA |
|  |  |  | PENNSYLVANIA |
|  |  |  | TENNESSEE |
| WC000422A | 09 08 | TERRORISM RIPR ACT DISCLOSURE | ALABAMA |
|  |  |  | ARIZONA |
|  |  |  | CALIFORNIA |
|  |  |  | COLORADO |
|  |  |  | CONNECTICUT |
|  |  |  | DELAWARE |
|  |  |  | GEORGIA |
|  |  |  | ILLINOIS |
|  |  |  | INDIANA |
|  |  |  | KANSAS |
|  |  |  | KENTUCKY |
|  |  |  | MAINE |
|  |  |  | MISSOURI |
|  |  |  | NEW JERSEY |
|  |  |  | NEW YORK |
|  |  |  | NORTH CAROLINA |
|  |  |  | PENNSYLVANIA |
|  |  |  | TENNESSEE |
| WC020601 | 05 86 | AZ CANCELATION ENDT | ARIZONA |
| WC040001A | 07 98 | CA INFORMATION PAGE | CALIFORNIA |

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

wca0040a-

wca001a0.prj-
wca0040a.prj-

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**    WC 04 00 04
(Ed. 7-98)

## Extension of Information Page

### Schedule of Forms

### Item 3D

**Insured:**    NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**    CWC0975240

| Form Numbers | Edition | Form Name | Applicable States |
|---|---|---|---|
| WC040002 | 07 98 | CA SCHEDULE OF NAMED INSUREDS | CALIFORNIA |
| WC040003 | 07 98 | CA SCHEDULE OF LOCATIONS | CALIFORNIA |
| WC040004 | 07 98 | CA SCHEDULE OF FORMS | CALIFORNIA |
| WC040005 | 07 98 | CA CLASS AND PREMIUM BREAKDOWN | CALIFORNIA |
| WC040101A | 04 92 | LONGSHORE & HARBOR WC COVERAGE | CALIFORNIA |
| WC040301B | 01 12 | CA AMEND INCL STAT MAND LANG | CALIFORNIA |
| WC040303 | 01 85 | OFFICER DIRECTOR COV EXCL ENDT | CALIFORNIA |
| WC040305 | 01 85 | VOL WC&EL COV ENDT CALIFORNIA | CALIFORNIA |
| WC040310 | 01 95 | CA DUTY TO DEFEND ENDT | CALIFORNIA |
| WC040421 | 01 08 | CA OPTIONAL PREM INCREASE ENDT | CALIFORNIA |
| WC040601A | 12 93 | CA CANCELLATION ENDT | CALIFORNIA |
| WC060301 | 04 84 | CT APP OF WC INSURANCE ENDT | CONNECTICUT |
| WC060303C | 07 11 | CT WC FUNDS ENDT | CONNECTICUT |
| WC060601 | 01 03 | CT NONRENEWAL ENDT | CONNECTICUT |
| WC070601 | 07 88 | DE NONRENEWAL ENDT | DELAWARE |
| WC090303 | 08 05 | EMPLOYERS LIABILITY COV ENDT | FLORIDA |
| WC090402 | 10 88 | FL EXPERIENCE RMF ENDT | FLORIDA |
| WC090403A | 01 08 | TERRORISM RISK INS EXT ACT END | FLORIDA |
| WC090406 | 07 10 | FL FOREIGN VOL WC&EL COV ENDT | FLORIDA |
| WC100601A | 04 93 | CANCELATION NONRENEWAL CHANGE | GEORGIA |
| WC120601D | 07 11 | IL AMENDATORY ENDT | ILLINOIS |
| WC150401 | 04 84 | KS FINAL PREM ENDT | KANSAS |
| WC150601A | 01 87 | KS CANCEL & NONRENEW ENDT | KANSAS |
| WC160305 | 06 07 | KY PART ONE WC INS ENDT | KENTUCKY |
| WC160601 | 12 97 | KY CANCEL & NONRENEW ENDT | KENTUCKY |
| WC160602 | 10 99 | NOTICE OF APPEAL RIGHTS ENDT | KENTUCKY |
| WC180601 | 04 84 | ME INSPECTION IMMUNITY ENDT | MAINE |
| WC180603A | 06 95 | ME CANCELATION ENDT | MAINE |
| WC180604 | 05 88 | ME FINAL PREM AUDIT ENDT | MAINE |
| WC180606 | 08 99 | NOTICE FILING INJURY IN 7 DAYS | MAINE |
| WC180607A | 07 11 | ME SUPPL BENEFITS FUND ENDT | MAINE |
| WC200101 | 01 08 | MA TERRORISM RIPR ACT ENDT | MASSACHUSETTS |
| WC200301 | 04 84 | MA LIMITS OF LIABILITY ENDT | MASSACHUSETTS |
| WC200302A | 09 08 | MA ASSESSMENT CHARGE | MASSACHUSETTS |
| WC200303C | 07 08 | MA NOTICE TO POLICYHOLDER ENDT | MASSACHUSETTS |
| WC200601 | 06 01 | MA PREM DUE DATE ENDT | MASSACHUSETTS |
| WC200601A | 07 08 | MA CANCELATION ENDT | MASSACHUSETTS |
| WC240406C | 08 05 | MO EMPLOYER PAID MEDICAL ENDT | MISSOURI |
| WC240601B | 01 96 | MO CANCEL & NONRENEW ENDT | MISSOURI |
| WC240604 | 07 99 | MO AMENDATORY ENDT | MISSOURI |

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**　　　　**WC 04 00 04**
**(Ed. 07-98)**

### Extension of Information Page

### Schedule of Forms

### Item 3D

**Insured:**　　　　NEV HOLDINGS LLC

**Policy Effective Date:**　　　9/06/12

**Policy Number:**　　　CWC0975240

| Form Numbers | Edition | Form Name | Applicable States |
|---|---|---|---|
| WC290306B | 07 07 | NJ PART TWO EMPLOYERS LIAB | NEW JERSEY |
| WC290307 | 04 00 | NJ SOLE PROPRIETOR PARTNER COV | NEW JERSEY |
| WC290601A | 01 11 | NJ LGE RISK LGE DEDUCTIBLE | NEW JERSEY |
| WC310306A | 01 87 | INCLUSION OF EXECUTIVE OFFICER | NEW YORK |
| WC310308 | 01 00 | NY LIMIT OF LIABILITY ENDT | NEW YORK |
| WC310313B | 02 11 | NY SOLE PROP & PARTNER | NEW YORK |
| WC310319F | 02 11 | NY CONSTRUCT CLS PREM PRGM | NEW YORK |
| WC310617A | 10 08 | FOREIGN VOL COMPENSATION & EL | NEW YORK |
| WC320301B | 10 01 | AMENDED COVERAGE ENDT | NORTH CAROLINA |
| WC340301C | 03 10 | OH EMPLOYERS LIABILITY COV END | OHIO |
| WC370405 | 08 96 | PA MERIT RATING PLAN ENDT | PENNSYLVANIA |
| WC370602 | 04 84 | PA NOTICE | PENNSYLVANIA |
| WC370603A | 08 95 | PA ACT 86 ENDT | PENNSYLVANIA |
| WC370604 | 10 99 | PA EMPLOYERS ASSESSMENT ENDT | PENNSYLVANIA |
| WC420301F | 01 00 | TX AMENDATORY ENDT | TEXAS |
| WC420304A | 01 00 | WAIVER OF OUR RIGHT TO RECOVER | TEXAS |
| WC420310 | 01 97 | SOLE PROP PARTNER OFF OTH COV | TEXAS |
| WC420403A | 03 97 | TX EXPERIENCE RATIGN MOD ENDT | TEXAS |
| WC420407 | 03 02 | TX AUDIT PREM & RETRO PREM END | TEXAS |
| WC890600B | 07 01 | CA POLICY INFORMATION PG ENDRS | CALIFORNIA |
| WC990306 | 06 12 | NOTICE OF CANCELLATION ENDT | DELAWARE |
| WC990401 | 03 11 | FOREIGN VOL WC&EL COV ENDT | ALABAMA |
| | | | ARIZONA |
| | | | COLORADO |
| | | | DELAWARE |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | KENTUCKY |
| | | | MAINE |
| | | | TEXAS |
| WC990402 | 04 11 | CA FOREIGN VOL WC&EL COV ENDT | CALIFORNIA |
| WC990403 | 05 11 | CT FOREIGN VOL WC&EL COV ENDT | CONNECTICUT |
| WC990404A | 07 11 | MA FOREIGN VOL WC&EL COV ENDT | MASSACHUSETTS |
| WC990406 | 01 12 | CA SHORT RATE CANCEL ENDS | CALIFORNIA |
| WC990650 | 01 11 | LARGE DEDUCTIBLE | ALABAMA |
| | | | COLORADO |
| | | | DELAWARE |
| | | | GEORGIA |
| | | | ILLINOIS |

©1998 by the Workers' Compensation Insurance Rating Bureau of California.  All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Forms Manual ©2001.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**     WC 04 00 04
(Ed. 7-98)

## Extension of Information Page

### Schedule of Forms

### Item 3D

**Insured:**     NEV HOLDINGS LLC

**Policy Effective Date:**  9/06/12

**Policy Number:**   CWC0975240

| Form Numbers | Edition | Form Name | Applicable States |
|---|---|---|---|
| | | | INDIANA |
| | | | KANSAS |
| | | | MAINE |
| | | | MISSOURI |
| | | | NORTH CAROLINA |
| | | | PENNSYLVANIA |
| | | | TENNESSEE |
| | | | TEXAS |
| WC990651 | 05 11 | ARIZONA LARGE DEDUCTIBLE | ARIZONA |
| WC990652 | 02 11 | CONNECTICUT LARGE DEDUCTIBLE | CONNECTICUT |
| WC990653 | 02 11 | KENTUCKY LARGE DEDUCTIBLE | KENTUCKY |
| WC990654 | 05 11 | FLORIDA LARGE DEDUCTIBLE | FLORIDA |
| WC990658 | 05 11 | NEW YORK LARGE DEDUCTIBLE | NEW YORK |
| WC990662 | 07 11 | LARGE DEDUCTIBLE | MASSACHUSETTS |
| WC990663 | 11 11 | LARGE DEDUCTIBLE | CALIFORNIA |
| WC991213A | 08 07 | CA WAIVER RIGHT RECOV BLANKET | CALIFORNIA |
| WC991215 | 01 08 | WAIVER RIGHT TO RECOVER BLANKT | ALABAMA |
| | | | ARIZONA |
| | | | COLORADO |
| | | | CONNECTICUT |
| | | | DELAWARE |
| | | | GEORGIA |
| | | | ILLINOIS |
| | | | INDIANA |
| | | | KANSAS |
| | | | MAINE |
| | | | PENNSYLVANIA |
| WC991301 | 01 08 | TERRORISM REPR ACT DISCLOSURE | TEXAS |
| WC991302 | 01 08 | TERRORISM PREMIUM ENDORSEMENT | TEXAS |

©1998 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.
From the WCIRB's California Workers' Compensation Insurance Manual ©2001.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**  WC 89 06 00 B

(Ed.7-01)

## POLICY INFORMATION PAGE ENDORSEMENT

The following item(s)

☐  Insured's Name (WC 89 06 01)

☐  Policy Number (WC 89 06 02)

☐  Effective Date (WC 89 06 03)

☐  Expiration Date (WC 89 06 04)

☐  Insured's Mailing Address (WC 89 06 05)

☐  Experience Modification (WC 89 04 06)

☐  Producer's Name (WC 89 06 07)

☐  Change in Workplace of Insured (WC 89 06 08)

☐  Insured's Legal Status (WC 89 06 10)

☐  Item 3.A. States (WC 89 06 11)

☐  Item 3.B. Limits (WC 89 06 12)

☐  Item 3.C. States (WC 89 06 13)

☐  Item 3.D. Endorsement Numbers (WC 89 06 14)

☐  Item 4.* Class, Rate, Other (WC 89 04 15)

☐  Interim Adjustment of Premium (WC 89 04 16)

☐  Carrier Servicing Office (WC 89 06 17)

☐  Interstate/Intrastate Risk ID Number (WC 89 06 18)

☐  Carrier Number (WC 89 06 19)

☐  Issuing Agency/Producer Office Address (WC 89 06 25)

is changed to read:

Adding Notice of Cancellation

\*Item 4. Change To:

| Classifications | Code No. | Premium Basis Total Estimated Annual Remuneration | Rate Per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| See Attached | | | | |

Total Estimated Annual Premium $

Minimum Premium $                                      Deposit Premium $

All other terms and conditions of this policy remain unchanged.

**This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.**

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective  06/18/2013          Policy No. CWC0975240          Endorsement No.  003
                                                                                              Premium         $.00

Insured NEV HOLDINGS LLC

Insurance Company  PRAETORIAN INSURANCE COMPANY                    Countersigned by

WC 89 06 00 B

(Ed.7-01)

© 2001 National Council on Compensation Insurance, Inc.                    CWC0975240  20120906  003

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY**      **WC 99 03 06**
(Ed. 6-12)

## NOTICE OF CANCELLATION TO OTHERS ENDORSEMENT

The following is added to Part Six (Conditions):

A.    If we cancel this policy for any reason other than nonpayment of premium, by delivering written notice of cancellation to you, we will mail or deliver a copy of such notice to the person(s) or organization(s) shown in the Schedule.

B.    The notice of cancellation will be mailed or delivered:
1.    To the address corresponding to each person or organization shown in the Schedule.
2.    At least the number of days set forth in the Schedule prior to the cancellation date.

C.    Proof of mailing will be sufficient proof of notice.

D.    This is intended only to be advance notification to the person(s) or organization(s) shown in the Schedule in the event of a pending cancellation and will not operate or be deemed to benefit, directly or indirectly, any person or organization not shown in the Schedule.

Schedule

**Name and Address of Person or Organization**                                      **Number of
Days Notice**

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE
844 KING ST, SUITE 2207
WILMINGTON, DE 19801

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured
Insurance Company

Countersigned By _____

WC 99 03 06
(Ed. 6-12)

In re: <u>NE Opco, Inc., *et al.*</u>                                         Case No. <u>13-11483 (CSS)</u>

Reporting Period: <u>Initial Monthly Operating Report</u>

## **Evidence of Debtor in Possession Bank Accounts**

The Debtors have attached the interim order, entered on June 11, 2013, granting the relief requested in the *Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (II) Waiving Certain Requirements of the United States Trustee, and (III) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code* [Docket No. 4], as filed with the Court on June 10, 2013.

The order includes descriptions of the Debtors' current bank accounts.

# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
In re:                                                 :   Chapter 11
                                                       :
NE OPCO, INC., et al.,                                 :   Case No. 13-11483 (CSS)
                                                       :
                    Debtors.[1]                        :   Joint Administration Pending
                                                       :
------------------------------------------------------ X   Re: Docket No. 4
```

**INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 345, AND 363, FED. R. BANKR. P. 6003 AND DEL. BANKR. L.R. 2015-2 (I) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, INCLUDING MAINTENANCE OF EXISTING BANK ACCOUNTS, CHECKS AND BUSINESS FORMS, (II) WAIVING CERTAIN REQUIREMENTS OF THE UNITED STATES TRUSTEE, AND (III) EXTENDING THE DEBTORS' TIME TO COMPLY WITH SECTION 345 OF THE BANKRUPTCY CODE**

Upon the motion (the "**Motion**")[2] of the Debtors for an order, pursuant to Sections 105(a), 345, and 363 of the Bankruptcy Code, Bankruptcy Rule 6003 and Local Rule 2015-2, (i) authorizing, but not directing, the Debtors to continue to maintain and use their existing cash management system, including maintenance of the Debtors' existing bank accounts, checks and business forms; (ii) granting the Debtors a waiver of certain bank account and related requirements of the United States Trustee to the extent that such requirements are inconsistent with (a) the Debtors' existing practices under the cash management system or (b) any action taken by the Debtors in accordance with any order granting this Motion or any other order entered in the Debtors' Chapter 11 cases; and (iii) granting the Debtors additional time to comply with Section 345 of the Bankruptcy Code including the related requirements of the United States

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596). The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Trustee; and the Court having reviewed the Motion and the Pinto Declaration; and the Court

having determined that the relief requested in the Motion is in the best interests of the Debtors,

their estates, their creditors, and other parties in interest; and it appearing that proper and

adequate notice of the Motion has been given and that no other or further notice is necessary; and

upon the record herein; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is GRANTED on an interim basis, as set forth herein.

2.      The Debtors are authorized to continue to use their existing Cash Management

System and shall maintain through the use thereof detailed records reflecting all transfers of

funds under the terms and conditions provided for by the existing agreements with the

institutions participating in the Cash Management System, except as modified by this Order.  In

connection with the ongoing utilization of the Cash Management System, the Debtors shall

continue to maintain records with respect to all transfers of cash, including all intercompany

transactions, so that all transactions may be readily ascertained, traced, recorded properly and

distinguished between pre-petition and post-petition transactions.

3.      Subject to the requirements of Paragraph 10 below, the Debtors are authorized to

(a) designate, maintain and continue to use any and all of their respective operating,

disbursement, collection and other accounts (collectively, the "**Bank Accounts**") in existence as

of the Petition Date, with the same account numbers, styles, and document forms as are currently

employed, including but not limited to the accounts identified in the attachments to the Motion,

(b) if necessary, open new accounts wherever they are needed, whether or not such banks are

designated depositories in the District of Delaware, (c) subject to the terms of this Order, deposit

2

funds in, and withdraw funds from, the Bank Accounts in the usual and ordinary course, including checks, wire transfers, ACH transfers, drafts or other items presented, issued, or drawn on the Bank Accounts, (d) pay ordinary course bank fees in connection with the Bank Accounts, including any fees arising prior to the Petition Date, (e) perform their obligations under the documents and agreements governing the Bank Accounts, and (f) treat the Bank Accounts for all purposes as accounts of the Debtors in their capacities as debtors-in-possession; provided, however, that the Debtors may only open new Bank Accounts with banks that agree to be bound by the terms of this Order and, in particular, the Cash Management System. The Debtors are further authorized to close Bank Accounts in the ordinary course of business. To the extent the Debtors open or close Bank Accounts, they shall provide prompt notice to the United States Trustee, any agent under any postpetition financing agreement with the Debtors (and their counsel) and counsel to any official committee appointed in these cases. Any self-printed checks and any new check stock used by the Debtors shall contain the designation "Debtor in Possession."

4.      Pursuant to Local Rule 2015-2(a), the Debtors are authorized to continue to use their existing checks and business forms without alteration or change and without the designation "Debtor in Possession" or a "debtor in possession case number" imprinted upon them.

5.      The Debtors are authorized to continue to utilize all third-party providers necessary for the administration of their Cash Management System.

6.      Nunc pro tunc to the Petition Date, and subject to the terms of this Order, Wells Fargo is authorized, to the extent of available funds, to continue to administer, service and maintain the Bank Accounts as such accounts were administered, serviced and maintained prepetition, without interruption and in the ordinary course (including making deductions for

3

bank fees), and to honor, and debit from Debtors' accounts in the ordinary course of business and without further Order of this Court, any and all checks, wire transfers, ACH transfers, electronic funds transfers or other items presented, issued or drawn on the Bank Accounts, in respect of any amounts owing other than with respect to chargebacks on account of Returned Items (defined below) related to such Bank Accounts; provided, however, that unless otherwise ordered by the Court, no checks, drafts, electronic funds transfers (excluding any electronic funds transfer that Wells Fargo is obligated to settle) or other items presented, issued or drawn on the Bank Accounts prior to the Petition Date shall be honored.

7.      Each Bank that maintains a disbursement account shall implement reasonable handling procedures designed to effectuate the terms of this Order. No Bank that implements such handling procedures and then honors a prepetition check, wire transfer, ACH transfer or other item drawn on any account that is the subject of this Order (a) at the direction of the Debtors, (b) in the good-faith belief that the Court has authorized such prepetition check, wire transfer, ACH transfer, electronic funds transfer, or other item to be honored, or (c) as a result of a good faith error made despite implementation of such handling procedures, shall be deemed to be liable to the Debtors or their estates or otherwise in violation of this Order.

8.      Subject to the provisions of this Order, Wells Fargo is authorized to honor all representations from the Debtors as to which checks, wire transfers, ACH transfers or other items should be honored or dishonored; provided, however, in the course of providing cash management services to the Debtors, Wells Fargo is authorized, without further Order of this Court, to deduct from the appropriate Bank Accounts of the Debtors its bank fees, and further, to charge back to the appropriate accounts of the Debtors any amounts resulting from returned checks or other returned items, including without limitation, returned items that result from ACH

4

transactions, wire transfers, or other electronic transfers of any kind (collectively, "**Returned Items**"), regardless of whether such items were deposited or transferred pre-prepetition or post-petition and regardless of whether the returned items relate to prepetition or postpetition items or transfers.

9.      For banks at which the Debtors hold accounts that are party to a Uniform Depository agreement with the United States Trustee, within five (5) business days of the date of entry of this Order, the Debtors shall (a) contact each bank, (b) provide each of the Debtors' employer identification numbers and (c) identify each of their accounts held at such banks as being held by a debtor in possession in a bankruptcy case.

10.      The Debtors are authorized to implement such reasonable changes to the Cash Management System as the Debtors may deem necessary or appropriate, including, without limitation, closing any of the Bank Accounts or opening any additional Bank Accounts following the Petition Date (the "**New Accounts**"), wherever the Debtors deem that such accounts are needed or appropriate, and whether or not the banks in which the accounts are opened are designated depositories in the District of Delaware.  Notwithstanding the foregoing, any New Account that the Debtors open will be (a) with a bank that is organized under the laws of the United States of America or any state therein, and that is insured by the FDIC or the Federal Savings and Loan Insurance Corporation (b) designated a "Debtor in Possession" account by the relevant bank (c) at a bank that has executed a Uniform Depository Agreement with the United States Trustee, or at a bank that is willing immediately to execute such an agreement and (d) in accordance with the terms and provisions of any covenants relating thereto set forth in any postpetition financing agreement with the Debtors.  The New Accounts are deemed to be Bank Accounts and are similarly subject to the rights, obligations, and relief granted in this Order.  The

RLF1 8734364v.1

Debtors shall provide the United States Trustee and counsel to any official committee appointed in these cases with prompt ₐadvance notice of any New Accounts that are opened. Wells Fargo is authorized to honor the Debtors' requests to open or close (as the case may be) any Bank Account(s).

11.     The bank account requirements of the United States Trustee, and such other requirements that are inconsistent with the terms of this Order, if any, are hereby waived to the extent that such requirements are inconsistent with (a) the Debtors' existing practices under the Cash Management System or (b) any action taken by the Debtors in accordance with this Order or any other order entered in these Chapter 11 cases.

12.     The Debtors are authorized to deposit and invest funds in accordance with their established deposit and investment practices in effect as of the commencement of these Chapter 11 cases and, to the extent such deposit practices are not consistent with the requirements of Section 345(b) of the Bankruptcy Code or the United States Trustee Operating Guidelines for Chapter 11 Cases, such requirements are waived, on an interim basis. The Debtors shall have 60 days (or such additional time as the United States Trustee may agree to) from the Petition Date (the "**Extension Period**") within which to either come into compliance with Section 345(b) of the Bankruptcy Code or to make such other arrangements as agreed with the United States Trustee. Such extension is without prejudice to the Debtors' right to request a further extension of the Extension Period or a final waiver of the requirements of Section 345(b) of the Bankruptcy Code.

13.     ~~Notwithstanding anything herein to the contrary~~ Unless otherwise provided herein, those certain existing deposit agreements between Debtors and Wells Fargo shall continue to govern the postpetition Cash Management System between the Debtors and Wells Fargo, and that all of the provisions of such

6

agreements, including without limitation, the termination and fee provisions, shall remain in full force and effect.

14.     The Debtors shall at all times maintain sufficient balances in the Bank Accounts so as to secure their obligations to Wells Fargo.

15.     The Debtors shall calculate quarterly fees under 28 U.S.C. § 1930(a)(6) based upon the disbursements of each Debtor, regardless of which Debtor pays such disbursements.

16.     ~~Notwithstanding the relief granted herein, no action by any Debtor is permitted to~~ the extent that it ~~would be~~ inconsistent with any financing or cash collateral order entered by this Court and no payment shall be made by ~~the Debtors~~ unless (a) such payment is permitted by the budget then in effect ~~under the financing or cash collateral order entered by~~ this Court and (b) the ~~financing or cash collateral order is~~ in effect and has not been terminated in accordance with its terms.

17.     Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

18.     The Debtors shall serve notice of the Motion (to the extent not already provided) and entry of this Order on (a) the Office of the United States Trustee for the District of Delaware, (b) counsel to the agent for the Debtors' postpetition DIP lenders, (c) counsel to Wells Fargo Capital Finance, LLC, as agent under the First Lien Credit Agreement, (d) counsel to Galactic Holdings, LLC, as agent under the Second Lien Credit Agreement, (e) counsel to International Paper Company, (f) the parties included on the Debtors' consolidated list of thirty (30) largest unsecured creditors and (g) all parties that have requested or that are required to receive notice pursuant to Bankruptcy Rule 2002 in accordance with Local Rule 9013-1(m). The notice shall provide that any objections to the relief granted in this Order must be filed with the Court and

7

served on counsel for the Debtors no later than ~~4:00 p.m. seven days prior to the final hearing~~ 12:00 p.m. (Eastern Time) on June 26, 2013 ~~with respect to the Motion~~ (the "**Objection Deadline**"). In the event that no objections to this Order are received by the Objection Deadline, the Debtors' counsel shall file a certification of counsel to that effect attaching a final form of order. The final hearing with respect to the Motion shall be held on July 1, 2013 at 10:00 a.m.

19. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

20. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: June 11, 2013
      Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

8

## ATTACHMENT 1

Summary of Cash Management System



**NE Opco, Inc.**
**Account Structure**
**June 2013**

**ATTACHMENT 2**

Schedule of Bank Accounts

| Financial Institution | Address | Account Number(s) | Account Holder | Account Type |
|---|---|---|---|---|
| Well Fargo Bank | Wells Fargo 420 Montgomery Street San Francisco, CA 94104 | 5132 | NE Opco, Inc. | Collection |
| Well Fargo Bank | Wells Fargo 420 Montgomery Street San Francisco, CA 94104 | 0526 | NE Opco, Inc. | Controlled Disbursement |
| Well Fargo Bank | Wells Fargo 420 Montgomery Street San Francisco, CA 94104 | 5140 | NE Opco, Inc. | Master Account |
| Well Fargo Bank | Wells Fargo 420 Montgomery Street San Francisco, CA 94104 | 5157 | NE Opco, Inc. | Payroll |

In re: NE Opco, Inc., et al.

Case No. 13-11483 (CSS)

Reporting Period: Initial Monthly Operating Report

## SCHEDULE OF RETAINER PAID TO PROFESSIONALS
(This schedule is to include each Professional paid a retainer[1])

| Payee | Check Date | Check Number | Name of Payor | Amount | Amount Applied To Date | Balance |
|---|---|---|---|---|---|---|
| Richards, Layton & Finger | 5/13/13 | Wire Transfer | NE Opco, Inc. | 150,000.00 | 150,000.00 | 0.00 |
| Richards, Layton & Finger | 5/21/13 | Wire Transfer | NE Opco, Inc. | 150,000.00 | 150,000.00 | 0.00 |
| Richards, Layton & Finger | 6/5/13 | Wire Transfer | NE Opco, Inc. | 150,000.00 | 150,000.00 | 0.00 |
| PricewaterhouseCoopers LLP | 5/16/13 | Wire Transfer | NE Opco, Inc. | 100,000.00 | 200,000.00 | 0.00 |
| PricewaterhouseCoopers LLP | 5/24/13 | Wire Transfer | NE Opco, Inc. | 100,000.00 | 100,000.00 | 0.00 |
| PricewaterhouseCoopers LLP | 5/31/13 | Wire Transfer | NE Opco, Inc. | 100,000.00 | 100,000.00 | 0.00 |
| PricewaterhouseCoopers LLP | 6/7/13 | Wire Transfer | NE Opco, Inc. | 100,000.00 | 100,000.00 | 0.00 |
| Epiq Bankruptcy Systems | 5/24/13 | | NE Opco, Inc. | 15,000.00 | | |
| | | | | | | |
| | | | | | | |

[1] Identify all Evergreen Retainers

RLF1 8878974v.1

Form IR-2 (4/07)