UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NE OPCO, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-11483 (CSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Del. Bankr. L.R. 9010-1, Del. Dist. L.R. 83.5 and the attached certification, the undersigned counsel, a member of the bar of this Court, moves for the admission *pro hac vice* of Denise R. Polivy, Esquire, of Baker O'Sullivan & Bliss PC, to represent bielomatik jagenberg, Inc. in the above-referenced bankruptcy case.

Date:  July 3, 2013
       Wilmington, Delaware

Respectfully submitted,

**DARBY | BROWN EDWARDS LLC**

*/s/ Theresa V. Brown-Edwards*
Theresa V. Brown-Edwards (DE Bar No. 4225)
I. M. Pei Building
1105 N. Market Street, Suite 1600
Wilmington, Delaware 19801
Main:       302-442-7820
Facsimile:  302-442-7821
Direct:     302-442-7823
Email:      tbe@darbybrownedwards.com

*Counsel to bielomatik jagenberg, Inc.*

Docket No. 114
Date 7/3/13

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Del. Bankr. L.R. 9010-1 and Del. Dist. L.R. 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the United States Supreme Court, the U.S. District Court for the District of Connecticut and the State of Connecticut, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this Motion.

Dated: July 2, 2013    Signed: _____
Denise R. Polivy
Baker O'Sullivan & Bliss PC
100 Great Meadow Road, Suite 100
Wethersfield, Connecticut 06109
Main:    (860) 258-1993
Email:    polivy@boblawyers.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: 7-8-13    _____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE