## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NE OPCO, INC., et al., | : Case No. 13-11483 (CSS) |
| | : |
| Debtors.[1] | : Jointly Administered |

-------------------------------------------------------- x

### NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON *JULY 12, 2013* AT 10:00 AM. (EDT)[3]

> *PLEASE NOTE THAT THE HEARING HAS BEEN RESCHEDULED WITH*
> *PERMISSION FROM THE COURT TO FRIDAY, JULY 12, 2013 AT 10:00 A.M.*

I.  **UNCONTESTED MATTERS GOING FORWARD:**

1.  Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 345 and 363, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (II) Waiving Certain Requirements of the United States Trustee, and (III) Extending the Debtors' Time to Comply with Section 345 of the Bankruptcy Code [Docket No. 4 - filed June 10, 2013]

    Objection / Response Deadline:   June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

    Related Documents:

    A.  Interim Order Pursuant to 11 U.S.C. §§ 105(a), 345, and 363, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (II) Waiving Certain Requirements of the United States Trustee, and (III) Extending the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596). The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

[2]    **Amended items appear in bold.**

[3]    The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the **July 12, 2013** hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on **Thursday, July 11, 2013** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Debtors' Time to Comply With Section 345 of the Bankruptcy Code [Docket No. 31 - filed June 11, 2013]

B. Notice of (I) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105(a), 345, and 363, Fed. R. Bankr. P. 6003 and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks and Business Forms, (II) Waiving Certain Requirements of the United States Trustee, and (III) Extending the Debtors' Time to Comply With Section 345 of the Bankruptcy Code" and (II) Scheduling of a Final Hearing Thereon [Docket No. 40 - filed June 11, 2013]

Objections / Responses Received: None.

Status: The hearing on this matter will go forward.

2. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 506(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Taxes and Fees [Docket No. 5 - filed June 10, 2013]

Objection / Response Deadline: June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:

A. Interim Order Under 11 U.S.C. §§ 105(a), 506(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Taxes [Docket No. 32 - filed June 11, 2013]

B. Notice of (I) Entry of "Interim Order Under 11 U.S.C. §§ 105(a), 506(a), 507(a)(8) and 541 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Taxes" and (II) Scheduling of a Final Hearing Thereon [Docket No. 41 - filed June 11, 2013]

Objections / Responses Received: None.

Status: The hearing on this matter will go forward.

3. Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 and Fed R. Bankr. P. 6003 Authorizing Honoring of Prepetition Obligations Under, and Continuation of, Certain Customer Programs [Docket No. 8 - filed June 10, 2013]

Objection / Response Deadline: June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

RLF1 8880682v.1

Related Documents:

A.    Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 Authorizing Honoring of Prepetition Obligations Under, and Continuation of, Customer Programs [Docket No. 35 - filed June 11, 2013]

B.    Notice of (I) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105(a), 363, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 Authorizing Honoring of Prepetition Obligations Under, and Continuation of, Customer Programs" and (II) Scheduling of a Final Hearing Thereon [Docket No. 42 - filed June 11, 2013]

Objections / Responses Received: None.

Status:   The hearing on this matter will go forward.

4.    Motion of Debtors for an Order Authorizing, But Not Directing, the Debtors (A) to Continue Prepetition Insurance Coverage and (B) to Maintain the Prepetition Financing Agreement [Docket No. 10 - filed June 10, 2013]

Objection / Response Deadline:   June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:

A.    Interim Order Authorizing, But Not Directing, the Debtors (A) to Continue Prepetition Insurance Coverage and (B) to Maintain the Prepetition Financing Agreement [Docket No. 37 - filed June 11, 2013]

B.    Notice of (I) Entry of "Interim Order Authorizing, But Not Directing, the Debtors (A) to Continue Prepetition Insurance Coverage and (B) to Maintain the Prepetition Financing Agreement" and (II) Scheduling of a Final Hearing Thereon [Docket No. 46 - filed June 11, 2013]

Objections / Responses Received: None.

Status:   The hearing on this matter will go forward.

5.    Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 363(b), 364(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 Authorizing Payment of (I) Certain Prepetition Shipping, Warehousing and Related Claims and (II) Certain Prepetition Import and Export Claims [Docket No. 11 - filed June 10, 2013]

Objection / Response Deadline:   June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:

A.   Interim Order Under 11 U.S.C. §§ 105(a), 363(b), 364(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 Authorizing Payment of (I) Certain Prepetition Shipping, Warehousing and Related Claims, and (II) Certain Prepetition Import and Export Claims [Docket No. 38 - filed June 11, 2013]

B.   Notice of (I) Entry of "Interim Order Under 11 U.S.C. §§ 105(a), 363(b), 364(b), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 Authorizing Payment of (I) Certain Prepetition Shipping, Warehousing and Related Claims, and (II) Certain Prepetition Import and Export Claims" and (II) Scheduling of a Final Hearing Thereon [Docket No. 47 - filed June 11, 2013]

Objections / Responses Received:  None.

Status:   The hearing on this matter will go forward.

6.   Debtors' Motion for an Extension of the Time to File (I) Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, (III) Schedules of Executory Contracts and Unexpired Leases, and (IV) Statements of Financial Affairs [Docket No. 53 - filed June 12, 2013]

Objection / Response Deadline:   June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:  None.

Objections / Responses Received:  None.

Status:   The hearing on this matter will go forward.

## II.   CONTESTED MATTERS:

7.   Motion of Debtors for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 7 - filed June 10, 2013]

Objection / Response Deadline:    June 26, 2013 at 12:00 p.m. (EDT); extended to
                                  July 2, 2013 at 4:00 p.m. (EDT) for the Official
                                  Committee of Unsecured Creditors

Related Documents:

A.    Interim Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility
      Companies from Altering or Discontinuing Service on Account of
      Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of
      Payment, and (III) Establishing Procedures for Resolving Requests by
      Utility Companies for Additional Assurance of Payment [Docket No. 34 -
      filed June 11, 2013]

B.    Notice of (I) Entry of "Interim Order Under 11 U.S.C. §§ 105(a) and 366
      (I) Prohibiting Utility Companies from Altering or Discontinuing Service
      on Account of Prepetition Invoices, (II) Approving Deposit as Adequate
      Assurance of Payment, and (III) Establishing Procedures for Resolving
      Requests by Utility Companies for Additional Assurance of Payment" and
      (II) Scheduling of a Final Hearing Thereon [Docket No. 44 - filed June 11,
      2013]

C.    Notice of Withdrawal of Joinder of West Penn Power Company to the
      Objection of Certain Utility Companies to the Motion of Debtors for
      Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility
      Companies from Altering or Discontinuing Service on Account of
      Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of
      Payment and (III) Establishing Procedures for Resolving Requests by
      Utility Companies for Additional Assurance of Payment [Docket No. 106
      - filed July 2, 2013]

D.    Notice of Withdrawal of Objection of Certain Utility Companies to the
      Motion of Debtors for Order Under 11 U.S.C. §§ 105(a) and 366 (I)
      Prohibiting Utility Companies from Altering or Discontinuing Service on
      Account of Prepetition Invoices, (II) Approving Deposit as Adequate
      Assurance of Payment and (III) Establishing Procedures for Resolving
      Requests by Utility Companies for Additional Assurance of Payment
      [Docket No. 107 - filed July 2, 2013]

Objections / Responses Received:

i.    Objection of Certain Utility Companies to the Motion of Debtors for
      Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility
      Companies from Altering or Discontinuing Service on Account of
      Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of
      Payment and (III) Establishing Procedures for Resolving Requests by
      Utility Companies for Additional Assurance of Payment [Docket No. 82 -
      filed June 21, 2013]

Status: The Debtors and the objecting utility providers have resolved this objection through a separate side letter.

ii.    Joinder of West Penn Power Company to the Objection of Certain Utility Companies to the Motion of Debtors for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 89 - filed June 24, 2013]

Status: The Debtors and the objecting utility provider have resolved this objection through a separate side letter.

iii.    Objection and Joinder in Objections of The City of Westfield Gas & Electric Light Department to the Motion of Debtors for Order Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment (D.I. 7) and Request for Additional Adequate Assurance [Docket No. 98 - filed June 26, 2013]

Status: The Debtors and the City of Westfield Gas & Electric Light have been working to resolve this objection through a separate side letter and believe it will be fully resolved in advance of the hearing.

iv.    Informal Response from Kentucky Utilities Company

Status: The Debtors have received a request for additional adequate assurance from the Kentucky Utilities Company. While the request does not constitute an objection to the Motion, the Debtors are working to resolve it in advance of the hearing.

v.    Informal Response from Liberty Power Holdings LLC

Status: The Debtors have received a request for additional adequate assurance from Liberty Power Holdings LLC. While the request does not constitute an objection to the Motion, the Debtors are working to resolve it in advance of the hearing.

vi.    Informal Response from WE Energies

**Status:    The Debtors WE Energies have resolved this objection through a separate side letter.**

vii.    **Informal Response from Columbia Gas of Pennsylvania**

**Status:**    **The Debtors have received a request for additional adequate
assurance from Columbia Gas of Pennsylvania. While this request
does not constitute an objection to the Motion, the parties are
working to consensually resolve this request.**

General Status: The hearing on this matter will go forward. Individual status
lines are set forth above for each of the responses received.

8.    Motion of Debtors for Order Under 11 U.S.C. §§ 105(a), 363(b), 363(c), 507(a),
541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003 (I) Authorizing Payment of
Certain Prepetition Workforce Obligations, Including Compensation, Benefits,
Expense Reimbursements and Related Obligations, (II) Confirming Right to
Continue Workforce Programs on Postpetition Basis, (III) Authorizing Payment
of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of
Prepetition Claims Owing to Administrators of, or Third Party Providers Under,
Workforce Programs and (V) Directing Banks to Honor Prepetition Checks and
Fund Transfers for Authorized Payments [Docket No. 9 - filed June 10, 2013]

Objection / Response Deadline:    June 26, 2013 at 12:00 p.m. (EDT); extended to
July 2, 2013 at 4:00 p.m. (EDT) for the Official
Committee of Unsecured Creditors

Related Documents:

A.    Interim Order (I) Authorizing Payment of Certain Prepetition Workforce
Obligations, Including Compensation, Benefits, Expense Reimbursements
and Related Obligations, (II) Confirming Right to Continue Workforce
Programs on Postpetition Basis, (III) Authorizing Payment of Withholding
and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition
Claims Owing to Administrators of, or Third Party Providers Under,
Workforce Programs and (V) Directing Banks to Honor Prepetition
Checks and Fund Transfers for Authorized Payments [Docket No. 36 -
filed June 11, 2013]

B.    Notice of (I) Entry of "Interim Order (I) Authorizing Payment of Certain
Prepetition Workforce Obligations, Including Compensation, Benefits,
Expense Reimbursements and Related Obligations, (II) Confirming Right
to Continue Workforce Programs on Postpetition Basis, (III) Authorizing
Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing
Payment of Prepetition Claims Owing to Administrators of, or Third Party
Providers Under, Workforce Programs and (V) Directing Banks to Honor
Prepetition Checks and Fund Transfers for Authorized Payments" and
(II) Scheduling of a Final Hearing Thereon [Docket No. 45 - filed June 11,
2013]

C.    Supplement to Motion of Debtors for Order Under 11 U.S.C. §§ 105(a),
363(b), 363(c), 507(a), 541, 1107(a) and 1108 and Fed. R. Bankr. P. 6003

(I) Authorizing Payment of Certain Prepetition Workforce Obligations, Including Compensation, Benefits, Expense Reimbursements and Related Obligations, (II) Confirming Right to Continue Workforce Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers Under, Workforce Programs and (V) Directing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 78 - filed June 20, 2013]

Objections / Responses Received:

i.    Informal comments from the Office of the United States Trustee

Status:  The hearing on this matter will go forward; provided, however, that the Debtors will not be seeking any relief with respect to the Corporate Bonus Plan or under the Severance Policy (as such terms are defined in the Motion). For the avoidance of doubt, the Debtors will be seeking authority to pay certain sales commissions and sales bonuses. The Debtors are working to resolve the concerns of the Office of the United States Trustee in advance of the hearing.

9.    Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507; (II) Authorizing Use of Cash Collateral; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 12 - filed June 10, 2013]

Objection / Response Deadline:  June 26, 2013 at 12:00 p.m. (EDT); extended to June 28, 2013 at 4:00 p.m. (EDT) for Spirit; and extended to July 8, 2013 at Noon (EDT) for the Official Committee of Unsecured Creditors.

Related Documents:

A.    Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (1) Approving Postpetition Financing, (2) Authorizing Use of Cash Collateral, (3) Granting Liens and Providing Superpriority Administrative Expense Status, (4) Granting Adequate Protection, (5) Modifying Automatic Stay, and (6) Scheduling a Final Hearing [Docket No. 39 - filed June 11, 2013]

B.    Notice of (I) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (1) Approving Postpetition Financing, (2) Authorizing Use of Cash Collateral, (3) Granting Liens and Providing Superpriority Administrative Expense Status, (4) Granting Adequate Protection, (5) Modifying Automatic Stay, and (6) Scheduling a Final

Hearing" and (II) Scheduling of a Final Hearing Thereon [Docket No. 43 - filed June 11, 2013]

C.    Amended Notice of (I) Entry of "Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (1) Approving Postpetition Financing, (2) Authorizing Use of Cash Collateral, (3) Granting Liens and Providing Superpriority Administrative Expense Status, (4) Granting Adequate Protection, (5) Modifying Automatic Stay, and (6) Scheduling a Final Hearing" and (II) Scheduling of a Final Hearing Thereon [Docket No. 52 - filed June 12, 2013]

Objections / Responses Received:

i.     Limited Objection of Neenah Paper, Inc. to the Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507; (II) Authorizing Use of Cash Collateral; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 97 - filed June 26, 2013]

ii.    Limited Objection of Plastic Suppliers, Inc. to Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Secured Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507; (II) Authorizing Use of Cash Collateral; (III) Granting Liens and Super-Priority Claims; (IV) Granting Adequate Protection; (V) Modifying Automatic Stay; and (VI) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 108 - filed July 2, 2013]

iii.   Informal comments from the Official Committee of Unsecured Creditors [Objection Deadline extended to July 5, 2013 at 12:00 p.m. (Noon) (EDT)]

Status:   The hearing on this matter will go forward.

10.    Application to Employ and Retain Richards, Layton & Finger, P.A. as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 50 - filed June 12, 2013]

Objection / Response Deadline:   June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:  None.

Objections / Responses Received:

i.      Informal comments from the Office of the United States Trustee

Status: The hearing on this matter will go forward.  The Debtors are working to resolve the concerns of the Office of the United States Trustee in advance of the hearing.

11.     Application of Debtors for Order Under 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 Authorizing Employment and Retention of Epiq Systems as Administrative Advisor *Nunc Pro Tunc* to Petition Date [Docket No. 51 - filed June 12, 2013]

Objection / Response Deadline:  June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:  None.

Objections / Responses Received:

i.      Informal comments from the Office of the United States Trustee

Status: The hearing on this matter will go forward.  The Debtors are working to resolve the concerns of the Office of the United States Trustee in advance of the hearing.

12.     Debtors' Application for an Order Pursuant to Sections 327(a), 328 and 1107 of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules Authorizing the Retention of PricewaterhouseCoopers LLP as Financial Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date and Modifying Certain Requirements Under Local Rule 2016-2 [Docket No. 54 - filed June 12, 2013]

Objection / Response Deadline:  June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

Related Documents:  None.

Objections / Responses Received:

i.      Informal comments from the Office of the United States Trustee

Status: The hearing on this matter will go forward.  The Debtors are working to resolve the concerns of the Office of the United States Trustee in advance of the hearing.

13.    Debtors' Motion for Authority Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a), and Local Rule 2016-2 to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 55 - filed June 12, 2013]

> Objection / Response Deadline:    June 26, 2013 at 12:00 p.m. (EDT); extended to July 2, 2013 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors

> Related Documents:  None.

> Objections / Responses Received:

> i.    Informal comments from the Office of the United States Trustee

> Status:  The hearing on this matter will go forward.  The Debtors are working to resolve the concerns of the Office of the United States Trustee in advance of the hearing.

Dated: July 8, 2013
       Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.

_____
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Michael J. Merchant (No. 3854)
Paul N. Heath (No. 3704)
Tyler D. Semmelman (No. 5386)
920 N. King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Facsimile: 302-651-7701
Email: collins@rlf.com
       knight@rlf.com
       merchant@rlf.com
       heath@rlf.com
       semmelman@rlf.com

*Proposed Counsel for Debtors and Debtors in Possession*

11