IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
NE OPCO, INC., et al.,                              :    Case No. 13-11483 (CSS)
                                                    :
    Debtors.[1]                                     :    Jointly Administered
                                                    :
---------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE      :
                       : SS.
NEW CASTLE COUNTY      :

    Rebecca V. Speaker, being duly sworn according to law, deposes and says that she is employed as a paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 3rd day of July, 2013, she caused a copy of the following to be served upon the parties on the attached list in the manner indicated:

*Initial Monthly Operating Report [Docket No. 116]*

                                                         _/s/ Rebecca V. Speaker_
                                                         Rebecca V. Speaker, Paralegal
                                                         RICHARDS, LAYTON & FINGER, P.A.
                                                         One Rodney Square
                                                         920 North King Street
                                                         Wilmington, DE  19801
                                                         (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 8th day of July, 2013.

_/s/ Lesley A. Morris_
Notary Public

[Notary Seal: LESLEY A. MORRIS, MY COMMISSION EXPIRES FEB. 26, 2015, NOTARY PUBLIC STATE OF DELAWARE]

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596). The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

RLF1 8876270v.1

**Via Hand Delivery**

Benjamin Hackman
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

RLF1 8876270v.1