IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| NE OPCO, INC., *et al.*[1], | ) | Case No. 13-11483 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket No. 168 |

**NOTICE OF WITHDRAWAL
OF NEENAH PAPER, INC.'S OBJECTION TO
THE MOTION OF DEBTORS PURSUANT TO SECTIONS 105
AND 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 9019 TO APPROVE SETTLEMENT AMONG THE DEBTORS,
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE DIP
AGENT, INTERNATIONAL PAPER COMPANY AND GALACTIC HOLDINGS, LLC**

TO: PARTIES LISTED ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on July 18, 2013, Neenah Paper, Inc. ("Neenah") filed its *Objection To The Motion Of Debtors Pursuant To Sections 105 And 363 Of The Bankruptcy Code And Bankruptcy Rule 9019 To Approve Settlement Among The Debtors, The Official Committee Of Unsecured Creditors, The DIP Agent, International Paper Company And Galactic Holdings, LLC* (the "Objection," D.I. 1661). You were previously served with a copy of the Objection.

As Neenah and the other interested parties have agreed to a global resolution which will be put on the record, Neenah hereby withdraws the Objection.

DATED: July 18, 2013

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: loizides@loizides.com

*Counsel for Debtors*

---

[1] The Debtors in the Chapter 11 cases are NE Opco, Inc. and NEV Credit Holdings, Inc.