**Exhibit "A"**
**(Budget)**

PRIVILEGED & CONFIDENTIAL
DRAFT - SUBJECT TO CHANGE

**NATIONAL ENVELOPE: 13-WEEK CASH FLOW FORECAST (REVISED VERSION)**

| Week<br>Week Ending | Week 1<br>16-Jun | Week 2<br>23-Jun | Week 3<br>30-Jun | Week 4<br>7-Jul | Week 5<br>14-Jul | Week 6<br>21-Jul<br>Fcst | Week 7<br>28-Jul<br>Fcst | Week 8<br>4-Aug<br>Fcst | Week 9<br>11-Aug<br>Fcst | Week 10<br>18-Aug<br>Fcst | Week 11<br>25-Aug<br>Fcst | Week 12<br>1-Sep<br>Fcst | Week 13<br>8-Sep<br>Fcst | Week 14<br>15-Sep<br>Fcst | Week 15<br>22-Sep<br>Fcst | 2nd Revised<br>13 weeks<br>Total<br>Forecast<br>Fcst | 1st Revised*<br>13 weeks<br>Total<br>Forecast<br>Fcst | variance | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $ 7,202 | $ 6,405 | $ 7,512 | $ 4,052 | $ 6,307 | $ 6,500 | $ 6,500 | $ 6,800 | $ 6,800 | $ 7,000 | $ 7,000 | $ 7,500 | $ 5,000 | $ 7,000 | $ 7,200 | $ 84,578 | $ 84,578 | $ - | |
| *Sales per Day* | *1,440* | *1,281* | *1,502* | *810* | *1,261* | *1,300* | *1,300* | *1,360* | *1,360* | *1,400* | *1,400* | *1,500* | *1,250* | *1,400* | *1,440* | *1,322* | *1,322* | *-* | 1 |
| *Avg. Daily Production (mm of envelopes)* | *59* | *62* | *67* | *57* | *70* | *70* | *75* | *75* | *75* | *75* | *70* | *70* | *70* | *70* | *70* | *69* | *69* | *-* | 2 |
| **Sources:** | | | | | | | | | | | | | | | | | | | |
| Cash Collections - A/R | 5,877 | 6,405 | 5,138 | 5,926 | 6,811 | 5,776 | 6,000 | 6,266 | 6,680 | 5,990 | 5,957 | 5,750 | 6,000 | 6,500 | 6,600 | $ 78,575 | $ 80,270 | $ (1,695) | 3 |
| Non A/R cash | 2,075 | - | 470 | - | - | - | 475 | - | - | - | - | 500 | - | - | - | 3,520 | 3,445 | 75 | 4 |
| **Total Sources** | $ 7,952 | $ 6,405 | $ 5,608 | $ 5,926 | $ 6,811 | $ 5,776 | $ 6,475 | $ 6,266 | $ 6,680 | $ 5,990 | $ 5,957 | $ 6,250 | $ 6,000 | $ 6,500 | $ 6,600 | $ 82,095 | $ 84,267 | $ (2,172) | |
| **Uses:** | | | | | | | | | | | | | | | | | | | |
| Commodity Paper (I/P, Domtar) | 1,708 | 2,509 | 2,258 | 2,011 | 2,330 | 2,595 | 2,773 | 2,773 | 2,773 | 2,773 | 2,595 | 2,595 | 2,076 | 2,595 | 2,595 | 31,768 | 31,768 | - | 5 |
| Freight | 250 | 250 | 350 | 350 | 350 | 420 | 420 | 420 | 420 | 420 | 420 | 350 | 350 | 350 | 350 | 4,770 | 4,350 | 420 | 6 |
| Specialty Paper | 110 | 1,278 | 308 | 479 | 562 | 328 | 352 | 352 | 352 | 352 | 328 | 328 | 262 | 328 | 328 | 5,390 | 5,390 | - | 7 |
| Plastics & Adhesive | 431 | 373 | 437 | 292 | 455 | 364 | 390 | 390 | 390 | 390 | 364 | 364 | 291 | 364 | 364 | 4,931 | 4,931 | - | 8 |
| Packaging | 162 | 521 | 396 | 323 | 318 | 299 | 320 | 320 | 320 | 320 | 299 | 299 | 239 | 299 | 299 | 4,138 | 4,138 | - | 9 |
| Printing & Inks | 17 | 142 | 151 | 75 | 99 | 90 | 95 | 95 | 95 | 95 | 90 | 90 | 72 | 90 | 90 | 1,206 | 1,206 | - | 10 |
| Other Operating Costs | 98 | 225 | 199 | 103 | 152 | 358 | 242 | 445 | 388 | 458 | 258 | 243 | 339 | 307 | 257 | 3,509 | 3,509 | - | 11 |
| Utilities | - | - | - | 685 | 70 | - | 333 | - | 500 | - | 500 | - | 500 | - | 500 | 2,588 | 2,588 | - | 12 |
| Contractors / Temps | 7 | - | 10 | 9 | 6 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 112 | 232 | (120) | 13 |
| Outsource Manufacturing | 8 | 56 | 107 | 129 | 82 | 50 | 50 | 13 | 87 | 50 | 50 | 50 | 50 | 50 | 50 | 781 | 781 | - | 14 |
| Other Trade | 47 | 96 | 152 | 195 | 356 | 52 | 55 | 55 | 55 | 55 | 52 | 52 | 42 | 52 | 52 | 1,265 | 1,265 | - | 15 |
| Trade Credits | (450) | (750) | (750) | (550) | - | - | (250) | (350) | (350) | (350) | (350) | (220) | (70) | 40 | 40 | (4,440) | (3,125) | (1,315) | 16 |
| Working Capital Pre-Fund | - | - | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | - | - | - | - | - | 400 | 250 | 150 | 17 |
| Customer Rebates | - | - | - | 73 | 98 | - | 50 | - | - | - | 50 | - | 50 | - | - | 320 | 320 | - | |
| **Total Check Runs** | 2,296 | 4,530 | 3,519 | 3,917 | 5,034 | 4,633 | 4,840 | 4,593 | 4,602 | 5,137 | 4,670 | 3,961 | 3,889 | 5,005 | 4,439 | 55,623 | 56,489 | (865) | |
| Sales Tax | 259 | 19 | 28 | 0 | 0 | 212 | - | - | 260 | - | - | - | 311 | - | - | 1,089 | 866 | 223 | 18 |
| Payroll - Base | 1,608 | 967 | 1,650 | 1,017 | 1,559 | 1,032 | 1,728 | 1,045 | 1,728 | 1,045 | 1,680 | 1,000 | 1,680 | 1,000 | 1,680 | 17,738 | 17,701 | 37 | 19 |
| Payroll - Commissions | 175 | - | - | - | 149 | - | - | - | - | - | 190 | - | - | - | 190 | 515 | 515 | - | 20 |
| 401K | - | 105 | 25 | 60 | 34 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 704 | 704 | - | 21 |
| ADP Medical Premium | - | 818 | - | - | 144 | - | 950 | - | - | - | - | 950 | - | - | - | 2,863 | 2,863 | - | 22 |
| Medical Claims | 239 | 235 | 120 | 139 | 100 | 193 | 193 | 23 | 363 | 193 | 193 | 193 | 193 | 193 | 193 | 2,372 | 2,372 | - | 23 |
| Medical FSA / WC Prefund | 200 | 5 | 8 | 8 | 7 | 5 | 330 | 5 | 5 | 5 | 5 | 330 | 5 | 5 | 5 | 917 | 917 | - | 24 |
| Rent -- Spirit / NEV RE | - | - | 29 | 607 | - | - | - | 688 | - | - | - | 29 | 659 | - | - | 2,013 | 2,013 | - | 25 |
| Other / Credit / Property Taxes | - | - | 35 | - | - | - | - | 141 | - | - | - | 191 | - | - | - | 367 | 83 | 283 | 26 |
| **Total Operating Costs** | $ 4,777 | $ 6,679 | $ 5,414 | $ 5,748 | $ 7,028 | $ 6,135 | $ 8,100 | $ 6,554 | $ 7,017 | $ 6,439 | $ 6,798 | $ 6,714 | $ 6,796 | $ 6,263 | $ 6,567 | $ 84,200 | $ 84,522 | $ (322) | |
| **Total Operating Cash Flow** | $ 3,175 | $ (274) | $ 194 | $ 178 | $ (218) | $ (359) | $ (1,625) | $ (288) | $ (338) | $ (449) | $ (841) | $ (464) | $ (797) | $ 237 | $ 33 | $ (2,105) | $ (255) | $ (1,850) | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Critical Vendors | - | - | - | - | - | - | 190 | 190 | 190 | 190 | 190 | 190 | 190 | 170 | - | 1,330 | 400 | 930 | 27 |
| DIP Closing Costs | 929 | - | 10 | - | - | - | - | - | - | - | - | - | - | - | - | 939 | 939 | - | |
| DIP Payout Professional Fees | 414 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 414 | 414 | - | |
| Professional Fees Carveout Reserve | 500 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 500 | 500 | - | |
| Interest / Fees -- Revolver & TA | 283 | - | - | 305 | - | 50 | - | 467 | - | - | - | - | 517 | - | - | 1,622 | 1,568 | 54 | |
| Debtor Counsel fees (RLF) | - | - | - | - | 1 | - | - | 250 | 250 | - | - | - | 500 | - | - | 1,001 | 1,001 | - | |
| Debtor FA fees (PwC) | - | - | - | - | - | - | - | 250 | 250 | - | - | - | 500 | - | - | 1,000 | 1,000 | - | |
| Claims Agent Fees | - | - | - | - | - | 30 | - | - | 45 | - | - | 45 | - | - | 45 | 120 | 90 | 30 | |
| US Trustee Fees | - | - | - | - | - | - | 20 | - | - | - | - | - | - | - | - | 20 | 20 | - | 28 |
| 503(b)(9) Claims | - | - | - | - | - | 25 | 25 | 25 | 525 | 25 | 25 | 25 | 25 | 25 | 25 | 700 | - | 700 | |
| Committee Professional fees | - | - | - | - | - | - | - | - | 325 | - | - | - | - | 325 | - | 325 | 200 | 125 | |
| Board Member Fees | - | - | - | - | - | 12 | - | - | - | - | - | - | - | - | - | 12 | - | 12 | |
| IP Professional Fees | - | - | 129 | - | - | 50 | - | - | - | 50 | - | - | - | - | 50 | 229 | 229 | - | |
| **Total Non-Operating Disbursements** | 2,126 | - | 139 | 305 | 1 | 167 | 235 | 1,182 | 1,585 | 265 | 215 | 260 | 1,732 | 520 | 120 | 8,212 | 6,361 | 1,851 | |
| **DIP Lenders Professional Fees** | | | | | | | | | | | | | | | | | | | |
| Agent Fees (GRL) | - | 77 | - | - | 45 | 38 | - | 38 | - | 38 | - | 38 | - | 38 | - | 272 | 272 | - | |
| Salus Legal (Choate) | 45 | - | - | - | - | 75 | - | - | - | 50 | - | - | - | - | 50 | 170 | 170 | - | |
| **Total DIP Lenders Prof. Fees** | 45 | 77 | - | - | 45 | 113 | - | 38 | - | 88 | - | 38 | - | 38 | 50 | 442 | 442 | - | |
| **Total Uses** | $ 6,948 | $ 6,756 | $ 5,553 | $ 6,052 | $ 7,074 | $ 6,414 | $ 8,335 | $ 7,773 | $ 8,602 | $ 6,791 | $ 7,013 | $ 7,011 | $ 8,528 | $ 6,820 | $ 6,737 | $ 92,854 | $ 91,325 | $ 1,529 | |
| **Net Cash Inflow / (Outflow)** | $ 1,004 | $ (351) | $ 55 | $ (126) | $ (264) | $ (639) | $ (1,860) | $ (1,507) | $ (1,923) | $ (802) | $ (1,056) | $ (762) | $ (2,529) | $ (320) | $ (137) | $ (10,759) | $ (7,058) | $ (3,701) | |
| **Revolver Balance** | | | | | | | | | | | | | | | | | | | |
| Beginning Revolver Balance, Gross | 34,979 | 36,269 | 35,122 | 35,457 | 35,627 | 36,970 | 36,174 | 37,878 | 39,375 | 41,393 | 42,069 | 43,131 | 43,963 | 46,752 | 46,882 | $ 34,979 | $ 34,979 | $ - | |
| Plus: Cash in Transit | 2,021 | (2,450) | (534) | (923) | (1,758) | (2,965) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | - | - | | |
| **Beginning Revolver Balance, Net** | $37,000 | $33,819 | $34,589 | $34,534 | $33,868 | $34,005 | $35,674 | $37,378 | $38,875 | $40,893 | $41,569 | $42,631 | $43,463 | $46,252 | $46,382 | $ 34,979 | $ 34,979 | $ - | |
| Paydown of Revolver | - | (7,721) | (4,945) | (5,807) | (5,615) | (7,223) | (6,644) | (6,288) | (6,597) | (6,128) | (5,964) | (6,191) | (5,750) | (6,700) | (6,580) | $ (94,734) | $ (96,831) | $ 2,098 | |
| Revolver Draw | 1,290 | 6,591 | 5,270 | 5,672 | 6,914 | 6,427 | 8,348 | 7,786 | 8,615 | 6,804 | 7,025 | 7,024 | 8,538 | 6,830 | 6,747 | $ 106,629 | $ 106,624 | $ 4 | |
| Adjustments/Fees | - | (17) | 10 | 305 | 45 | - | - | - | - | - | - | - | - | - | - | $ 342 | $ (17) | $ 359 | |
| **Ending Revolver Balance, Gross** | 36,269 | 35,122 | 35,457 | 35,627 | 36,970 | 36,174 | 37,878 | 39,375 | 41,393 | 42,069 | 43,131 | 43,963 | 46,752 | 46,882 | 47,049 | $ 46,752 | $ 44,578 | $ 2,174 | |
| Less: Cash In Transit | (273) | (952) | (923) | (1,758) | (2,965) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) | (250) | (250) | 29 |
| **Ending Revolver Balance, Net** | $35,996 | $34,170 | $34,534 | $33,868 | $34,005 | $35,674 | $37,378 | $38,875 | $40,893 | $41,569 | $42,631 | $43,463 | $46,252 | $46,382 | $46,549 | $ 46,252 | $ 44,328 | $ 1,924 | |
| **M&E Outstanding** | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $17,500 | $ 17,500 | $ 17,500 | $ - | |
| **Collateral Base** | | | | | | | | | | | | | | | | | | | |
| Available A/R | 32,523 | 31,448 | 32,931 | 34,317 | 34,196 | 34,828 | 34,497 | 34,144 | 35,105 | 35,202 | 36,021 | 36,866 | 38,284 | 37,474 | 37,879 | 38,284 | 37,399 | 885 | |
| Available inventory | 11,930 | 11,064 | 10,366 | 10,029 | 9,718 | 9,954 | 10,354 | 10,897 | 11,351 | 11,846 | 12,156 | 12,344 | 12,199 | 12,589 | 12,720 | 12,199 | 12,689 | (490) | |
| Availability before Avail. Block | 44,453 | 42,512 | 43,297 | 44,345 | 43,915 | 44,782 | 44,850 | 45,041 | 46,456 | 47,049 | 48,176 | 49,210 | 50,482 | 50,063 | 50,599 | 50,482 | 50,088 | 395 | |
| Less: Availability Block | (4,000) | (4,000) | (4,000) | (4,000) | (4,000) | (3,000) | (3,000) | (3,000) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (4,000) | 1,500 | |
| Less: M&E Suppression | (163) | (995) | (658) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Availability before loan balance | 40,290 | 37,518 | 38,639 | 40,345 | 39,915 | 41,782 | 41,850 | 42,041 | 43,956 | 44,549 | 45,676 | 46,710 | 47,982 | 47,563 | 48,099 | 47,982 | 46,088 | 1,895 | |
| Availability above Block (Gross) | 4,021 | 2,395 | 3,182 | 4,719 | 2,944 | 5,608 | 3,973 | 2,666 | 2,563 | 2,480 | 2,546 | 2,747 | 1,230 | 680 | 1,050 | 1,230 | 1,509 | (279) | |
| **Availability above Block (NET)** | 4,294 | 3,348 | 4,105 | 6,477 | 5,909 | 6,108 | 4,473 | 3,166 | 3,063 | 2,980 | 3,046 | 3,247 | 1,730 | 1,180 | 1,550 | 1,730 | 1,759 | (29) | |
| Less: M&E Availability Block | - | - | - | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | (2,091) | - | |
| **Excess Availability (NET) - 2nd Revised** | 4,294 | 3,348 | 4,105 | 4,386 | 3,818 | 4,017 | 2,381 | 1,075 | 972 | 888 | 954 | 1,155 | (361) | (911) | (541) | (361) | (332) | (29) | |
| **Excess Availability (NET) - 1st Revised** | 4,294 | 3,348 | 2,953 | 3,774 | 1,704 | 2,366 | 224 | 657 | 631 | 328 | 184 | 260 | (331) | (849) | (447) | | | | |

*\* Includes 5 Weeks of actuals*

PRIVILEGED & CONFIDENTIAL
DRAFT - SUBJECT TO CHANGE

**Notes**

1. Sales per day provided by Operations & Strategic Sourcing. Peaks late Aug / early Sept.
2. Production levels represents average envelopes produced per day (in envelopes), as provided by Operations & Strategic Sourcing.
3. Assumes average of 35 - 49 days of sales outstanding.
4. International Paper rebates of approximately $400k-$500k/month.
5. Cost of basic paper used in the production of envelopes. Projections are based on production output levels (see Note 2). $2.7M is related to IP, with remaining payments to Domtar, DuPont, and Neenah
6. Assumes 5-8% of sales.
7. Costs of specialty paper used in the manufacture of unique envelopes. Projections are based on production output levels (see Note 2).
8. 
9. Cost of packaging and plastic used in window film of envelopes. Projections are based on production output levels (see Note 2).
10. Includes printing, inks, and other costs associated with the production of envelopes. Projections are based on production output levels (see Note 2). Run rate of approx. $100k/week
11. Other operating costs include repairs & maintenance, leases of machinery, machine parts, etc.
12. Based on monthly run rate of $500-600k/month, payable ever two weeks.
13. Represents approximate weekly costs of temporary labor of $25k/week.
14. Assumes weekly run rate of $50k/week.
15. Other miscellaneous trade costs, including ad-hoc inventory purchases on an order-by-order basis. Assumes run rate of $100k/week.
16. Trade credits obtained by the provision of trade terms by vendors. International Paper ($2.5 million), RR Donnelly ($1.56 million), and Plastic Suppplier ($0.4 million)
17. Represents projected cash payments required for orders to be put into production in future.
18. Approximately 1% of prior month's revenues.
19. Based on forecasted production levels. Assumes additional 5% increase in headcount and 5% increase in overtime.
20. Commissions are based on historical percentage of sales.
21. Assumes run rate of $60k/week.
22. Medical insurance premium of approximately $950k/month.
23. Medical claims of approximately $250k/week through week 2, of which $75k is an installment catch up payment. Catch up payments end in Week 3, reducing to a run rate of $193k (of which $115k is related to Anthem)
24. Run rate of appoximately $345k/month.
25. Post-petition monthly rents due in advance.
26. Includes pre-petition taxes.
27. Assumed pre-petition claims to be paid to RR Donnelly of $190k/week to a cap of $1.5 million over the 15-week period.
28. Payable at the end of each calendar quarter.
29. Assumed cash in transit of $500k as of the end of each week.