# **EXHIBIT A**

**NE Opco, Inc.**
503(b)(9) Analysis
Plastic Suppliers (90079943)

| Receipt Date | Order Type | Order Number | Address Number | Vendor Name | Business Unit | Match Type | 2nd Item Number | Quantity Received | PRAREC/100 |
|---|---|---|---|---|---|---|---|---|---|
| 5/22/2013 | OP | 573291 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 158200 | $2,612 |
| 5/21/2013 | OP | 573134 | 90079943 | Plastic Suppliers | 740 | 1 | 600091 | 703700 | $11,618 |
| 5/22/2013 | OP | 573134 | 90079943 | Plastic Suppliers | 740 | 1 | 600091 | 199600 | $3,295 |
| 5/21/2013 | OP | 573381 | 90079943 | Plastic Suppliers | 740 | 1 | 600004 | 87400 | $1,443 |
| 5/21/2013 | OP | 573381 | 90079943 | Plastic Suppliers | 740 | 1 | 600007 | 156800 | $2,589 |
| 5/21/2013 | OP | 573381 | 90079943 | Plastic Suppliers | 740 | 1 | 600059 | 335500 | $5,539 |
| 5/21/2013 | OP | 572950 | 90079943 | Plastic Suppliers | 710 | 1 | 600071 | 76600 | $1,265 |
| 5/21/2013 | OP | 572950 | 90079943 | Plastic Suppliers | 710 | 1 | 600008 | 157500 | $2,600 |
| 5/21/2013 | OP | 573324 | 90079943 | Plastic Suppliers | 710 | 1 | 600066 | 80500 | $1,329 |
| 5/21/2013 | OP | 573305 | 90079943 | Plastic Suppliers | 300 | 1 | 600414 | 80000 | $1,321 |
| 5/21/2013 | OP | 573305 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 156100 | $2,577 |
| 5/22/2013 | OP | 573224 | 90079943 | Plastic Suppliers | 130 | 1 | 600004 | 54900 | $906 |
| 5/22/2013 | OP | 573224 | 90079943 | Plastic Suppliers | 130 | 1 | 600028 | 126800 | $2,092 |
| 5/22/2013 | OP | 573224 | 90079943 | Plastic Suppliers | 130 | 1 | 600026 | 170200 | $2,808 |
| 5/22/2013 | OP | 573262 | 90079943 | Plastic Suppliers | 130 | 1 | 600050 | 374800 | $6,184 |
| 5/22/2013 | OP | 573098 | 90079943 | Plastic Suppliers | 710 | 1 | 600002 | 29700 | $490 |
| 5/21/2013 | OP | 573098 | 90079943 | Plastic Suppliers | 710 | 1 | 600004 | 39800 | $657 |
| 5/21/2013 | OP | 573098 | 90079943 | Plastic Suppliers | 710 | 1 | 600005 | 154600 | $2,552 |
| 5/22/2013 | OP | 573436 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 153000 | $2,526 |
| 5/22/2013 | OP | 572812 | 90079943 | Plastic Suppliers | 750 | 1 | 600066 | 144900 | $2,392 |
| 5/22/2013 | OP | 572969 | 90079943 | Plastic Suppliers | 750 | 1 | 600026 | 171200 | $2,827 |
| 5/22/2013 | OP | 573437 | 90079943 | Plastic Suppliers | 750 | 1 | 600074 | 36900 | $609 |
| 5/24/2013 | OP | 573657 | 90079943 | Plastic Suppliers | 130 | 1 | 600004 | 140900 | $2,325 |
| 5/24/2013 | OP | 573657 | 90079943 | Plastic Suppliers | 130 | 1 | 600028 | 151800 | $2,505 |
| 5/24/2013 | OP | 573657 | 90079943 | Plastic Suppliers | 130 | 1 | 600059 | 332500 | $5,486 |
| 5/22/2013 | OP | 573219 | 90079943 | Plastic Suppliers | 300 | 1 | 600211 | 56900 | $939 |
| 5/22/2013 | OP | 573219 | 90079943 | Plastic Suppliers | 300 | 1 | 600727 | 59200 | $977 |
| 5/22/2013 | OP | 573219 | 90079943 | Plastic Suppliers | 300 | 1 | 600470 | 62900 | $1,038 |
| 5/22/2013 | OP | 573599 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 472900 | $7,808 |
| 5/22/2013 | OP | 573325 | 90079943 | Plastic Suppliers | 710 | 1 | 600087 | 35900 | $593 |
| 5/22/2013 | OP | 573325 | 90079943 | Plastic Suppliers | 710 | 1 | 600220 | 38500 | $636 |
| 5/22/2013 | OP | 573325 | 90079943 | Plastic Suppliers | 710 | 1 | 600005 | 159200 | $2,628 |
| 5/22/2013 | OP | 573099 | 90079943 | Plastic Suppliers | 710 | 1 | 600042 | 157500 | $2,600 |
| 5/28/2013 | OP | 573727 | 90079943 | Plastic Suppliers | 750 | 1 | 600005 | 158000 | $2,609 |
| 5/28/2013 | OP | 573727 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 155300 | $2,564 |
| 5/28/2013 | OP | 573700 | 90079943 | Plastic Suppliers | 740 | 1 | 600091 | 53000 | $875 |
| 5/28/2013 | OP | 573748 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 306900 | $5,067 |
| 5/28/2013 | OP | 573748 | 90079943 | Plastic Suppliers | 300 | 1 | 600614 | 15500 | $256 |
| 5/24/2013 | OP | 573912 | 90079943 | Plastic Suppliers | 300 | 1 | 600419 | 108000 | $1,783 |
| 5/29/2013 | OP | 573912 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 155700 | $2,571 |
| 5/29/2013 | OP | 574128 | 90079943 | Plastic Suppliers | 130 | 1 | 600008 | 173000 | $2,855 |
| 5/29/2013 | OP | 574128 | 90079943 | Plastic Suppliers | 130 | 1 | 600026 | 172400 | $2,845 |
| 5/29/2013 | OP | 574128 | 90079943 | Plastic Suppliers | 130 | 1 | 600059 | 330700 | $5,457 |
| 5/30/2013 | OP | 574128 | 90079943 | Plastic Suppliers | 130 | 1 | 600003 | 34900 | $576 |
| 5/30/2013 | OP | 574128 | 90079943 | Plastic Suppliers | 130 | 1 | 600264 | 13600 | $224 |
| 5/30/2013 | OP | 574128 | 90079943 | Plastic Suppliers | 130 | 1 | 600966 | 33000 | $614 |
| 5/30/2013 | OP | 574128 | 90079943 | Plastic Suppliers | 130 | 1 | 600970 | 85000 | $1,581 |
| 5/29/2013 | OP | 573880 | 90079943 | Plastic Suppliers | 750 | 1 | 600005 | 324400 | $5,356 |
| 5/29/2013 | OP | 573880 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 467200 | $7,713 |
| 5/29/2013 | OP | 573881 | 90079943 | Plastic Suppliers | 750 | 1 | 600064 | 171900 | $2,838 |
| 5/31/2013 | OP | 573881 | 90079943 | Plastic Suppliers | 750 | 1 | 600064 | -171900 | -$2,838 |
| 6/3/2013 | OP | 573881 | 90079943 | Plastic Suppliers | 750 | 1 | 600064 | 158800 | $2,622 |
| 5/28/2013 | OP | 573769 | 90079943 | Plastic Suppliers | 740 | 1 | 600007 | 170100 | $2,808 |
| 5/28/2013 | OP | 573641 | 90079943 | Plastic Suppliers | 710 | 1 | 600005 | 165800 | $2,737 |
| 5/28/2013 | OP | 573641 | 90079943 | Plastic Suppliers | 710 | 1 | 600066 | 144900 | $2,392 |
| 5/28/2013 | OP | 573641 | 90079943 | Plastic Suppliers | 710 | 1 | 600071 | 76500 | $1,263 |

| Receipt Date | Order Type | Order Number | Address Number | Vendor Name | Business Unit | Match Type | 2nd Item Number | Quantity Received | PRAREC/100 |
|---|---|---|---|---|---|---|---|---|---|
| 5/28/2013 | OP | 573859 | 90079943 | Plastic Suppliers | 710 | 1 | 600071 | 114100 | $1,884 |
| 5/28/2013 | OP | 573859 | 90079943 | Plastic Suppliers | 710 | 1 | 600087 | 70700 | $1,167 |
| 5/29/2013 | OP | 574113 | 90079943 | Plastic Suppliers | 710 | 1 | 600002 | 30000 | $495 |
| 5/29/2013 | OP | 574113 | 90079943 | Plastic Suppliers | 710 | 1 | 600004 | 63300 | $1,045 |
| 5/29/2013 | OP | 574113 | 90079943 | Plastic Suppliers | 710 | 1 | 600067 | 63100 | $1,042 |
| 5/29/2013 | OP | 573642 | 90079943 | Plastic Suppliers | 710 | 1 | 600006 | 153900 | $2,541 |
| 5/30/2013 | OP | 573728 | 90079943 | Plastic Suppliers | 750 | 1 | 600066 | 145200 | $2,397 |
| 5/30/2013 | OP | 573798 | 90079943 | Plastic Suppliers | 750 | 1 | 600074 | 28300 | $467 |
| 5/30/2013 | OP | 574217 | 90079943 | Plastic Suppliers | 510 | 1 | 600069 | 3800 | $63 |
| 5/22/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 146400 | $2,417 |
| 5/23/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 152400 | $2,516 |
| 5/24/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 151500 | $2,501 |
| 5/28/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 152000 | $2,510 |
| 5/29/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 146900 | $2,425 |
| 5/29/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 151000 | $2,493 |
| 5/29/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 151000 | $2,493 |
| 5/31/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 147200 | $2,430 |
| 6/5/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 151800 | $2,506 |
| 6/5/2013 | OP | 570235 | 90079943 | Plastic Suppliers | 510 | 1 | 600006 | 154000 | $2,543 |
| 5/30/2013 | OP | 574309 | 90079943 | Plastic Suppliers | 740 | 1 | 600029 | 132000 | $2,179 |
| 5/30/2013 | OP | 574190 | 90079943 | Plastic Suppliers | 750 | 1 | 600005 | 164700 | $2,719 |
| 5/30/2013 | OP | 574190 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 160500 | $2,650 |
| 5/30/2013 | OP | 574230 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 165100 | $2,726 |
| 5/30/2013 | OP | 574230 | 90079943 | Plastic Suppliers | 300 | 1 | 600595 | 71900 | $1,187 |
| 5/30/2013 | OP | 574115 | 90079943 | Plastic Suppliers | 710 | 1 | 600005 | 152000 | $2,510 |
| 5/30/2013 | OP | 574115 | 90079943 | Plastic Suppliers | 710 | 1 | 600006 | 156100 | $2,577 |
| 5/30/2013 | OP | 574115 | 90079943 | Plastic Suppliers | 710 | 1 | 600041 | 32700 | $540 |
| 5/30/2013 | OP | 573858 | 90079943 | Plastic Suppliers | 710 | 1 | 600005 | 160500 | $2,650 |
| 5/30/2013 | OP | 573858 | 90079943 | Plastic Suppliers | 710 | 1 | 600042 | 158200 | $2,612 |
| 5/30/2013 | OP | 574114 | 90079943 | Plastic Suppliers | 710 | 1 | 600071 | 152600 | $2,519 |
| 6/3/2013 | OP | 574339 | 90079943 | Plastic Suppliers | 750 | 1 | 600005 | 158800 | $2,622 |
| 6/3/2013 | OP | 574339 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 323200 | $5,336 |
| 5/31/2013 | OP | 574456 | 90079943 | Plastic Suppliers | 740 | 1 | 600005 | 156400 | $2,582 |
| 5/31/2013 | OP | 574087 | 90079943 | Plastic Suppliers | 300 | 1 | 600004 | 77000 | $1,271 |
| 5/31/2013 | OP | 574087 | 90079943 | Plastic Suppliers | 300 | 1 | 600028 | 149600 | $2,470 |
| 5/31/2013 | OP | 574087 | 90079943 | Plastic Suppliers | 300 | 1 | 600037 | 159300 | $2,630 |
| 5/31/2013 | OP | 574087 | 90079943 | Plastic Suppliers | 300 | 1 | 600096 | 98000 | $1,618 |
| 5/31/2013 | OP | 574346 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 493700 | $8,151 |
| 5/31/2013 | OP | 574346 | 90079943 | Plastic Suppliers | 300 | 1 | 600614 | 234800 | $3,877 |
| 6/4/2013 | OP | 573862 | 90079943 | Plastic Suppliers | 130 | 1 | 600059 | 167900 | $2,770 |
| 6/4/2013 | OP | 573862 | 90079943 | Plastic Suppliers | 130 | 1 | 600260 | 59700 | $985 |
| 6/4/2013 | OP | 573862 | 90079943 | Plastic Suppliers | 130 | 1 | 600959 | 12500 | $233 |
| 6/5/2013 | OP | 574766 | 90079943 | Plastic Suppliers | 130 | 1 | 600005 | 166600 | $2,749 |
| 6/5/2013 | OP | 574766 | 90079943 | Plastic Suppliers | 130 | 1 | 600059 | 501700 | $8,278 |
| 6/5/2013 | OP | 574766 | 90079943 | Plastic Suppliers | 130 | 1 | 600693 | 197900 | $3,681 |
| 6/4/2013 | OP | 574469 | 90079943 | Plastic Suppliers | 710 | 1 | 601047 | 44300 | $731 |
| 6/3/2013 | OP | 574521 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 155200 | $2,562 |
| 6/3/2013 | OP | 574521 | 90079943 | Plastic Suppliers | 300 | 1 | 600423 | 27700 | $457 |
| 6/3/2013 | OP | 574501 | 90079943 | Plastic Suppliers | 740 | 1 | 600007 | 159600 | $2,635 |
| 6/3/2013 | OP | 574501 | 90079943 | Plastic Suppliers | 740 | 1 | 600028 | 150300 | $2,481 |
| 6/3/2013 | OP | 574501 | 90079943 | Plastic Suppliers | 740 | 1 | 600059 | 177400 | $2,929 |
| 6/3/2013 | OP | 574511 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 162100 | $2,676 |
| 6/5/2013 | OP | 574920 | 90079943 | Plastic Suppliers | 130 | 1 | 600005 | 324200 | $5,349 |
| 6/5/2013 | OP | 574920 | 90079943 | Plastic Suppliers | 130 | 1 | 600007 | 320800 | $5,293 |
| 6/5/2013 | OP | 574920 | 90079943 | Plastic Suppliers | 130 | 1 | 600059 | 508100 | $8,384 |
| 6/5/2013 | OP | 574920 | 90079943 | Plastic Suppliers | 130 | 1 | 600693 | 184500 | $3,432 |
| 6/7/2013 | OP | 574920 | 90079943 | Plastic Suppliers | 130 | 1 | 600080 | 155600 | $2,567 |
| 6/4/2013 | OP | 574883 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 643900 | $10,631 |
| 6/4/2013 | OP | 574468 | 90079943 | Plastic Suppliers | 710 | 1 | 600028 | 25600 | $423 |
| 6/4/2013 | OP | 574468 | 90079943 | Plastic Suppliers | 710 | 1 | 600042 | 154800 | $2,556 |

| Receipt Date | Order Type | Order Number | Address Number | Vendor Name | Business Unit | Match Type | 2nd Item Number | Quantity Received | PRAREC/100 |
|---|---|---|---|---|---|---|---|---|---|
| 6/4/2013 | OP | 574468 | 90079943 | Plastic Suppliers | 710 | 1 | 600043 | 172100 | $2,841 |
| 6/4/2013 | OP | 574468 | 90079943 | Plastic Suppliers | 710 | 1 | 600048 | 154200 | $2,546 |
| 6/4/2013 | OP | 574468 | 90079943 | Plastic Suppliers | 710 | 1 | 600066 | 146300 | $2,415 |
| 6/4/2013 | OP | 574468 | 90079943 | Plastic Suppliers | 710 | 1 | 600071 | 152300 | $2,514 |
| 6/4/2013 | OP | 574468 | 90079943 | Plastic Suppliers | 710 | 1 | 600196 | 81800 | $1,351 |
| 6/4/2013 | OP | 574468 | 90079943 | Plastic Suppliers | 710 | 1 | 600314 | 35200 | $581 |
| 6/4/2013 | OP | 574739 | 90079943 | Plastic Suppliers | 710 | 1 | 600006 | 156700 | $2,587 |
| 6/4/2013 | OP | 574739 | 90079943 | Plastic Suppliers | 710 | 1 | 600553 | 10800 | $178 |
| 6/4/2013 | OP | 574730 | 90079943 | Plastic Suppliers | 740 | 1 | 600007 | 313900 | $5,182 |
| 6/4/2013 | OP | 574730 | 90079943 | Plastic Suppliers | 740 | 1 | 600614 | 159600 | $2,635 |
| 6/5/2013 | OP | 574669 | 90079943 | Plastic Suppliers | 750 | 1 | 600005 | 160300 | $2,647 |
| 6/5/2013 | OP | 574669 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 322500 | $5,324 |
| 6/6/2013 | OP | 574740 | 90079943 | Plastic Suppliers | 710 | 1 | 600042 | 153600 | $2,536 |
| 6/6/2013 | OP | 574740 | 90079943 | Plastic Suppliers | 710 | 1 | 600066 | 147100 | $2,429 |
| 6/6/2013 | OP | 574740 | 90079943 | Plastic Suppliers | 710 | 1 | 600067 | 164500 | $2,716 |
| 6/5/2013 | OP | 574707 | 90079943 | Plastic Suppliers | 740 | 1 | 600091 | 177900 | $2,937 |
| 6/5/2013 | OP | 574499 | 90079943 | Plastic Suppliers | 740 | 1 | 600005 | 161700 | $2,670 |
| 6/5/2013 | OP | 574499 | 90079943 | Plastic Suppliers | 740 | 1 | 600059 | 165500 | $2,732 |
| 6/5/2013 | OP | 574499 | 90079943 | Plastic Suppliers | 740 | 1 | 600961 | 21000 | $391 |
| 6/5/2013 | OP | 574499 | 90079943 | Plastic Suppliers | 740 | 1 | 600970 | 17300 | $322 |
| 6/5/2013 | OP | 575044 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 482600 | $7,968 |
| 6/5/2013 | OP | 574987 | 90079943 | Plastic Suppliers | 750 | 1 | 600007 | 309200 | $5,105 |
| 6/5/2013 | OP | 573883 | 90079943 | Plastic Suppliers | 750 | 1 | 600064 | 163500 | $2,699 |
| 6/5/2013 | OP | 574342 | 90079943 | Plastic Suppliers | 750 | 1 | 600008 | 162600 | $2,685 |
| 6/6/2013 | OP | 574886 | 90079943 | Plastic Suppliers | 300 | 1 | 600414 | 159900 | $2,640 |
| 6/6/2013 | OP | 574886 | 90079943 | Plastic Suppliers | 300 | 1 | 600594 | 37200 | $614 |
| 6/6/2013 | OP | 574886 | 90079943 | Plastic Suppliers | 300 | 1 | 600655 | 33600 | $555 |
| 6/6/2013 | OP | 574886 | 90079943 | Plastic Suppliers | 300 | 1 | 600727 | 79100 | $1,306 |
| 6/6/2013 | OP | 575055 | 90079943 | Plastic Suppliers | 740 | 1 | 600007 | 155100 | $2,561 |
| 6/6/2013 | OP | 575055 | 90079943 | Plastic Suppliers | 740 | 1 | 600008 | 165200 | $2,727 |
| 6/6/2013 | OP | 575055 | 90079943 | Plastic Suppliers | 740 | 1 | 600059 | 168700 | $2,785 |
| 6/7/2013 | OP | 574343 | 90079943 | Plastic Suppliers | 750 | 1 | 600008 | 163200 | $2,694 |
| 6/7/2013 | OP | 574513 | 90079943 | Plastic Suppliers | 750 | 1 | 600568 | 30000 | $495 |
| 6/7/2013 | OP | 575043 | 90079943 | Plastic Suppliers | 300 | 1 | 600007 | 154000 | $2,543 |
| 6/7/2013 | OP | 575043 | 90079943 | Plastic Suppliers | 300 | 1 | 600527 | 34500 | $570 |
| 6/7/2013 | OP | 575043 | 90079943 | Plastic Suppliers | 300 | 1 | 600594 | 83900 | $1,385 |
| 6/7/2013 | OP | 574912 | 90079943 | Plastic Suppliers | 510 | 1 | 600004 | 47200 | $779 |
| 6/7/2013 | OP | 574912 | 90079943 | Plastic Suppliers | 510 | 1 | 600028 | 61300 | $1,012 |
| 6/7/2013 | OP | 574912 | 90079943 | Plastic Suppliers | 510 | 1 | 600314 | 13100 | $216 |
| 6/7/2013 | OP | 574912 | 90079943 | Plastic Suppliers | 510 | 1 | 600411 | 97200 | $1,605 |
| 6/7/2013 | OP | 574912 | 90079943 | Plastic Suppliers | 510 | 1 | 600432 | 35200 | $581 |
| 6/7/2013 | OP | 574912 | 90079943 | Plastic Suppliers | 510 | 1 | 600437 | 3900 | $64 |
| 6/7/2013 | OP | 574912 | 90079943 | Plastic Suppliers | 510 | 1 | 600878 | 6700 | $111 |
| 5/24/2013 | OP | 572568 | 90079943 | Plastic Suppliers | 230 | 1 | 600211 | 9400 | $155 |
| 5/23/2013 | OP | 572568 | 90079943 | Plastic Suppliers | 230 | 1 | 600470 | 10000 | $165 |
| 5/23/2013 | OP | 572568 | 90079943 | Plastic Suppliers | 230 | 1 | 600727 | 19200 | $317 |
| 5/28/2013 | OP | 572568 | 90079943 | Plastic Suppliers | 230 | 1 | 600099 | 53500 | $883 |
| 5/28/2013 | OP | 572568 | 90079943 | Plastic Suppliers | 230 | 1 | 600217 | 8400 | $139 |
| 5/24/2013 | OP | 573265 | 90079943 | Plastic Suppliers | 230 | 1 | 600065 | 44000 | $726 |
| 5/21/2013 | OP | 573265 | 90079943 | Plastic Suppliers | 230 | 1 | 600059 | 152000 | $2,510 |
| 5/24/2013 | OP | 573265 | 90079943 | Plastic Suppliers | 230 | 1 | 600006 | 154700 | $2,554 |
| 5/23/2013 | OP | 573265 | 90079943 | Plastic Suppliers | 230 | 1 | 600006 | 155600 | $2,569 |
| 5/21/2013 | OP | 573265 | 90079943 | Plastic Suppliers | 230 | 1 | 600005 | 161100 | $2,660 |
| 5/23/2013 | OP | 573265 | 90079943 | Plastic Suppliers | 230 | 1 | 600007 | 161200 | $2,661 |
| 5/23/2013 | OP | 573265 | 90079943 | Plastic Suppliers | 230 | 1 | 600005 | 163500 | $2,699 |
| 5/28/2013 | OP | 573017 | 90079943 | Plastic Suppliers | 230 | 1 | 600006 | 154400 | $2,549 |
| 5/28/2013 | OP | 573017 | 90079943 | Plastic Suppliers | 230 | 1 | 600953 | 77000 | $1,432 |
| 5/24/2013 | OP | 573698 | 90079943 | Plastic Suppliers | 230 | 1 | 600099 | 30400 | $502 |
| 5/23/2013 | OP | 573698 | 90079943 | Plastic Suppliers | 230 | 1 | 600059 | 150200 | $2,480 |
| 5/28/2013 | OP | 573957 | 90079943 | Plastic Suppliers | 230 | 1 | 600006 | 314200 | $5,187 |

| Receipt Date | Order Type | Order Number | Address Number | Vendor Name | Business Unit | Match Type | 2nd Item Number | Quantity Received | PRAREC/100 |
|---|---|---|---|---|---|---|---|---|---|
| 5/28/2013 | OP | 573812 | 90079943 | Plastic Suppliers | 510 | 1 | 600949 | 38100 | $1,334 |
| 6/3/2013 | OP | 573613 | 90079943 | Plastic Suppliers | 230 | 1 | 600037 | 152600 | $2,519 |
| 6/3/2013 | OP | 573613 | 90079943 | Plastic Suppliers | 230 | 1 | 600433 | 95500 | $1,577 |
| 5/29/2013 | OP | 574020 | 90079943 | Plastic Suppliers | 230 | 1 | 600005 | 319800 | $5,280 |
| 5/31/2013 | OP | 574020 | 90079943 | Plastic Suppliers | 230 | 1 | 600003 | 70600 | $1,166 |
| 5/31/2013 | OP | 574020 | 90079943 | Plastic Suppliers | 230 | 1 | 600006 | 464400 | $7,667 |
| 6/3/2013 | OP | 574020 | 90079943 | Plastic Suppliers | 230 | 1 | 600007 | 155800 | $2,572 |
| 6/3/2013 | OP | 574020 | 90079943 | Plastic Suppliers | 230 | 1 | 600028 | 153800 | $2,539 |
| 6/3/2013 | OP | 574020 | 90079943 | Plastic Suppliers | 230 | 1 | 600059 | 150500 | $2,485 |
| 5/28/2013 | OP | 573740 | 90079943 | Plastic Suppliers | 230 | 1 | 600671 | 42300 | $1,481 |
| 5/30/2013 | OP | 574073 | 90079943 | Plastic Suppliers | 230 | 1 | 600372 | 24500 | $405 |
| 6/3/2013 | OP | 574209 | 90079943 | Plastic Suppliers | 230 | 1 | 600211 | 14100 | $233 |
| 6/3/2013 | OP | 574209 | 90079943 | Plastic Suppliers | 230 | 1 | 600233 | 54600 | $901 |
| 6/3/2013 | OP | 574209 | 90079943 | Plastic Suppliers | 230 | 1 | 600348 | 43900 | $725 |
| 6/3/2013 | OP | 574209 | 90079943 | Plastic Suppliers | 230 | 1 | 600470 | 10700 | $177 |
| 6/3/2013 | OP | 574218 | 90079943 | Plastic Suppliers | 230 | 1 | 600195 | 36500 | $603 |
| 6/3/2013 | OP | 574465 | 90079943 | Plastic Suppliers | 230 | 1 | 600005 | 326800 | $5,395 |
| 5/31/2013 | OP | 574522 | 90079943 | Plastic Suppliers | 230 | 1 | 600004 | 156000 | $2,576 |
| 6/3/2013 | OP | 574684 | 90079943 | Plastic Suppliers | 230 | 1 | 600006 | 450900 | $7,444 |
| 6/4/2013 | OP | 574749 | 90079943 | Plastic Suppliers | 600 | 1 | 600897 | 25400 | $889 |
| 6/6/2013 | OP | 574781 | 90079943 | Plastic Suppliers | 230 | 1 | 600006 | 443000 | $7,314 |
| 6/4/2013 | OP | 574809 | 90079943 | Plastic Suppliers | 230 | 1 | 600007 | 146200 | $2,414 |
| 6/4/2013 | OP | 574809 | 90079943 | Plastic Suppliers | 230 | 1 | 600010 | 46500 | $768 |
| 6/5/2013 | OP | 574827 | 90079943 | Plastic Suppliers | 750 | 1 | 601067 | 23700 | $830 |
| 6/7/2013 | OP | 574855 | 90079943 | Plastic Suppliers | 230 | 1 | 600010 | 46100 | $761 |
| 6/7/2013 | OP | 574966 | 90079943 | Plastic Suppliers | 230 | 1 | 600003 | 56400 | $931 |
| 6/6/2013 | OP | 574864 | 90079943 | Plastic Suppliers | 230 | 1 | 600084 | 52800 | $872 |
| 5/22/2013 | OP | 573571 | 90079943 | Plastic Suppliers | 600 | 1 | 600005 | 160200 | $2,645 |
| 5/28/2013 | OP | 573878 | 90079943 | Plastic Suppliers | 600 | 1 | 600005 | 160400 | $2,648 |
| 5/28/2013 | OP | 573878 | 90079943 | Plastic Suppliers | 600 | 1 | 600063 | 12700 | $210 |
| 5/28/2013 | OP | 573713 | 90079943 | Plastic Suppliers | 600 | 1 | 600289 | 21000 | $435 |
| 5/28/2013 | OP | 574028 | 90079943 | Plastic Suppliers | 600 | 1 | 600028 | 16600 | $274 |
| 5/28/2013 | OP | 574028 | 90079943 | Plastic Suppliers | 600 | 1 | 600314 | 13400 | $221 |
| 5/29/2013 | OP | 574164 | 90079943 | Plastic Suppliers | 600 | 1 | 600006 | 152000 | $2,510 |
| 5/28/2013 | OP | 574037 | 90079943 | Plastic Suppliers | 600 | 1 | 600006 | 148200 | $2,447 |
| 5/28/2013 | OP | 574241 | 90079943 | Plastic Suppliers | 600 | 1 | 600003 | 35500 | $586 |
| 5/28/2013 | OP | 573383 | 90079943 | Plastic Suppliers | 600 | 1 | 601019 | 56200 | $1,045 |
| 5/30/2013 | OP | 573383 | 90079943 | Plastic Suppliers | 600 | 1 | 601019 | 15300 | $285 |
| 5/28/2013 | OP | 573228 | 90079943 | Plastic Suppliers | 600 | 1 | 600961 | 84400 | $1,570 |
| 5/28/2013 | OP | 573228 | 90079943 | Plastic Suppliers | 600 | 1 | 600961 | 170000 | $3,162 |
| 5/30/2013 | OP | 574238 | 90079943 | Plastic Suppliers | 600 | 1 | 600063 | 42900 | $708 |
| 5/30/2013 | OP | 574251 | 90079943 | Plastic Suppliers | 600 | 1 | 600007 | 14700 | $243 |
| 5/30/2013 | OP | 574396 | 90079943 | Plastic Suppliers | 600 | 1 | 600289 | 7000 | $145 |
| 5/31/2013 | OP | 574527 | 90079943 | Plastic Suppliers | 600 | 1 | 600006 | 299200 | $4,940 |
| 5/31/2013 | OP | 574560 | 90079943 | Plastic Suppliers | 600 | 1 | 600005 | 163400 | $2,698 |
| 6/3/2013 | OP | 574894 | 90079943 | Plastic Suppliers | 600 | 1 | 600006 | 170900 | $2,822 |
| 6/6/2013 | OP | 574894 | 90079943 | Plastic Suppliers | 600 | 1 | 600961 | 66500 | $1,237 |
| 6/3/2013 | OP | 574915 | 90079943 | Plastic Suppliers | 600 | 1 | 600025 | 16700 | $276 |
| 6/3/2013 | OP | 574806 | 90079943 | Plastic Suppliers | 600 | 1 | 600005 | 166700 | $2,752 |
| 6/6/2013 | OP | 574937 | 90079943 | Plastic Suppliers | 600 | 1 | 600314 | 29700 | $490 |
| 6/6/2013 | OP | 574817 | 90079943 | Plastic Suppliers | 600 | 1 | 600075 | 34800 | $575 |
| 6/6/2013 | OP | 575165 | 90079943 | Plastic Suppliers | 600 | 1 | 600005 | 327400 | $5,405 |
| 6/6/2013 | OP | 575165 | 90079943 | Plastic Suppliers | 600 | 1 | 600006 | 203400 | $3,358 |
| 6/6/2013 | OP | 575186 | 90079943 | Plastic Suppliers | 600 | 1 | 600003 | 21300 | $352 |
| 6/7/2013 | OP | 575312 | 90079943 | Plastic Suppliers | 600 | 1 | 600967 | 9700 | $180 |
| 6/7/2013 | OP | 575295 | 90079943 | Plastic Suppliers | 600 | 1 | 600006 | 313100 | $5,169 |
| 5/22/2013 | OP | 573787 | 90079943 | Plastic Suppliers | 600 | 1 | 600003 | 35400 | $584 |
| 5/22/2013 | OP | 573789 | 90079943 | Plastic Suppliers | 600 | 1 | 600207 | 6400 | $131 |
| 5/23/2013 | OP | 573382 | 90079943 | Plastic Suppliers | 740 | 1 | 600028 | 32800 | $542 |
| 5/23/2013 | OP | 573403 | 90079943 | Plastic Suppliers | 510 | 1 | 600009 | 12400 | $249 |

| Receipt Date | Order Type | Order Number | Address Number | Vendor Name | Business Unit | Match Type | 2nd Item Number | Quantity Received | PRAREC/100 |
|---|---|---|---|---|---|---|---|---|---|
| 5/23/2013 | OP | 573527 | 90079943 | Plastic Suppliers | 510 | 1 | 600004 | 22800 | $376 |
| 5/23/2013 | OP | 573527 | 90079943 | Plastic Suppliers | 510 | 1 | 600007 | 154000 | $2,543 |
| 5/23/2013 | OP | 573527 | 90079943 | Plastic Suppliers | 510 | 1 | 600028 | 16500 | $272 |
| 5/23/2013 | OP | 573527 | 90079943 | Plastic Suppliers | 510 | 1 | 600281 | 10900 | $180 |
| 5/23/2013 | OP | 573527 | 90079943 | Plastic Suppliers | 510 | 1 | 600411 | 14200 | $234 |
| 5/23/2013 | OP | 573551 | 90079943 | Plastic Suppliers | 740 | 1 | 600007 | 158500 | $2,617 |
| 5/23/2013 | OP | 573551 | 90079943 | Plastic Suppliers | 740 | 1 | 600059 | 171400 | $2,830 |
| 5/23/2013 | OP | 573551 | 90079943 | Plastic Suppliers | 740 | 1 | 600966 | 23500 | $437 |
| 5/23/2013 | OP | 573640 | 90079943 | Plastic Suppliers | 710 | 1 | 600042 | 157300 | $2,597 |
| 5/24/2013 | OP | 573292 | 90079943 | Plastic Suppliers | 750 | 1 | 600270 | 179700 | $2,967 |
| 5/24/2013 | OP | 573679 | 90079943 | Plastic Suppliers | 130 | 1 | 600955 | 53600 | $997 |
| 5/24/2013 | OP | 573805 | 90079943 | Plastic Suppliers | 130 | 1 | 600005 | 318600 | $5,257 |
| 5/24/2013 | OP | 573805 | 90079943 | Plastic Suppliers | 130 | 1 | 600007 | 155600 | $2,567 |
| 5/24/2013 | OP | 573805 | 90079943 | Plastic Suppliers | 130 | 1 | 600059 | 492100 | $8,120 |
| 5/28/2013 | OP | 573615 | 90079943 | Plastic Suppliers | 230 | 1 | 600439 | 352300 | $5,816 |
| 5/28/2013 | OP | 573783 | 90079943 | Plastic Suppliers | 230 | 1 | 600005 | 161100 | $2,660 |
| 5/28/2013 | OP | 573783 | 90079943 | Plastic Suppliers | 230 | 1 | 600007 | 157600 | $2,602 |
| 5/28/2013 | OP | 573783 | 90079943 | Plastic Suppliers | 230 | 1 | 600008 | 166500 | $2,749 |
| 5/28/2013 | OP | 573897 | 90079943 | Plastic Suppliers | 230 | 1 | 600474 | 21100 | $348 |
| 6/4/2013 | OP | 572608 | 90079943 | Plastic Suppliers | 600 | 1 | 600004 | 28000 | $462 |
| 6/4/2013 | OP | 574440 | 90079943 | Plastic Suppliers | 130 | 1 | 600026 | 139100 | $2,295 |
| 6/4/2013 | OP | 574440 | 90079943 | Plastic Suppliers | 130 | 1 | 600059 | 335600 | $5,537 |
| 6/4/2013 | OP | 574440 | 90079943 | Plastic Suppliers | 130 | 1 | 600270 | 491200 | $8,105 |
| **Total** | | | | | | | | | **$602,442** |