## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

On June 10, 2013 (the "Petition Date"), NE Opco, Inc. and NEV Credit Holdings, Inc. (together, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy for the District of Delaware (the "Bankruptcy Court"), thereby commencing the chapter 11 cases (the "Chapter 11 Cases").

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by the Debtors have been prepared pursuant to 11 U.S.C. § 521 of the United States Code, Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware by management of the Debtors ( "Management") with the assistance of their court-appointed advisors. The Schedules and Statements are unaudited.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements. The Schedules and Statements are qualified in their entirety by the Global Notes.

Although Management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was reasonably available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete.

Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of the Debtors on a non-consolidated basis where possible. Except where otherwise noted, the information provided herein is as of the Petition Date.

Moreover, given the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that either Debtor shows more assets than liabilities, this is not an admission that such Debtor was solvent as of the Petition Date or at any time prior to the Petition Date.

### Reservation of Rights and Claims Designation

Nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of

chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtors and their estates reserve the right to (a) dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules and Statements as to nature, amount, liability, priority, classification or otherwise; and (b) subsequently designate any scheduled claim as disputed, contingent or unliquidated.  Any failure to designate a claim on the Debtors' Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated."

## Amendment

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from those estimates.  The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as they deem necessary and/or appropriate.

## Current Market Value - Net Book Value

In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values.  Market values may vary, at some times materially, from net book value.  Also, assets that have been fully depreciated or that were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

## Foreign Currency

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

## Undetermined Amounts

The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

## Totals

All totals that are included in the Schedules and Statements represent totals of all the known amounts including in the tables.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

## Insiders

For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors, (b) officers, (c) relatives of directors or

officers of the Debtors and (d) person in control.  Except as otherwise disclosed, payments to insiders listed in (a) through (d) above are set forth on Statement 3C.  Persons listed as "insiders" have been included for informational purposes only and are not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Further, the Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

### Specific Disclosures with Respect to Debtors' Schedules and Statements

1.  **Schedule B2.** Balance information for the Debtors' bank accounts is as of June 9, 2013. The Debtors reconcile these bank balances to their financial statements at each reportable period.

2.  **Schedule B16.** Bad debt reserves for trade accounts receivable equals $2,403,230.48 as of the Petition Date.  The Debtors calculate bad debt monthly, as a percentage of total accounts receivable based on historical metrics. In addition, the Debtors review specific accounts and calculate specific reserves based on the age and collection status of the receivable.

3.  **Schedule B24.** The information is considered to be highly sensitive to the ongoing operations of the Debtors and as such is considered highly confidential. These customer lists are available upon request to the United States Trustee and the Unsecured Creditors Committee on a confidential basis only.

4.  **Schedule B30.** Inventory reserves are booked by the Debtors at the corporate level only. As such, these valuation reserves have been allocated to each location based on total gross inventory (raw materials, WIP and finished goods).

5.  **Schedule D.** On June 12, 2013 the Revolver Advances and the Term Loan were fully repaid through the proceeds from the Debtor in Possession financing provided by Salus Capital Partners, LLC in the post-petition period.  As such, any amounts associated with the Debtor in Possession financing are not reflected within the Schedules.

6.  **Schedule E.** All pre-petition wages were satisfied in the post-petition period in accordance with the First Day Motions and as such are not listed in these schedules.  All pre-petition 401k payments (Putnam Investment Management) were satisfied in the post-petition period in accordance with the First Day Motions and as such are not listed in these schedules.  Amounts related to AIG represent actual claims known as of petition date. Total additional exposure based on incurred but not yet recorded claims per actuarial estimates is unknown.  As of the Petition Date, the prepaid balance with QBE North America for all plan years combined exceeded all known liability claims.  The Debtors have traditionally made payments to certain taxing authorities via Avalara Inc.  Such amounts have been subsequently paid by the Debtors in the post-petition period in accordance with the First Day Motions.

7. **Schedule F.** The balances identified in Schedule F are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule F. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

8. **Schedule G.** While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

9. **Statement 3B.** All payments for wages, compensation and expense reimbursements are made via ADP on behalf of the Debtors. Due to confidentiality concerns and because of pre-petition wage payments made pursuant to Bankruptcy Court authority, the list of payments under Statement 3B does not include payments for wages, compensation, or expenses made to non-executive employees, contract employees, or temporary employees in the ordinary course of business. To the extent that such an employee is a creditor, that employee may be entitled to priority treatment in accordance with section 507 of the Bankruptcy Code.

10. **Statement 19D.** Over the prior two years, the Debtors have provided their financial statements to various parties, including secured lenders, unsecured lenders and other interested parties, through online data rooms and other diligence procedures.

11. **Statement 20A.** The Debtors perform a complete physical inventory count (raw materials and finished goods) at each location at the end of each fiscal year. Various cycle counts are also performed periodically throughout the fiscal year.

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:   NEV CREDIT HOLDINGS, INC.

Debtor

Case No.    13-11484

Chapter      11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 4 | $10.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $118,239,548.11 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $0.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | |
| | | 15 | $10.00 | $118,239,548.11 | |

In re:  NEV CREDIT HOLDINGS, INC.                                        Case No.    13-11484
                          Debtor                                                                (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

In re:    NEV CREDIT HOLDINGS, INC.                                    Case No.    13-11484
_____                            _____
                    Debtor                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | X | | | |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | X | | | |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5.  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6.  WEARING APPAREL. | X | | | |
| 7.  FURS AND JEWELRY. | X | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |

In re:   NEV CREDIT HOLDINGS, INC.                                      Case No.    13-11484
_____          _____
                        Debtor                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES. ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c) RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | X | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | | 100% EQUITY INTEREST IN NE OPCO, INC. | | UNKNOWN |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES. ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | X | | | |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS. | | INTERCOMPANY RECEIVABLE | | $10.00 |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |

Schedule of Personal Property -
Sheet no. 2 of 4

In re:  NEV CREDIT HOLDINGS, INC.                                      Case No.    13-11484
_____                    _____
Debtor                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES.  GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | X | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |

In re:  NEV CREDIT HOLDINGS, INC. _____     Case No.  13-11484 _____
                        Debtor                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED.  ITEMIZE. | X | | | |
| | | Total | | $10.00 |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | | |

Schedule of Personal Property -
Sheet no. 4 of 4

In re:   NEV CREDIT HOLDINGS, INC.                                            Case No.   13-11484
_____                           _____
                    Debtor                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP, LLC<br>10877 WILSHIRE BOULEVARD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | X | | GUARANTOR OF TERM NOTE - 2ND LIEN | X | | | $57,530,174.52 | UNKNOWN |
| | | | VALUE:  UNKNOWN | | | | | |
| ACCOUNT NO.<br><br>WELLS FARGO CAPITAL FINANCE, LLC<br>5001 SPRING VALLEY ROAD<br>DALLAS, TX  75244 | X | | REVOLVER ADVANCES | | | | $34,861,405.89 | UNKNOWN |
| | | | VALUE:  UNKNOWN | | | | | |

Schedule of Creditors Holding Secured Claims -
Sheet no. 1 of 2

Subtotal
(Total of this page)    $92,391,580.41    $0.00

In re:  NEV CREDIT HOLDINGS, INC.                                              Case No.    13-11484
                          Debtor                                                                (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WELLS FARGO CAPITAL FINANCE, LLC <br> 5001 SPRING VALLEY ROAD <br> DALLAS, TX  75244 | X | | TERM LOAN <br><br><br> VALUE:  UNKNOWN | | | | $15,446,006.20 | UNKNOWN |
| ACCOUNT NO. <br><br> INTERNATIONAL PAPER COMPANY <br> 6400 POPLAR AVENUE <br> MEMPHIS, TN  38197 | X | | GUARANTOR OF SECOND LIEN SUPPLY AGREEMENT A/P <br><br> VALUE:  UNKNOWN | X | | | $10,401,961.50 | UNKNOWN |

Schedule of Creditors Holding Secured Claims -
Sheet no. 2 of 2

| | | |
|---|---|---|
| Subtotal (Total of this page) | $25,847,967.70 | $0.00 |
| Total (Use only on last page) | $118,239,548.11 | $0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re:   NEV CREDIT HOLDINGS, INC.                                              Case No.   13-11484
_____                                        _____
                         Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑      Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐      **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐      **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

In re:   NEV CREDIT HOLDINGS, INC. _____     Case No.   13-11484 _____
                                    Debtor                                         (if known)

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re:   NEV CREDIT HOLDINGS, INC.                                                      Case No.    13-11484
_____                          _____
                              Debtor                                                                              (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

In re:   NEV CREDIT HOLDINGS, INC. _____     Case No.    13-11484
                            Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

In re:   NEV CREDIT HOLDINGS, INC.                                      Case No.    13-11484
                        Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | ADDITIONAL TERM LOAN REQUEST |
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | ASSIGNMENT AND ACCEPTANCE AGREEMENT |
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | ASSIGNMENT AND ACCEPTANCE AGREEMENT |
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | CREDIT AGREEMENT - TERM NOTE |
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | FIFTH AMENDMENT TO CREDIT AGREEMENT |
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | FOURTH AMENDMENT TO CREDIT AGREEMENT AND SECOND AMENDMENT TO SECURITY AGREMENT |
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | RESIGNATION OF AGENT AND SUCCESSOR AGENT AGREEMENT AND SECOND AMENDMENT TO SECOND LIEN CREDIT AGREEMENT |
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | TERM NOTE |

Schedule of Executory Contracts and Unexpired Leases -
Sheet no. 1 of 3

In re:   NEV CREDIT HOLDINGS, INC.                                      Case No.   13-11484
_____                                         _____
                  Debtor                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | TERMINATION OF SPONSOR GUARANTY |
| GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP<br>10877 WILSHIRE BLVD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 | THIRD AMENDMENT TO CREDIT AGREEMENT AND LIMITED CONSENT |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | AMENDMENT TO PAPER SUPPLY AGREEMENT |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | GENERAL CONTINUING SECOND LIEN GUARANTY |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | PAPER SUPPLY AGREEMENT |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | SECOND AMENDEMENT TO PAPER SUPPLY AGREEMENT |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | SECOND LIEN COPYRIGHT SECURITY AGREEMENT |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | SECOND LIEN PATENT SECURITY AGREEMENT |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | SECOND LIEN SECURITY AGREEMENT |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | SECOND LIEN TRADEMARK SECURITY AGREEMENT |
| INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 | SUPPLEMENTAL TRADEMARK SECURITY AGREEMENT |
| WELLS FARGO CAPITAL FINANCE, LLC<br>5001 SPRING VALLEY ROAD<br>DALLAS, TX  75244 | CREDIT AGREEMENT - AMENDMENT, RATIFICATION, AND CONFIRMATION OF FIRST AMENDMENT TO CAPITAL CALL AGREEMENT |
| WELLS FARGO CAPITAL FINANCE, LLC<br>5001 SPRING VALLEY ROAD<br>DALLAS, TX  75244 | CREDIT AGREEMENT - FIRST AMENDMENT TO CAPITAL CALL AGREEMENT |

Schedule of Executory Contracts and Unexpired Leases -
Sheet no. 2 of 3

In re:   NEV CREDIT HOLDINGS, INC.                                      Case No.   13-11484
_____                                      _____
                          Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WELLS FARGO CAPITAL FINANCE, LLC<br>5001 SPRING VALLEY ROAD<br>DALLAS, TX  75244 | CREDIT AGREEMENT - GENERAL CONTINUING GUARANTY |
| WELLS FARGO CAPITAL FINANCE, LLC<br>5001 SPRING VALLEY ROAD<br>DALLAS, TX  75244 | CREDIT AGREEMENT - JOINDER NO. 1 INTERCOMPANY SUBORDINATION AGREEMENT |
| WELLS FARGO CAPITAL FINANCE, LLC<br>5001 SPRING VALLEY ROAD<br>DALLAS, TX  75244 | CREDIT AGREEMENT - SECOND AMENDMENT TO CAPITAL CALL AGREEMENT |

Schedule of Executory Contracts and Unexpired Leases -
Sheet no. 3 of 3

In re:   NEV CREDIT HOLDINGS, INC.                                    Case No.    13-11484
                                 Debtor                                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NE OPCO, INC.<br>TERM NOTE - 2ND LIEN - SIGNER<br>3211 INTERNET BLVD, SUITE 200<br>FRISCO, TX 75034 | GALACTIC HOLDINGS, LLC<br>C/O THE GORES GROUP, LLC<br>10877 WILSHIRE BOULEVARD<br>18TH FLOOR<br>LOS ANGELES, CA  90024 |
| NE OPCO, INC.<br>SECOND LIEN SUPPLY AGREEMENT A/P – SIGNER<br>3211 INTERNET BLVD, SUITE 200<br>FRISCO, TX 75034 | INTERNATIONAL PAPER COMPANY<br>6400 POPLAR AVENUE<br>MEMPHIS, TN  38197 |
| NE OPCO, INC.<br>REVOLVER ADVANCES – CO-SIGNER<br>3211 INTERNET BLVD, SUITE 200<br>FRISCO, TX 75034 | WELLS FARGO CAPITAL FINANCE, LLC<br>5001 SPRING VALLEY ROAD<br>DALLAS, TX  75244 |
| NE OPCO, INC.<br>TERM LOAN – CO-SIGNER<br>3211 INTERNET BLVD, SUITE 200<br>FRISCO, TX 75034 | WELLS FARGO CAPITAL FINANCE, LLC<br>5001 SPRING VALLEY ROAD<br>DALLAS, TX  75244 |

In re:  NEV CREDIT HOLDINGS, INC.            Case No.   13-11484
                    Debtor                                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gil Vassoly, the Vice President, Finance & Treasurer of NEV Credit Holdings, Inc. named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1 sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.


Date   August 9, 2013                  Signature                                                                             

                                                         Gil Vassoly
                                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.