IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
NE OPCO, INC., et al.,                                       :   Case No. 13-11483 (CSS)
                                                             :
          Debtors.[1]                                        :   Jointly Administered
------------------------------------------------------------ x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

**Date & Time**

October 10, 2013 at 2:00 p.m. (EDT)

**Location**

U.S. Bankruptcy Court for the District of Delaware
824 North Market Street, 5th Floor, Courtroom 6
Wilmington, Delaware 19801

Dated: August _12_, 2013
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATE BANKRUPTCY JUDGE

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596). The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

RLF1 9081787v.1