IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| NE OPCO, INC., et al., : | Case No. 13-11483 (CSS) |
| : | |
| Debtors.[1] : | Jointly Administered |
| : | |
| : | **(Proposed) Hearing Date:  9/9/13 at 2:00 p.m. (EDT)** |
| : | **(Proposed) Objection Deadline:  9/3/13 at 4:00 p.m. (EDT)** |

------------------------------------------------------------ x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on August 21, 2013, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Motion Pursuant to Sections 105(a), 363(b), (f), and (m), and 365 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, and 6006, and Local Rule 6004-1 (I) for Authorization to (A) Sell Substantially All of Their Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests and (B) Assume and Assign Contracts and Leases and (II) for Approval of Procedures for Determining Cure Amounts* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that, contemporaneously with the filing of the Motion, the Debtors also filed a motion to shorten the notice and objection periods with respect to the Motion (the "**Motion to Shorten**").

PLEASE THAT FURTHER NOTICE that if the Bankruptcy Court grants the relief requested in the Motion to Shorten (i) a hearing to consider the Motion will be held before

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are NE Opco, Inc. (9830) and NEV Credit Holdings, Inc. (9596).  The above-captioned Debtors' mailing address is c/o NE Opco, Inc., 3211 Internet Boulevard, Suite 200, Frisco, Texas 75034.

RLF1 9192050v.1

The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, on **September 9, 2013 at 2:00 p.m. (Eastern Daylight Time)**, and (ii) any responses or objections to the Motion, if any, must be filed in writing with the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before **September 3, 2013 at 4:00 p.m. (Eastern Daylight Time)**.

      PLEASE TAKE FURTHER NOTICE that if the Bankruptcy Court denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive separate notice of the Bankruptcy Court-approved objection deadline and hearing date for the Motion.

| | |
|---|---|
| Dated: August 21, 2013<br>Wilmington, Delaware | RICHARDS, LAYTON & FINGER, P.A.<br><br>/s/ *Zachary I. Shapiro*<br>Mark D. Collins (No. 2981)<br>John H. Knight (No. 3848)<br>Michael J. Merchant (No. 3854)<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: 302-651-7700<br>Facsimile: 302-651-7701<br><br>*Counsel for Debtors and Debtors in Possession* |